THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | **DECLARATION OF ERIK T. SALVESON** |
| TREK BICYCLE CORPORATION, | |
| Defendant. | |

STATE OF MINNESOTA )
                                  :ss.
COUNTY OF HENNEPIN )

    I ERIK T. SALVESON, declare as follow:

    1.    I am an adult resident of the State of Minnesota and one of the lawyers for defendant Trek Bicycle Corporation ("Trek"). I make this Declaration on personal knowledge and in support of Trek's Motion to Transfer.

    2.    Attached as Exhibit 1 is a true and correct copy of a Complaint filed by Trek in United States District Court for the Western District of Wisconsin on April 8, 2008.

    3.    Attached as Exhibit 2 is a true and correct copy of a Complaint for an action commenced by LeMond Cycling, Inc., ("LeMond Cycling") against Trek in Minnesota State Court. LeMond Cycling filed this Complaint in Minnesota State Court on April 8, 2008, after Trek filed its action in Wisconsin Federal District Court.

4. Attached as Exhibit 3 is a true and correct copy of the cover letter LeMond Cycling served along with a Summons and Complaint on Trek.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2008.

/s/ Erik T. Salveson
Erik T. Salveson (Reg. No. 177969)

HALLELAND LEWIS NILAN & JOHNSON, P.A.

600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

**ATTORNEY FOR DEFENDANT**