THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | **CERTIFICATE OF WORD COUNT COMPLIANCE** |
| TREK BICYCLE CORPORATION, | |
| Defendant. | |

The undersigned certifies that the Defendant Trek Bicycle Corporation's Memorandum in Support of Motion to Transfer has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 2507 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Times New Roman 13-point font, using Microsoft Word 2002, Version SP-3.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: April 11, 2008

By: /s/ Erik T. Salveson
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin R. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

<u>OF COUNSEL</u>

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax:     (414) 224-6116
Email:  weber@gasswebermullins.com
          dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**