UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that on April 11, 2008, I caused the following documents:

**DEFENDANT'S NOTICE OF MOTION TO TRANSFER;
DEFENDANT'S MOTION TO TRANSFER;
MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER;
DECLARATION OF ERIK T. SALVESON;
AFFIDAVIT OF DEAN GORE; and
CERTIFICATE OF WORD COUNT COMPLIANCE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

| | |
|---|---|
| Christopher W. Madel, Esq. | cwmandel@rkmc.com |
| Denise S. Rahne, Esq. | dsrahne@rkmc.com |

I further certify that I caused the proposed Order to be filed with the Court via e-mail to the following judge who is hearing the motion:

**The Honorable Richard H. Kyle, kyle_chambers@mnd.uscourts.gov**

and I certify that I caused a copy of the proposed Order to be e-mailed as noted below, to the following:

| | |
|---|---|
| Christopher W. Madel, Esq. | cwmandel@rkmc.com |
| Denise S. Rahne, Esq. | dsrahne@rkmc.com |

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: April 11, 2008

By:   /s/ Erik T. Salveson
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin R. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858


OF COUNSEL

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax:    (414) 224-6116
Email: weber@gasswebermullins.com
        dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**