UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that on April 14 2008, I caused the following documents:

**MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER P. DOBROWICKI;
MOTION FOR ADMISSION PRO HAC VICE OF KRISTAL S. STIPPICH; AND
MOTION FOR ADMISSION PRO HAC VICE OF RALPH A. WEBER**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-mail notice of the electronic filing to the following:

| | |
|---|---|
| Christopher W. Madel, Esq. | cwmadel@rkmc.com |
| Denise S. Rahne, Esq. | dsrahne@rkmc.com |

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: April 14, 2008

By: /s/ Benjamin R. Rolf
  Erik T. Salveson (Reg. No. 177969)
  Amanda M. Cialkowski (Reg. No. 306514)
  Benjamin R. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858

<u>OF COUNSEL</u>

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**