# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    **Plaintiff,**

v.

**Trek Bicycle Corporation,**

    **Defendant.**

Case No. 0:08-CV-1010 (RHK/JSM)

## DECLARATION OF GREG LEMOND

I, Greg LeMond, declare as follows:

1. I am the founder and co-owner, with my wife Kathy LeMond, of LeMond Cycling, Inc. ("LeMond Cycling"). My wife and I have been Minnesota residents since 1987.

2. LeMond Cycling, Inc. is a Minnesota corporation. LeMond Cycling has been incorporated as a domestic corporation in the state of Minnesota since 1995.

3. LeMond Cycling is a $15-million-per-year company with two full-time employees and one part-time employee.

4. Trek has stopped making payments to LeMond Cycling for royalties due on LeMond-branded products. The last payment Trek made was on December 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May 2008.        s/Greg LeMond                   .
                                                                                 Greg LeMond

80074317.1