# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

        Plaintiff,

vs.

TREK BICYCLE CORPORATION,

        Defendant.

Civil Case No.:  08-CV-01010-RHK-JSM

**DECLARATION OF SIDNEY D. BLUMING IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

I, Sidney D. Bluming, declare as follows:

1.      I am an attorney, duly admitted to practice in the State and certain Federal Courts of New York. I have represented LeMond Cycling, Inc. ("LeMond Cycling"), Plaintiff in the captioned action, for almost 14 years. I make this affidavit in support of Plaintiff's Memorandum in Opposition to Defendant's Motion to Transfer.

2.      Attached as Exhibit 1 is a true and correct copy of an email exchange between me and Mr. Robert Burns, counsel for Trek Bicycle Corporation ("Trek"), that occurred between March 20, 2008 and March 31, 2008 regarding the complaint that LeMond Cycling served on Trek on March 20, 2008.

Executed this 7th day of May, 2008.

                             s/Sidney D. Bluming
                             Sidney D. Bluming

Dockets.Justia.com