# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

      Plaintiff,

vs.

TREK BICYCLE CORPORATION,

      Defendant.

Civil Case No.: 08-CV-1010 (RHK/JSM)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 7, 2008, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Transfer;
2. Local Rule 7.1 (c) Word Count Certificate;
3. Declaration of Denise S. Rahne;
4. Declaration of Greg LeMond; and
5. Declaration of Sidney D. Bluming

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com, zastrow@gasswebermullins.com, kosmatka@gasswebermullins.com |

Dated: May 7, 2008      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

      By: *s/Denise S. Rahne*
          Christopher W. Madel #230297
          Denise S. Rahne #331314
          Jennifer M. Robbins #387745

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND
CYCLING, INC.

80075226.1