UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

          Plaintiff,

v.

TREK BICYCLE CORPORATION,

          Defendant.

Case No. 08-CV-01010-RHK-JSM

**DEFENDANT'S INDEX OF EXHIBITS FOR REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER**

| | |
|---|---|
| Ex. 1 | Affidavit of Robert Burns. |
| Ex. 1A | Letter from Burns to Bluming, February 29, 2008. |
| Ex. 2 | Affidavit of Joe Siefkes |
| Ex. 2A | Trek Royalty Statement, March 22, 2008, and LeMond Account Receivables, March 22, 2008 |
| Ex. 3 | Affidavit of Dean Gore |
| Ex. 4 | Declaration of Erik Salveson |
| Ex. 4A | *Ahlstrom v. Clarent Corp.*, No. Civ. 02-780, 2002 WL 31856386 (D. Minn. Dec. 19, 2002) |
| Ex. 4B | *GMAC/Residential Funding Corp. v. Platinum Co. of Real Estate & Financial Services, Inc.*, 2003 WL 1572007 (D. Minn. 2003). |
| Ex. 4C | *Northwest Territory Ltd. Partnership v. OMNI Properties, Inc.*, No. Civ. 04-4531, 2005 WL 3132350 (D. Minn. Nov. 22, 2005). |
| Ex. 4D | *Road Machinery & Supplies, Co., Inc. v. Federal Signal Corp.*, No. Civ. 03-3524, 2003 WL 22326577 (D. Minn. Oct. 7, 2003). |
| Ex. 4E | *Guenther v. Cooper Life Sciences, Inc.*, 1988 WL 131340 (D. Minn. 1988). |