UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | Case No. 08-CV-01010-RHK-JSM |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that on May 15, 2008, I caused the following documents:

**DEFENDANT'S REPLY TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-mail notice of the electronic filing to the following:

    Christopher W. Madel, Esq.    cwmadel@rkmc.com
    Denise S. Rahne, Esq.    dsrahne@rkmc.com

                      HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: May 15, 2008    By:   Benjamin J. Rolf
                            Erik T. Salveson (Reg. No. 177969)
                            Amanda M. Cialkowski (Reg. No. 306514)
                            Benjamin R. Rolf (Reg. No. 386413)
                            600 U.S. Bank Plaza South
                            220 South Sixth Street
                            Minneapolis, MN 55402
                            Telephone: (612) 338-1838
                            Fax: (612) 338-7858

ND: 4825-4933-9394

OF COUNSEL

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
dombrowicki@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**