# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| LeMond Cycling Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Trek Bicycle Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**COURT MINUTES**
BEFORE: Richard H. Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cv 08-1010 RHK/JSM |
| Date: | May 27, 2008 |
| Deputy: | Deborah Siebrecht |
| Court Reporter: | Carla Bebault |
| Time Commenced: | 8:00 |
| Time Concluded: | 8:30 |
| Time in Court: | Hours & 30 Minutes |

Hearing on:  **Motion to Transfer: argued and taken under advisement**

## APPEARANCES:

| | |
|---|---|
| Plaintiff: | Christopher Madel, Denise Rahne |
| Defendant: | Erik Salveson, Ralph Weber |

## PROCEEDINGS:

- ☐ Plaintiff's Witnesses:
- ☐ Plaintiff' Exhibits:
- ☐ Defendant's Witnesses:
- ☐ Defendant's Exhibits:

## **IT IS ORDERED:

- ☐ **Submitted**          ☐ **Sustained**          ☐ **Overruled**
- ☐ Brief time set:
- ☐ Written order forthcoming.

  s/Deborah Siebrecht
Calendar Clerk