**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


LeMond Cycling Inc.
                    Plaintiff,
vs.
                                        CIVIL 8-1010 RHK/JSM

Trek Bicycle Corporation,
                    Defendant.
------------------------------          **ORDER FOR REASSIGNMENT**
                                           **OF RELATED CASES**
Trek Bicycle Corporation,
                    Plaintiff,
vs.
                                        CIVIL 8-2440 DSD/JJG
LeMond Cycling Inc.,
                    Defendant.
                    _____

        Case No. 08-1010 having been assigned to Judge Richard H. Kyle and
Magistrate Judge Janie S. Mayeron and Case No. 08-2440 having later been
assigned to Judge David S. Doty and Magistrate Judge Jeanne J. Graham,
said matters being related cases,

        **IT IS HEREBY ORDERED**  that Case No. 08-2440 be assigned to Judge
Richard H. Kyle and Magistrate Judge Janie S. Mayeron, nunc pro tunc, by
use of a card on the Master List of the automated case assignment
system,and the Clerk of Court is directed to void and reuse a card on the
same list pursuant to this Court's Assignment of Cases Order dated June
29, 2006.

        **IT IS FINALLY ORDERED** that a copy of this order shall be placed in
each of the above respective files.


Dated: June 19, 2008


                                        s/ Richard H. Kyle
                                        Richard H. Kyle, Judge
                                        United States District Court
Dated: June 20, 2008


                                        s/ David S. Doty
                                        David S. Doty, Judge
                                        United States District Court