UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| _____ ) | |
| LEMOND CYCLING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-CV-1010 (RHK/JSM) |
| ) | |
| TREK BICYCLE CORP., ) | |
| ) | |
| Defendant. ) | **TREK BICYCLE CORPORATION'S** |
| _____ ) | **MOTION TO CONSOLIDATE** |
| TREK BICYCLE CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 08-CV-2440 (RHK/JSM) |
| LEMOND CYCLING INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

## **MOTION**

Trek Bicycle Corporation hereby moves pursuant to Federal Rule of Civil Procedure 42(a) for consolidation of the above-captioned actions, *Trek Bicycle Corporation v. LeMond Cycling, Inc*., Case No. 08-CV-2440 (RHK/JSM) (the "Trek Case") with *LeMond Cycling, Inc. v. Trek Bicycle Corporation*, Case No. 08-CV-1010 (RHK/JSM) (the "LeMond Case"), the latter of which was recently transferred to this Court from the United States District Court for the Western District of Wisconsin, into a single action before the Honorable Richard H. Kyle,

United States District Court Judge, for all purposes including discovery and trial. The grounds for this motion are set forth in Trek Bicycle Corporation's supporting memorandum and the record in these cases.

Dated this 20th day of June, 2008.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:_____/s_Erik T. Salveson _____
   Erik T. Salveson (Reg. No. 177969)
   Amanda M. Cialkowski (Reg. No. 306514)
   Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE
Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
      dombrowicki@gasswebermullins.com
      stippich@gasswebermullins.com