UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

LEMOND CYCLING INC.,

    Plaintiff,

v.

TREK BICYCLE CORP.,

    Defendant.

_____

TREK BICYCLE CORP.,

    Plaintiff,

v.

LEMOND CYCLING INC.,

    Defendant.

_____

Case No. 08-CV-1010 (RHK/JSM)

**TREK BICYCLE CORPORATION'S NOTICE OF MOTION TO CONSOLIDATE**

Case No. 08-CV-2440 (RHK/JSM)

TO: LEMOND CYCLING INC., AND ITS ATTORNEYS, CHRISTOPHER MADEL AND DENISE S. RAHNE, ROBINS KAPLAN MILLER & CIRESI LLP, 800 LASALLE AVE., STE. 2800, MINNEAPOLIS, MN 55402-2015

PLEASE TAKE NOTICE THAT, Trek Bicycle Corp. will bring the Motion to Consolidate the above-captioned actions on for hearing before the United States District Court for the District of Minnesota, the Honorable Janie S. Mayeron presiding at the Saint Paul Federal Courthouse, at 180 East 5th Street, #700, St. Paul, Minnesota 55101, at a date and time to be set by the Court.

Dated this 20th day of June, 2008.

        HALLELAND LEWIS NILAN & JOHNSON, P.A.

        By:_____/s Erik T. Salveson_____
            Erik T. Salveson (Reg. No. 177969)
            Amanda M. Cialkowski (Reg. No. 306514)
            Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE
Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
        dombrowicki@gasswebermullins.com
        stippich@gasswebermullins.com