UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| LEMOND CYCLING INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08-CV-1010 (RHK/JSM) |
| TREK BICYCLE CORP., | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | **CERTIFICATE OF SERVICE** |
| TREK BICYCLE CORP., | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 08-CV-2440 (RHK/JSM) |
| LEMOND CYCLING INC., | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

_____

I hereby certify that on June 20, 2008, I caused the following documents:

1. **TREK BICYCLE CORPORATION'S MOTION TO CONSOLIDATE**

2. **TREK BICYCLE CORPORATION'S NOTICE OF MOTION TO CONSOLIDATE**

3. **TREK BICYCLE CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION TO CONSOLIDATE**

4. **CERTIFICATE OF WORD COUNT COMPLIANCE**

ND: 4825-4933-9394

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Christopher W. Madel, Esq.    cwmadel@rkmc.com
    Denise S. Rahne, Esq.    dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

    Magistrate Judge Mayeron    mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail, postage paid, as noted below, to the following:

    Christopher W. Madel, Esq. and Denise S. Rahne, Esq.
    ROBINS KAPLANMILLER & CIRESI LLP, 800 LASALLE AVE., STE. 2800, MINNEAPOLIS, MN, 55402-2015

    HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: June 20, 2008

By:   /s/ Benjamin J. Rolf
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 338-1838
    Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
  dombrowicki@gasswebermullins.com
  stippich@gasswebermullins.com