# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LEMOND CYCLING, INC..,                                    CIVIL NO. 08-1010 (RHK/JSM)

    Plaintiff,

v.

TREK BICYCLE CORPORATION

    Defendant.

_____

TREK BICYCLE CORPORATION,                                 CIVIL NO. 08-2440 (RHK/JSM)

    Plaintiff,

v.

LEMOND CYCLING, INC.,

    Defendant.

## ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the unopposed Motion to Consolidate Cases by Trek Bicycle Corporation [Docket No. 27], the matters of Civil No. 08-1010 (RHK/JSM) and Civil 08-2440 (RHK/JSM) are consolidated for all purposes. The Clerk may close Civil File No. 08-2440 (RHK/JSM), and merge the contents thereof with Civil File No. 08-1010 (RHK/JSM).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

LEMOND CYCLING, INC.,                                              CIVIL NO. 08-1010 (RHK/JSM)

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.

Dated:     June 26, 2008

*s/ Janie S. Mayeron*
JANIE S. MAYERON
United States Magistrate Judge