# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR**
*DOCUMENTS PREVIOUSLY FILED IN*
*CASE 08CV2440 RHK/JSM ]*

LeMond Cycling, Inc.

                Plaintiff(s)

v.                              Case Number: 08cv1010 RHK/JSM

Trek Bicycle Corporation

                Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Documents previously filed in Case 08-2440 RHK/JSM**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_ Item Under Seal pursuant to a court order* (Document number of protective order: \_\_\_ )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
      (Document number of redacted version: \_\_\_ )

\_\_X\_ Other (description): Documents previously filed in Case 08-2440 RHK/JSM