United States District Court
District of Minnesota

Lemond Cycling INC,
Plaintiffs

JUL 25 2008

Civ. No: 08-1010 (RhK)(JSM)
Motion to For Reconsideration

v.

Trek Bicycle Corp,
Jonathan Lee Riches,
Defendants

---

Motion FOR Reconsideration & clarification
Motion to Intervene As Defendant under Fed R. civ P rule 24(A)2, 24B
Motion to Amend complaint

---

Comes now the Plaintiff, intervenor Jonathan Lee Riches, in pro-se, moves this honorable court to intervene in this case as a defendant under Federal Rules of civl P. rule 24 (A)2 - as a matter of right or rule 24- Permissible Intervention, as I have a interest in this case. I move for a motion for reconsideration to allow me to Intervene with a Amended Complaint. I and Inmates at FCI williamsburg produce bycycles at the Federal prison industries Unicor program with greg Lemonds picture, on huffy's also. The Lemond cycling collects them at FCI williamsburg, Plaintiffs payos only .12¢, a violation of min.wage laws, Plaintiffs told us they ship the bicycles to Iranian troops for recon training. This is a violation of the trading with Enemy Act. Greg Lemond personally told me he took performance Enhancing drugs Hgh while racing the Tour De france and hes pals with Floyd Landis. I seek relief under the whistleblowing act. Plaintiff Greg Lemond injured me at the 17st stage. I pray I get my motions granted.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-20-08

SCANNED
JUL 25 2008
J64
U.S. DISTRICT COURT ST. PAUL

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
District of Minnesota
Clerk of Court
700 Burger Fed Bldg.
316 N. Robert St.
St. Paul, MN 55101

Legal Mail



