United States District Court
District of Minnesota

Lemond Cycling Inc.;
Jonathan Lee Riches,
Plaintiffs

08-1910 (RHK) (JSM)

v.

Notice of Appeal

Trek Bicycle Corp,
Defendants

## Notice of Appeal

Jonathan Lee Riches moves to appeal the denial of his rule 24 intervention to the court of appeals.
I was denied due process and my 1st amendment right to free speech was violated. I have information on Greg Lemond. I met Greg Lemond in a MSN chatroom in 2000. We instant messaged each other for 4 months, exchanging pictures and sending each other gifts. Lemond sent me Flowers, speedos, wax treatments and Poems. In Feb 2001, I met Greg Lemond at a chicago illnois Econo Lodge, we had a intimate relationship. Greg Lemond told me personally he did steroids before the mountain stages in the last 2 Tour De France races he won. He also told me he had a secret compartment in his bicycle during his tour de france races he would apply "the cream" and Hgh he had stored in his bike. Lemond told me he hired hitmen to sabotage other riders bikes during the race. Lemond also had secret affairs with the flower girls after he won each race. Lemond tried to shave my legs with a trek razor at the Econo Lodge, he also forced me to wear a Lance Armstrong mask for him while I was handcuffed to the bed. My civil rights were violated by Lemond. He is sending me threatening letters to FCI williamsburg in solitary confinement and writing negative articles about me on google, and selling t-shirts of mine on cafepress. I appeal this case.

Jonathan Lee Riches #40948-018
FCI williamsburg P.O. Box 340
Salters, SC 29590   843-387-9400

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail

United States District Court
District of Minnesota
Clerk of Court
700 Burger Fed. Bldg
316 N. Robert St.
St. Paul, Minnesota 55101

RECEIVED BY MAIL
AUG 2011
CLERK