UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | **Trek's Consent Motion For Leave To File An Amended Counterclaim And Third-Party Complaint** |
| TREK BICYCLE CORPORATION, | |
| Defendant. | |

Defendant Trek Bicycle Corporation ("Trek"), by its attorneys Gass Weber Mullins LLC and Halleland Lewis Nilan & Johsnon, P.A., seeks an order pursuant to Federal Rule of Civil Procedure 15(a)(2) permitting Trek to file and serve the accompanying Amended Counterclaim and Third-Party Complaint against Plaintiff LeMond Cycling, Inc. ("LeMond") and Third-Party Defendant Greg LeMond. A redlined version of the proposed Amended Counterclaim and Third-Party Complaint accompanies this motion.

Counsel for LeMond and Greg LeMond have reviewed the proposed amended pleading and consent to its filing.

In accord with the Scheduling Order, and plaintiff's consent, Trek requests that the Court grant its Consent Motion For Leave To File An Amended Counterclaim and Third-Party Complaint.

Dated this 22nd day of September, 2008.

**ATTORNEYS FOR DEFENDANT**

GASS WEBER MULLINS, LLC

By: /s/ Ralph A. Weber
 Ralph A. Weber (SBN 1001563)
 Christopher P. Dombrowicki (SBN 1041764)
 Kristal S. Stippich (SBN 1061028)
 309 North Water Street, Suite 700
 Milwaukee, WI 53202
 Telephone: (414) 223-3300
 Fax: (414) 224-6116
 weber@gasswebermullins.com
 dombrowicki@gasswebermullins.com
 stippich@gasswebermullins.com

 Erik T. Salveson (Reg. No. 177969)
 Amanda M. Cialkowski (Reg. No. 306514)
 Benjamin R. Rolf (Reg. No. 386413)
 HALLENALND LEWIS NILAN &
 JOHNSON, P.A.
 600 U.S. Bank Plaza South
 220 South Sixth Street
 Minneapolis, MN 55402
 Telephone (612) 338-1838
 Fax: (612) 338-7858
 esalverson@halleland.com
 acialkowski@halleland.com
 brolf@halleland.com