UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-1010 (RHK/JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **Trek's Notice of Motion for Leave to File an Amended Counterclaim and <u>Third-Party Complaint</u>** |
| Defendant. | |

TO: LEMOND CYCLING INC., AND ITS ATTORNEYS, CHRISTOPHER MADEL AND DENISE S. RAHNE, ROBINS KAPLAN MILLER & CIRESI LLP, 800 LASALLE AVE., STE. 2800, MINNEAPOLIS, MN 55402-2015

PLEASE TAKE NOTICE THAT, Trek Bicycle Corp. is filing its Motion for Leave to File an Amended Counterclaim and Third Party Complaint in the above-captioned action, and, if desired by the Court, will bring the matter for hearing before the United States District Court for the District of Minnesota, the Honorable Janie S. Mayeron presiding at the Saint Paul Federal Courthouse, 316 North Robert Street, Suite 632 Courtroom 3B, St. Paul, Minnesota 55101, at a date and time to be set.

Dated this 22th day of September, 2008.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:_____/s/ Benjamin Rolf_____
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)

600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE
Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
 dombrowicki@gasswebermullins.com
 stippich@gasswebermullins.com