UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-1010 (RHK/JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I hereby certify that on September 22, 2008, I caused the following documents:

1. **TREK BICYCLE CORPORATION'S MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT AND EXHIBITS**

2. **TREK BICYCLE CORPORATION'S NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED COUNTERCLAIM AND THIRD-PARTY COMPLAINT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an

e-mail notice of the electronic filing to the following:

    Christopher W. Madel, Esq.    cwmadel@rkmc.com
    Denise S. Rahne, Esq.    dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to

the following judge who is hearing the motion:

    Magistrate Judge Mayeron    mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be mailed by first class mail,

postage paid, as noted below, to the following:

ND: 4825-4933-9394

Christopher W. Madel, Esq. and Denise S. Rahne, Esq.
ROBINS KAPLANMILLER & CIRESI LLP, 800 LASALLE AVE., STE. 2800, MINNEAPOLIS, MN, 55402-2015

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: September 22, 2008

By:   /s/ Benjamin Rolf
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 338-1838
    Fax: (612) 338-7858

<u>COUNSEL ADMITTED PRO HAC VICE</u>

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com