UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,                             CIVIL NO. 08-1010 (RHK/JSM)

    Plaintiff,

v.                                                                                    ORDER

TREK BICYCLE CORPORATION,

    Defendant.

The above matter came on before the undersigned upon Trek's Consent Motion for Leave to File an Amended Counterclaim and Third-Party Complaint [Docket No. 40]. There is no objection to this motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Trek's Consent Motion for Leave to File an Amended Counterclaim and Third-Party Complaint [Docket No. 40] is granted.

2. On or before October 3, 2008, defendant shall serve and file the Amended Counterclaim and Third-Party Complaint attached as Exhibit 1 to Trek's Consent Motion for Leave to File an Amended Counterclaim and Third-Party Complaint [Docket No. 40].

3. Plaintiff and Third-Party Defendant shall serve and file a response to the Amended Counterclaim and Third-Party Complaint in accordance with the Rules.

Dated:     September 24, 2008

                                        *s/ Janie S. Mayeron*
                                        JANIE S. MAYERON
                                        United States Magistrate Judge