OAO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Minnesota

PLAINTIFF

LeMond Cycling Inc.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Trek Bicycle Corporation

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number:    08-1010 (RHK-JSM)

V. THIRD PARTY DEFENDANT

Greg LeMond

To: Name and address of Third Party Defendant

Greg LeMond
3000 Willow Drive
Medina MN 55340

## YOU ARE HEREBY SUMMONED and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Christopher W. Madel
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Erik Salveson
Halleland Lewis Nilan & Johnson
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402

an answer to the third-party complaint which is served on you with this summons, within | 20 | days after
the service of this summons on you, exclusive of the day of service.  If you fail to do so,  judgment by default may be
taken against you for the relief demanded in the third-party complaint.  There is also served on you with this summons
a copy of the complaint of the plaintiff.  You have the option of answering or not answering the plaintiff's complaint,
*unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is
demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c)
Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of
plaintiff as well as to the claim of the third-party plaintiff.  Any answer that you serve on the parties to this action must
be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN       DEC 2 9 2008

CLERK | DATE

(By) DEPUTY CLERK

OAO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

| Executed on | | |
|---|---|---|
| | Date | *Signature of Server* |
| | | *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Christine A. Hafner, being duly sworn, on oath says:
that on September 29, 2008, at 3:55 PM she served the attached:

Summons and Complaint upon:

Greg Lemond c/o Christopher W. Madel, Esq. and Denise S. Rahne, Esq., therein
named, personally at:

800 LaSalle Avenue, #2800, Minneapolis, County of Hennepin, State of Minnesota, by
handing to and leaving with Denise S. Rahne, Esq., a true and correct copy thereof.

Subscribed and sworn to before me on
_____ 9/30 _____, 2008

ROBERT D. YATES
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2012

941465 - 2

RE: 51732-0001