UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant/Third Party Plaintiff. <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Civil No. 08-1010 (RHK-JSM) <br><br> **STIPULATION AND STIPULATED PROTECTIVE ORDER** |

  The parties hereby stipulate and agree that the entry of the attached Stipulated Protective Order is necessary to prevent dissemination or disclosure of highly sensitive or confidential information during the course of discovery or otherwise. The parties further stipulate and agree to entry of the attached order by the Court.

Dated this 2nd day of October, 2008.  HALLELAND LEWIS NILAN &
                       JOHNSON, P.A.

                       By: s/Erik T. Salveson
                         Erik T. Salveson (Reg. No. 177969)
                         Amanda M. Cialkowski (Reg. No. 306514)
                         Benjamin R. Rolf (Reg. No. 386413)
                         600 U.S. Bank Plaza South
                         220 South Sixth Street
                         Minneapolis, MN  55402
                         Telephone (612) 338-1838
                         Fax:  (612) 338-7858

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
dombrowicki@gasswebermullins.com
stippich@gasswebermullins.com

**ATTORNEYS FOR TREK BICYCLE CORPORATION**

Dated this 2nd day of October, 2008   ROBINS, KAPLAN, MILLER & CIRESI LLP

s/Christopher W. Madel
Christopher W. Madel # 23097
Denise S. Rahne # 331314
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

**ATTORNEYS FOR LEMOND CYCLING, INC. AND GREG LEMOND**