# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
|     Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| | Magistrate Judge Janie S. Mayeron |
| Trek Bicycle Corporation, | |
| | Date:  January 6, 2008 |
|     Defendant/Third-Party Plaintiff, | Time:  11:00 a.m. |
| | Judge:  Janie S. Mayeron |
| v. | |
| Greg Lemond, | |
|     Third-Party Defendant. | |

## PLAINTIFF'S MOTION TO COMPEL
## RESPONSES TO ITS FIRST SET OF DISCOVERY REQUESTS

Plaintiff LeMond Cycling, Inc., by and through its attorneys, respectfully moves the Court for entry of an Order under Federal Rule of Civil Procedure 37(a) to compel Defendant/Third-Party Plaintiff Trek Bicycle Corporation to respond to Plaintiff's First Set of Discovery Requests.

Pursuant to Local Rule 37.1, Plaintiff certifies that it has attempted, without success, to resolve this discovery dispute through written correspondence dated

80482783.1

November 14, 2008, December 3, 2008, December 4, 2008, and December 16, 2008.

Dated: December 18, 2008  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**

By: *s/Denise S. Rahne*
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.