# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| | Magistrate Judge Janie S. Mayeron |
| Trek Bicycle Corporation, | |
| | Date: January 15, 2008 |
| Defendant/Third-Party Plaintiff, | Time: 1:00 p.m. |
| | Judge: Janie S. Mayeron |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

### PLAINTIFF'S AMENDED NOTICE OF ITS MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

TO:   Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT, on January 15, 2008 at 1:00 p.m., or as soon thereafter as counsel can be heard, counsel for Plaintiff LeMond Cycling, Inc. shall appear before the Honorable Janie S. Mayeron, or any judge sitting in her stead, in Courtroom 6B of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101, and then and there present its Motion to Compel Responses to Plaintiff's First Set of Discovery Requests.

Dated: December 26, 2008         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**


By: *s/Denise S. Rahne*
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.