UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TREK BICYCLE CORPORATION,<br><br>　　　　Defendant and Third-Party<br>　　　　Plaintiff,<br><br>v.<br><br>GREG LEMOND,<br><br>　　　　Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM)<br><br>**TREK'S MOTION<br>TO COMPEL RULE 37<br>CONFERENCE** |

Defendant and Third-Party Plaintiff Trek Bicycle Corporation ("Trek"), by its attorneys Gass Weber Mullins and Halleland Lewis Nilan & Johnson, P.A., hereby moves pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37.1 of the United District Court for the District of Minnesota for an order compelling Plaintiff LeMond Cycling, Inc. to meet and confer regarding the parties' discovery disputes.

|  |  |
|---|---|
| Dated:  December 31, 2008 | HALLELAND LEWIS NILAN & JOHNSON, P.A.<br><br>By: s/ Benjamin J. Rolf<br>   Erik T. Salveson (Reg. No. 177969)<br>   Amanda M. Cialkowski (Reg. No. 306514)<br>   Benjamin J. Rolf (Reg. No. 386413)<br>   600 U.S. Bank Plaza South<br>   220 South Sixth Street<br>   Minneapolis, MN 55402<br>   Telephone:  (612) 338-1838<br>   Fax:  (612) 338-7858<br><br><br>GASS WEBER MULLINS LLC.<br><br>   Ralph A. Weber (Wisc. Reg. No. 1001563)<br>   Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)<br>   Kristal S. Stippich (Wisc. Reg. No. 1061028)<br>   309 North Water Street, Suite 700<br>   Milwaukee, WI  53202<br>   Telephone: (414) 223-3300<br>   Fax:         (414) 224-6116<br>   Email: weber@gasswebermullins.com<br>            dombrowicki@gasswebermullins.com<br>            stippich@gasswebermullins.com<br><br>**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION** |