UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **TREK'S NOTICE OF MOTION TO COMPEL RULE 37 CONFERENCE.** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

TO: PLAINTIFF LEMOND CYCLING, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant and Third-Party Plaintiff Trek Bicycle Corporation ("Trek") will bring the attached Motion to Compel Rule 37 Conference for hearing before the Honorable Janie S. Mayeron, or any judge sitting in her stead, in Courtroom 6B of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101 on January 15, 2009 at 1:00 p.m., or as soon thereafter as counsel can be heard.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: December 31, 2008

By: s/ Benjamin J. Rolf
   Erik T. Salveson (Reg. No. 177969)
   Amanda M. Cialkowski (Reg. No. 306514)
   Benjamin J. Rolf (Reg. No. 386413)
   600 U.S. Bank Plaza South
   220 South Sixth Street
   Minneapolis, MN 55402
   Telephone: (612) 338-1838
   Fax: (612) 338-7858

GASS WEBER MULLINS LLC.

   Ralph A. Weber (Wisc. Reg. No. 1001563)
   Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
   Kristal S. Stippich (Wisc. Reg. No. 1061028)
   309 North Water Street, Suite 700
   Milwaukee, WI 53202
   Telephone: (414) 223-3300
   Fax:    (414) 224-6116
   Email: weber@gasswebermullins.com
         dombrowicki@gasswebermullins.com
         stippich@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION**