THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

LEMOND CYCLING INC., )
)
     Plaintiff, )
)
v. )
)
TREK BICYCLE CORPORATION, )
)
     Defendant and Third-Party )
     Plaintiff, )
)
v. )
)
GREG LEMOND, )
)
     Third-Party Defendant. )

_____

Case No. 08-CV-1010 (RHK/JSM)

**CERTIFICATE OF WORD
COUNT COMPLIANCE**

The undersigned certifies that Trek's Memorandum in Support of Motion to Compel Rule 37 conference has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 1530 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Times New Roman 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4849-8666-9571

Dockets.Justia.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: December 31, 2008

By: s/ Benjamin J. Rolf
   Erik T. Salveson (Reg. No. 177969)
   Amanda M. Cialkowski (Reg. No. 306514)
   Benjamin J. Rolf (Reg. No. 386413)
   600 U.S. Bank Plaza South
   220 South Sixth Street
   Minneapolis, MN 55402
   Telephone:  (612) 338-1838
   Fax:  (612) 338-7858


GASS WEBER MULLINS LLC.

   Ralph A. Weber (Wisc. Reg. No. 1001563)
   Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
   Kristal S. Stippich (Wisc. Reg. No. 1061028)
   309 North Water Street, Suite 700
   Milwaukee, WI  53202
   Telephone: (414) 223-3300
   Fax:        (414) 224-6116
   Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT**

2