UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **DECLARATION OF RALPH A. WEBER** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

STATE OF MINNESOTA )
                                  :SS.
COUNTY OF HENNEPIN )

       I RALPH A. WEBER, declare as follow:

       I am an adult resident of the State of Wisconsin and one of the lawyers for defendant Trek Bicycle Corporation ("Trek"). I make this Declaration on personal knowledge and in support of Trek's Motion to Compel Rule 37 Conference.

       1.    Attached as Exhibit 1 is a true and correct copy of a letter dated October 3, 2008 from Ralph Weber to Denise Rahne.

       2.    Attached as Exhibit 2 is a true and correct copy of a letter dated October 21, 2008 from Ralph Weber to Denise Rahne.

3. Attached as Exhibit 3 is a true and correct copy of a letter dated October 24, 2008 from Ralph Weber to Denise Rahne.

4. Attached as Exhibit 4 is a true and correct copy of a letter dated November 3, 2008 from Ralph Weber to Denise Rahne.

5. Attached as Exhibit 5 is a true and correct copy of a letter dated November 4, 2008 from Ralph Weber to Denise Rahne.

6. Attached as Exhibit 6 is a true and correct copy of a letter dated November 14, 2008 from Denise Rahne to Ralph Weber.

7. Attached as Exhibit 7 is a true and correct copy of a letter dated November 19, 2008 from Ralph Weber to Denise Rahne.

8. Attached as Exhibit 8 is a true and correct copy of a letter dated November 21, 2008 from Denise Rahne to Ralph Weber.

9. Attached as Exhibit 9 is a true and correct copy of a letter dated December 3, 2008 from Denise Rahne to Ralph Weber.

10. Attached as Exhibit 10 is a true and correct copy of a letter dated December 4, 2008 from Ralph Weber to Denise Rahne.

11. Attached as Exhibit 11 is a true and correct copy of a letter dated December 4, 2008 from Ralph Weber to Denise Rahne.

12. Attached as Exhibit 12 is a true and correct copy of a letter dated December 8, 2008 from Ralph Weber to Denise Rahne.

13. Attached as Exhibit 13 is a true and correct copy of a letter dated December 9, 2008 from Ralph Weber to Denise Rahne.

14. Attached as Exhibit 14 is a true and correct copy of a letter dated December 11, 2008 from Ralph Weber to Denise Rahne.

15. Attached as Exhibit 15 is a true and correct copy of a letter dated December 9, 2008 from Denise Rahne to Ralph Weber.

16. Attached as Exhibit 16 is a true and correct copy of a letter dated December 16, 2008 from Denise Rahne to Ralph Weber, Erik Salveson and Bob Burns.

17. Attached as Exhibit 17 is a true and correct copy of a letter dated December 18, 2008 from Denise Rahne to Erik Salveson.

18. Attached as Exhibit 18 is a true and correct copy of a letter dated December 19, 2008 from Ralph Weber to Denise Rahne.

19. Attached as Exhibit 19 is a true and correct copy of a letter dated December 22, 2008 from Denise Rahne to Ralph Weber.

20. Attached as Exhibit 20 is a true and correct copy of a letter dated December 23, 2008 from Ralph Weber to Denise Rahne.

21. Attached as Exhibit 21 is a true and correct copy of a letter dated December 23, 2008 from Denise Rahne to Ralph Weber.

22. Attached as Exhibit 22 is a true and correct copy of a letter dated December 19, 2008 from Ralph Weber to Denise Rahne.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2008.

/s/ Ralph A. Weber
Ralph A. Weber (WI SBN 1101563 )

GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116

ATTORNEY FOR DEFENDANT