THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | ) |
| Plaintiff, | ) Case No. 08-CV-1010 (RHK/JSM) |
| v. | ) |
| TREK BICYCLE CORPORATION, | ) **CERTIFICATE OF SERVICE** |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| GREG LEMOND, | ) |
| Third-Party Defendant. | ) |

I hereby certify that on December 31, 2008, I caused the following documents:

>   **Trek's Notice of Motion to Compel Rule 37 Conference;**
>   **Trek's Motion;**
>   **Trek's Memorandum in Support of Motion;**
>   **Certificate of Word Count Compliance; and**
>   **Declaration of Benjamin J. Rolf**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

>   Christopher W. Madel, Esq.     cwmadel@rkmc.com
>   Denise S. Rahne, Esq.          dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

>   Magistrate Judge Mayeron      mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

ND: 4821-0105-3955

    Christopher W. Madel, Esq().    cwmadel@rkmc.com
    Denise S. Rahne, Esq.         dsrahne@rkmc.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: December 31, 2008    By:   s/Benjamin J. Rolf
                                         Erik T. Salveson (Reg. No. 177969)
                                         Amanda M. Cialkowski (Reg. No. 306514)
                                         Benjamin J. Rolf (Reg. No. 386413)
                                         600 U.S. Bank Plaza South
                                         220 South Sixth Street
                                         Minneapolis, MN 55402
                                         Telephone: (612) 338-1838
                                         Fax: (612) 338-7858


<u>COUNSEL ADMITTED PRO HAC VICE</u>

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
           dombrowicki@gasswebermullins.com
           stippich@gasswebermullins.com

2