UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **TREK'S MOTION TO COMPEL RESPONSES TO TREK'S FIRST SET OF WRITTEN DISCOVERY TO LEMOND CYCLING, INC.** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

Defendant and Third-Party Plaintiff Trek Bicycle Corporation ("Trek"), by its attorneys Gass Weber Mullins and Halleland Lewis Nilan & Johnson, P.A., hereby moves pursuant to Federal Rule of Civil Procedure 37(a) for an order compelling Plaintiff LeMond Cycling, Inc. to answer interrogatories and produce documents pursuant to Federal Rules of Civil Procedure 33 and 34 as requested in Trek's First Set of Written Discovery to LeMond Cycling, Inc. at 1:00 p.m., or as soon thereafter as counsel can be heard.

| | HALLELAND LEWIS NILAN & JOHNSON, P.A. |
|---|---|
| Dated: December 31, 2008 | By: s/ Benjamin J. Rolf<br>Erik T. Salveson (Reg. No. 177969)<br>Amanda M. Cialkowski (Reg. No. 306514)<br>Benjamin J. Rolf (Reg. No. 386413)<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-1838<br>Fax: (612) 338-7858 |

GASS WEBER MULLINS LLC.

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
Kristal S. Stippich (Wisc. Reg. No. 1061028)
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
dombrowicki@gasswebermullins.com
stippich@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION**