THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | Case No. 08-CV-1010 (RHK/JSM) |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF WORD COUNT COMPLIANCE** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

The undersigned certifies that Trek's Memorandum in Support of Motion to Compel has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 6852 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Times New Roman 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4814-4516-9667

| | HALLELAND LEWIS NILAN & JOHNSON, P.A. |
|---|---|
| Dated: December 31, 2008 | By: s/ Benjamin J. Rolf |
| | Erik T. Salveson (Reg. No. 177969) |
| | Amanda M. Cialkowski (Reg. No. 306514) |
| | Benjamin J. Rolf (Reg. No. 386413) |
| | 600 U.S. Bank Plaza South |
| | 220 South Sixth Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 338-1838 |
| | Fax: (612) 338-7858 |

GASS WEBER MULLINS LLC.

Ralph A. Weber (Wisc. Reg. No. 1001563)
Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)
Kristal S. Stippich (Wisc. Reg. No. 1061028)
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax:         (414) 224-6116
Email: weber@gasswebermullins.com
         dombrowicki@gasswebermullins.com
         stippich@gasswebermullins.com

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION**