UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant and Third-Party
       Plaintiff,

v.

GREG LEMOND,

    Third-Party Defendant.

Case No. 08-CV-1010 (RHK-JSM)

**DECLARATION OF
RALPH A. WEBER**

STATE OF MINNESOTA )
                              :SS.
COUNTY OF HENNEPIN )

    I RALPH A. WEBER, declare as follow:

    I am an adult resident of the State of Wisconsin and one of the lawyers for defendant Trek Bicycle Corporation ("Trek"). I make this Declaration on personal knowledge and in support of Trek's Motion to Compel.

    1.    Attached as Exhibit 1 is a true and correct copy of a letter dated November 14, 2008 from Denise Rahne to Ralph Weber.

    2.    Attached as Exhibit 2 is a true and correct copy of a letter dated December 9, 2008 from Denise Rahne to Ralph Weber.

3. Attached as Exhibit 3 is a true and correct copy of Trek's First Set of Written Discovery to LeMond Cycling, Inc. dated September 5, 2008.

4. Attached as Exhibit 4 is a true and correct copy of Trek's Counterclaim and Third Party Complaint dated September 22, 2008.

5. Attached as Exhibit 5 is a true and correct copy of a letter dated December 19, 2008 from Ralph Weber to Denise Rahne.

6. Attached as Exhibit 6 is a true and correct copy of a letter dated December 22, 2008 from Denise Rahne to Ralph Weber.

7. Attached as Exhibit 7 is a true and correct copy of a letter dated December 23, 2008 from Denise Rahne to Ralph Weber.

8. Attached as Exhibit 8 is a true and correct copy of pages 1 and 8 from LeMond Cycling's Privilege Log.

9. Attached as Exhibit 9 is a true and correct copy of Plaintiff's Rule 26 Disclosures dated August 29, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 31, 2008.

/s/ Ralph A. Weber
Ralph A. Weber (WI SBN 1101563 )
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116

ATTORNEY FOR DEFENDANT