THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br>  Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br>  Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br>  Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on December 31, 2008, I caused the following documents:

> **Trek's Notice of Motion to Compel Responses to Trek's First Set of Written Discovery to Lemond Cycling, Inc.;**
> **Trek's Motion;**
> **Trek's Memorandum in Support of Motion;**
> **Certificate of Word Count Compliance; and**
> **Declaration of Ralph A. Weber,**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> Christopher W. Madel, Esq.     cwmadel@rkmc.com
> Denise S. Rahne, Esq.          dsrahne@rkmc.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

> Magistrate Judge Mayeron     mayeron_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

ND: 4830-7262-5155

| | |
|---|---|
| Christopher W. Madel, Esq. | cwmadel@rkmc.com |
| Denise S. Rahne, Esq. | dsrahne@rkmc.com |

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: December 31, 2008   By:  s/Benjamin J. Rolf
　　　　　　　　　　　　　　　Erik T. Salveson (Reg. No. 177969)
　　　　　　　　　　　　　　　Amanda M. Cialkowski (Reg. No. 306514)
　　　　　　　　　　　　　　　Benjamin J. Rolf (Reg. No. 386413)
　　　　　　　　　　　　　　　600 U.S. Bank Plaza South
　　　　　　　　　　　　　　　220 South Sixth Street
　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　Telephone: (612) 338-1838
　　　　　　　　　　　　　　　Fax: (612) 338-7858


COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
　　　　dombrowicki@gasswebermullins.com
　　　　stippich@gasswebermullins.com

ND: 4830-7262-5155