# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| Trek Bicycle Corporation, | Magistrate Judge Janie S. Mayeron |
| Defendant/Third-Party Plaintiff, | Date: February 17, 2009<br>Time: 11:00 a.m.<br>Judge: Janie S. Mayeron |
| v. | |
| Greg Lemond, | |
| Third-Party Defendant. | |

### PLAINTIFF'S MOTION TO QUASH SUBPOENA
### ISSUED TO MASLON EDELMAN BORMAN & BRAND LLP
### OR IN THE ALTERNATIVE TO STAY DETERMINATION IN
### <u>DEFERENCE TO THE TRIAL COURT</u>

Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond (collectively "Plaintiff"), by and through their attorneys, respectfully move the Court for entry of an Order under Federal Rules of Civil Procedure 26 and 45 to quash Defendant/Third-Party Plaintiff Trek Bicycle Corporation's Subpoena directed to Maslon, Edelman, Borman & Brand LLP, or in the alternative, to stay determination in deference to the Court's ruling on Plaintiff's Motion for a Protective Order.

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 37.1, Plaintiff certifies that it has attempted, without success, to resolve this discovery through a face to face meeting on January 5, 2009.

In support of this motion, Plaintiff has contemporaneously filed its Memorandum of Law in Support of its Motion to Quash Subpoena Issued to Maslon, Edelman, Borman & Brand LLP, or in the Alternative to Stay Determination in Deference to the Trial Court.

Dated: January 5, 2009             **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**

By: *s/Denise S. Rahne*
    Christopher W. Madel (#230297)
    Denise S. Rahne (#331314)
    Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.

2
80510049.1