# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**Trek Bicycle Corporation,**<br><br>　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>**Greg LeMond,**<br><br>　　Third-Party Defendant. | Case No. 08-CV-01010 (RHK/JSM)<br><br>**DECLARATION OF JENNIFER M. ROBBINS IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH THE SUBPOENA ISSUED TO MASLON EDELMAN BORMAN & BRAND LLP**<br><br>Date:  February 17, 2009<br>Time:  11:00 a.m.<br>Judge:  Janie S. Mayeron |

　　I, Jennifer M. Robbins, being first duly sworn upon oath, depose and state as follows:

　　1.　　I am an attorney representing LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond (collectively Plaintiff).  I make this Declaration on personal knowledge and in support of Memorandum of Law in Support of Plaintiff's Motion to Quash the Subpoena Issued to Maslon Edelman Borman & Brand LLP, or in the Alternative to Stay Determination in Deference to the Trial Court.

　　2.　　Attached to this Declaration as Exhibit 1 is a true and correct copy of the Subpoena Directed to Maslon Edelman Borman & Brand LLP, issued on December 23, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January 2009.

*/s/ Jennifer M. Robbins*
Jennifer M. Robbins
