# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    Plaintiff,

v.

**Trek Bicycle Corporation,**

    Defendant/Third-Party Plaintiff,

v.

**Greg LeMond,**

    Third-Party Defendant.

Case No. 08-CV-01010 (RHK/JSM)

**DECLARATION OF JENNIFER M. ROBBINS IN OPPOSITION TO TREK'S MOTION TO COMPEL RULE 37 CONFERENCE**

I, Jennifer M. Robbins, being first duly sworn upon oath, depose and state as follows:

1.    I am an attorney representing LeMond Cycling, Inc. (Plaintiff). I make this Declaration on personal knowledge and in support of Memorandum of Law in Opposition to Trek's Motion to Compel Rule 37 Conference.

2.    Attached to this Declaration as Exhibit 1 is a true and correct copy of a letter from Ralph A. Weber of Gass, Weber, Mullins LLC to Sidney Bluming of Bluming, Freiman, Franco P.C., dated October 31, 2008 and a letter from Bluming to Weber dated November 10, 2008.

80519529.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January 2009.

*/s/ Jennifer M. Robbins*
Jennifer M. Robbins