# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**LeMond Cycling, Inc.,**

    Plaintiff,

v.

**Trek Bicycle Corporation,**

    Defendant/Third-Party Plaintiff,

v.

**Greg LeMond,**

    Third-Party Defendant.

Case No. 08-CV-01010 (RHK/JSM)

**DECLARATION OF JENNIFER M. ROBBINS IN OPPOSITION TO TREK'S MOTION TO COMPEL RESPONSES TO TREK'S FIRST SET OF WRITTEN DISCOVERY TO LEMOND CYCLING, INC.**

I, Jennifer M. Robbins, being first duly sworn upon oath, depose and state as follows:

1.     I am an attorney representing LeMond Cycling, Inc. (LeMond Cycling). I make this Declaration on personal knowledge and in Opposition to Trek's Motion to Compel Responses to Trek's First Set of Written Discovery to LeMond Cycling, Inc.

2.     Attached to this Declaration as Exhibit 1 is a true and correct copy of a power point presentation dated April 8, 2008.

3.     Attached to this Declaration as Exhibit 2 is a true and correct copy of an email string between Elisabeth of Trek Bicycle Corporation and Bernie Boglioli of LeMond Fitness dated March 22, 2007.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of a letter from Ralph A. Weber of Gass, Weber, Mullins LLC to Denise S. Rahne of Robins, Kaplan, Miller & Ciresi L.L.P. dated December 19, 2008.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of a letter from Denise S. Rahne to Ralph A. Weber dated December 23, 2008.

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of the Sublicense Agreement between Trek Bicycle Corporation and LeMond Cycling, Inc. dated June 29, 1995.

7. Attached to this Declaration as Exhibit 6 is a true and correct copy of the relevant pages of the Affidavit of John Kaul authenticating August 13, 2001 transcript of conversation between Greg LeMond and John Burke.

8. Attached to this Declaration as Exhibit 7 is a true and correct copy of a letter from Loren H. Brown of Piper Rudnick LLP to Greg LeMond dated August 10, 2004.

9. Attached to this Declaration as Exhibit 8 is a true and correct copy of an email from Francis Higgins to media@trekbikes.com, bates labeled LCI 06335.

10. Attached to this Declaration as Exhibit 9 is a true and correct copy of *EEOC v. Ceridian Corp.*, Civil No. 07-4086 (DSD/JJG), 2008 U.S. Dist. LEXIS 90392 (D. Minn. Sept. 16, 2008).

11. Attached to this Declaration as Exhibit 10 is a true and correct copy of *St. Croix Printing Equip., Inc. v. Sexton*, Civil No. 06-4273 (PAM/JSM), 2008 U.S. Dist. LEXIS 81918 (D. Minn. July 18, 2008).

12. Attached to this Declaration as Exhibit 11 is a true and correct copy of a letter from Ralph A. Weber to Sidney Bluming of Bluming Freiman Franco P.C. dated October 31, 2008.

13. Attached to this Declaration as Exhibit 12 is a true and correct copy of a letter from Sidney Bluming to Ralph A. Weber dated November 10, 2008.

14. Attached to this Declaration as Exhibit 13 is a true and correct copy of a letter from Denise S. Rahne to the Yahoo! Inc. legal department regarding document preservation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of January 2009.

*/s/ Jennifer M. Robbins*
Jennifer M. Robbins