THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

_____

LEMOND CYCLING INC.,                    )
                                        )   Case No. 08-CV-1010 (RHK/JSM)
      Plaintiff,                    )
                                        )
v.                                      )
                                        )
TREK BICYCLE CORPORATION,               )   **CERTIFICATE OF WORD**
                                        )   **COUNT COMPLIANCE**
  Defendant and Third-Party             )
  Plaintiff,                            )
                                        )
v.                                      )
                                        )
GREG LEMOND,                            )
                                        )
      Third-Party Defendant.        )
_____

       The undersigned certifies that Trek's Memorandum in Response to Plaintiff's Motion to Compel has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e). In particular, the text in this memorandum contains 3070 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Times New Roman 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4836-0903-8595

|                          |                                                        |
|--------------------------|--------------------------------------------------------|
|                          | HALLELAND LEWIS NILAN & JOHNSON, P.A.                  |
| Dated:  January 8, 2009  | By: s/ Benjamin J. Rolf                                |
|                          | Erik T. Salveson (Reg. No. 177969)                     |
|                          | Amanda M. Cialkowski (Reg. No. 306514)                 |
|                          | Benjamin J. Rolf (Reg. No. 386413)                     |
|                          | 600 U.S. Bank Plaza South                              |
|                          | 220 South Sixth Street                                 |
|                          | Minneapolis, MN 55402                                  |
|                          | Telephone:  (612) 338-1838                             |
|                          | Fax:  (612) 338-7858                                   |
|                          |                                                        |
|                          | GASS WEBER MULLINS LLC.                                |
|                          |                                                        |
|                          | Ralph A. Weber (Wisc. Reg. No. 1001563)                |
|                          | Christopher P. Dombrowicki (Wisc. Reg. No. 1041764)    |
|                          | Kristal S. Stippich (Wisc. Reg. No. 1061028)           |
|                          | 309 North Water Street, Suite 700                      |
|                          | Milwaukee, WI  53202                                   |
|                          | Telephone: (414) 223-3300                              |
|                          | Fax:         (414) 224-6116                            |
|                          | Email: weber@gasswebermullins.com                      |
|                          |            dombrowicki@gasswebermullins.com            |
|                          |          stippich@gasswebermullins.com                 |
|                          |                                                        |
|                          | **ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION** |

ND: 4836-0903-8595