UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
|     Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **DECLARATION OF**<br>**RALPH A. WEBER** |
|     Defendant and<br>    Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
|     Third-Party Defendant. | |

STATE OF MINNESOTA )
                               :SS.
COUNTY OF HENNEPIN )

    I RALPH A. WEBER, declare as follow:

    I am an adult resident of the State of Wisconsin and one of the lawyers for defendant Trek Bicycle Corporation ("Trek"). I make this Declaration on personal knowledge and in support of Trek's Response to Plaintiff LeMond Cycling, Inc.'s Motion to Compel Responses to Its First Set of Discovery Requests.

    1.    Attached as Exhibit 1 is a true and correct copy of a letter dated December 19, 2008 from Ralph Weber to Denise Rahne.

2. Attached as Exhibit 2 is a true and correct copy of page 8 from the transcript of a conversation between Greg LeMond and John Burke on August 13, 2001 at 5:35 p.m. (LCI 02979).

3. Attached as Exhibit 3 are true and correct copies of pages 193-194 of Greg LeMond's Deposition Transcript, Dec. 15, 2008.

4. Attached as Exhibit 4 is a true and correct copy of Trek's Counterclaim and Third-Party Complaint dated September 29, 2008.

5. Attached as Exhibit 5 is a true and correct copy of letter dated November 25, 2008 from Ralph Weber to Sidney Bluming.

6. Attached as Exhibit 6 is a true and correct copy of Plaintiff's Redaction Log .

7. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Privilege Log.

8. Attached as Exhibit 8 is a true and correct copy of Trek's Memorandum in Support of its Motion to Compel Responses to Trek's First Set of Written Discovery to LeMond Cycling, Inc. (filed December 31, 2008).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2009.

/s/ Ralph A. Weber
Ralph A. Weber (WI SBN 1101563 )

GASS WEBER MULLINS LLC

309 North Water Street, Suite 700
Milwaukee, WI 53202

Telephone: (414) 223-3300
Fax: (414) 224-6116

**ATTORNEY FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION**