# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | ) |
| Plaintiff, | ) Case No. 08-CV-1010 (RHK/JSM) |
| v. | ) |
| TREK BICYCLE CORPORATION, | ) **CERTIFICATE OF SERVICE** |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| GREG LEMOND, | ) |
| Third-Party Defendant. | ) |

I hereby certify that on January 8, 2009, I caused the following documents:

> **Trek's Memorandum in Response to Plaintiff's Motion to Compel;
> Certificate of Word Count Compliance; and
> Declaration of Ralph A. Weber.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> Christopher W. Madel, Esq.   cwmadel@rkmc.com
> Denise S. Rahne, Esq.   dsrahne@rkmc.com

ND: 4825-1825-7411

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: January 8, 2009

By:   s/Benjamin J. Rolf
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 338-1838
    Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com