UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
| Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| | Magistrate Judge Janie S. Mayeron |
| Trek Bicycle Corporation, | |
| | Date: February 17, 2009 |
| Defendant/Third-Party Plaintiff, | Time: 11:00 a.m. |
| | Judge: Janie S. Mayeron |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

**PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING DEFENDANT'S THIRD-PARTY SUBPOENAS**

Plaintiff LeMond Cycling, Inc., and Third-Party Defendant Greg LeMond (collectively "Plaintiff"), by and through their attorneys, respectfully moves the Court for entry of an Order under Federal Rule of Civil Procedure 26 for entry of a Protective Order regarding Defendant Trek Bicycle Corporation's third-party subpoenas issued to J.P. Pascal, The Gluskin Townley Group LLC, and Maslon, Edelman, Borman & Brand LLP.

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 37.1, Plaintiff certifies that it has attempted, without success, to resolve this discovery

80510076.1

dispute through a face to face meeting on January 5, 2009. Plaintiff will continue to work with opposing counsel to resolve this discovery dispute before the scheduled hearing date of February 17, 2009.

In support of this motion, Plaintiff will file its Memorandum of Law in Support of its Motion for Entry of a Protective Order Regarding Defendant's Third-Party Subpoenas, in compliance with Local Rule 7.1(a), no later than February 3, 2009.

| | |
|---|---|
| Dated: January 9, 2009 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P** |

By: *s/Denise S. Rahne*
 Christopher W. Madel (#230297)
 Denise S. Rahne (#331314)
 Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.