# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., | |
|     Plaintiff, | Civil No. 08-1010 (RHK-JSM) |
| v. | Judge Richard H. Kyle |
| | Magistrate Judge Janie S. Mayeron |
| Trek Bicycle Corporation, | |
| | Date: February 17, 2009 |
|     Defendant/Third-Party Plaintiff, | Time: 11:00 a.m. |
| | Judge: Janie S. Mayeron |
| v. | |
| Greg LeMond, | |
|     Third-Party Defendant. | |

## PLAINTIFF'S NOTICE OF ITS
## MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING
## DEFENDANT'S THIRD-PARTY SUBPOENAS

TO: Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT, on February 17, 2009 at 11:00 a.m., or as soon thereafter as counsel can be heard, counsel for Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond, shall appear before the Honorable Janie S. Mayeron, or any judge sitting in her stead, in Courtroom 6B of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building, St.

Paul, MN 55101, and then and there present its Motion for Entry of a Protective Order Regarding Defendant's Third-Party Subpoenas.

Dated: January 9, 2009  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P**

By: *s/Denise S. Rahne*
   Christopher W. Madel (#230297)
   Denise S. Rahne (#331314)
   Jennifer M. Robbins (#387745)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.