THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | ) |
| Plaintiff, | ) Case No. 08-CV-1010 (RHK/JSM) |
| v. | ) |
| TREK BICYCLE CORPORATION, | ) **CERTIFICATE OF SERVICE** |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| GREG LEMOND, | ) |
| Third-Party Defendant. | ) |

I hereby certify that on January 14, 2009, I caused the following documents:

    Trek's Reply in Support of Motion to Compel Rule 37 Conference;
    Certificate of Word Count Compliance; and
    Certificate of Service

and

    Trek's Reply in Support of Motion to Compel Responses;
    Certificate of Word Count Compliance; and
    Certificate of Service

to be delivered by Courier to the following:

    Denise S. Rahne, Esq.
    Christopher W. Madel, Esq.
    ROBINS KAPLAN MILLER & CIRESI LLP
    800 LaSalle Ave., Ste. 2800
    Minneapolis, MN 55402-2015

and that the documents were delivered before 9:00 A.M. on Wednesday January 14, 2009.

ND: 4845-3827-4051

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: January 14, 2009   By:   s/Benjamin J. Rolf
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 338-1838
    Fax: (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
       dombrowicki@gasswebermullins.com
       stippich@gasswebermullins.com