# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| LEMOND CYCLING, INC., Plaintiff(s), v. | **COURT MINUTES** BEFORE: Janie S. Mayeron, U.S. Magistrate Judge |
| TREK BICYCLE CORPORATION, Defendant(s). | Case No: CIVIL NO. 08-1010 (RHK/JSM) Date: January 15, 2009 Court Reporter: Carla Bebault Time Commenced: 1:00 p.m. Time Concluded: 4:00 p.m. Time in Court: 3 Hours |

APPEARANCES:

For Plaintiff: Denise S. Rahne, Esq., and Jennifer M. Robbins, Esq.
For Defendant: Ralph A. Weber, Esq. and Erik T. Salveson, Esq.

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** X COURT ☐ PLAINTIFF ☐ DEFENDANT

Plaintiff's Motion to Compel Responses to its First Set of Discovery Requests [Docket No. 49]; Trek's Motion to Compel Rule 37 Conference Requests [Docket No. 55]; and Trek's Motion to Compel Responses to Trek's First Set of Written Discovery to Lemond Cycling, Inc. [Docket No. 61]–**ORDER ISSUED FROM BENCH, WRITTEN ORDER TO FOLLOW**

X ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court        ☐ Exhibits returned to counsel

_s/sk_
Signature of Law Clerk
