# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **LeMond Cycling, Inc.,** | Case No. 08-CV-01010 (RHK/JSM) |
|     Plaintiff, | |
| v. | **DECLARATION OF DENISE S. RAHNE IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER REGARDING DEFENDANT'S THIRD-PARTY SUBPOENAS** |
| **Trek Bicycle Corporation,** | |
|     Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | Date: February 17, 2009<br>Time: 11:00 a.m.<br>Judge: Janie S. Mayeron |
|     Third-Party Defendant. | |

I, DENISE S. RAHNE, declare and state as follows:

1. I am an attorney representing Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond (collectively "Plaintiff"). I make this Declaration on personal knowledge and in support of Plaintiff's Motion for Entry of a Protective Order Regarding Defendant's Third-Party Subpoenas.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of the Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle, Corp., dated June 29, 1995.

80572866.1

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of Trek's Subpoena and cover letter to Maslon, Edelman, Borman & Brand LLP, dated December 22, 2008.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of an email from Margo Brownell of Maslon, Edelman, Borman & Brand LLP to Denise S. Rahne of Robins, Kaplan, Miller & Ciresi L.L.P., dated January 7, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February 2009.

*/s/ Denise S. Rahne*
Denise S. Rahne