**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **LeMond Cycling, Inc.,** | Case No. 08-CV-01010 (RHK/JSM) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **Trek Bicycle Corporation,** | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| **Greg LeMond,** | |
| Third-Party Defendant. | |

The undersigned hereby certifies that on February 13, 2009, she caused the following documents to be filed electronically with the Clerk of Court through ECF:

1. Plaintiff's Notice of Withdrawal of Its Motion for Entry of protective Order Regarding Defendant's Third-Party Subpoenas.
2. Plaintiff's Notice of Withdrawal of Its Motion to Quash Subpoena Issued to Maslon Edelman Borman & Brand LLP or in the Alternative to Stay Determination in Deference to the Trial Court.

and that ECF will send an e-notice of the electronic filing to the following individuals:

| | |
|---|---|
| **Amanda M. Cialkowski** | ACialkowski@halleland.com, kkullmann@halleland.com |
| **Christopher P. Dombrowicki** | dombrowicki@gasswebermullins.com, brier@gasswebermullins.com |
| **Benjamin J. Rolf** | brolf@halleland.com, Mleger@halleland.com |
| **Erik T. Salveson** | esalveson@halleland.com, dbunnell@halleland.com |
| **Kristal S. Stippich** | stippich@gasswebermullins.com, paszkiewicz@gasswebermullins.com |
| **Ralph A. Weber** | weber@gasswebermullins.com<br>zastrow@gasswebermullins.com<br>Latawiec@gasswebermullins.com |

80599535.1

Dated:  February 13, 2009	ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


By:   *s/Denise S. Rahne*
      Christopher W. Madel #230297
      Denise S. Rahne #331314
      Jennifer M. Robbins #387745

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC.