UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | TREK'S MOTION FOR PROTECTIVE ORDER RELATED TO PUBLIC STRATEGIES, INC. |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

Defendant and Third-Party Plaintiff Trek Bicycle Corporation moves under Federal Rules of Civil Procedure 26(c), 26(b)(1), and 26(b)(3)(A) for a protective order safeguarding from disclosure to the opposing parties in discovery all communications, documents, and other information shared with, and produced by, Public Strategies, Inc., a firm retained by Trek's legal counsel (Gass Weber Mullins LLC) to help develop and implement legal strategy in this matter. Trek's supporting memorandum and declaration of Ralph A. Weber further set forth the reasons supporting this motion.

ND: 4822-3366-0419

| | |
|---|---|
| Dated this 30th day of April, 2009 | HALLELAND LEWIS NILAN & JOHNSON, P.A.<br><br>By:    s/Benjamin J. Rolf<br>Erik T. Salveson (Reg. No. 177969)<br>Amanda M. Cialkowski (Reg. No. 306514)<br>Benjamin J. Rolf (Reg. No. 386413)<br>600 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone (612) 338-1838<br>Fax: (612) 338-7858<br><br>and<br><br>Ralph A. Weber (State Bar No. 1001563)<br>Christopher P. Dombrowicki (State Bar No. 1041764)<br>Kristal S. Stippich (State Bar No. 1061028)<br>GASS WEBER MULLINS, LLC<br>309 North Water Street, Suite 700<br>Milwaukee, WI 53202<br>Telephone: (414) 223-3300<br>Fax: (414) 224-6116<br>Email: weber@gasswebermullins.com<br>       dombrowicki@gasswebermullins.com<br>       stippich@gasswebermullins.com<br><br>ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION |