Exhibit 7

Dockets.Justia.com

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**JENNIFER M. ROBBINS**
612-349-8711

July 15, 2009

Ralph A. Weber, Esq.
Christopher P. Dombrowicki, Esq.
Kristal S. Stippich, Esq.
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202

Re:   *LeMond Cycling, Inc.  v. Trek Bicycle Corporation*
Case No. 08-CV-01010 (RHK/JSM)
Our File No. 123595-0000

Dear Counsel:

Pursuant to our agreement during July 2, 2009 meet and confer, we were able to narrow down the date of the recorded conversation between Mr. LeMond, Ms. Andreu, and Mr. Bluming. Therefore, enclosed please find Plaintiff's Revised Privilege Log with the modified entry for LCI PRIV 00202 – LCI PRIV 00203.

Additionally, we are now able to confirm that all recordings relevant to this lawsuit have been either produced or identified on the privilege log.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jennifer M. Robbins

JMR/bsb
Enclosure
cc:   Erik T. Salveson
Benjamin J. Rolf
Amanda M. Cialkowski

LeMond Privilege Log (revised May 8, 2009)
LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00003 | 3/3/08 | Sidney R. Bluming | Christopher W. Madel | Denise S. Rahne<br>Greg LeMond | Confidential e-mail communication between attorneys and copied to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00004 | 3/10/08 | Sidney R. Bluming | Denise S. Rahne<br>Greg LeMond | Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication from between attorneys and client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00004 -<br>LCI PRIV 00005 | 3/10/08 | Denise S. Rahne | Greg LeMond | Sidney R. Bluming<br>Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00006 | 3/6/08 | Sidney R. Bluming | Denise S. Rahne | Greg LeMond<br>Christopher W.<br>Madel<br>Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00006 -<br>LCI PRIV 00008 | 3/6/08 | Denise S. Rahne | Greg LeMond<br>Sidney R. Bluming | Christopher W.<br>Madel<br>Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication from between attorneys and client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00012 -<br>LCI PRIV 00014 | 3/4/08 | Sidney R. Bluming | Denise S. Rahne | Greg LeMond<br>Colleen Dominick<br>Christopher W.<br>Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00013 -<br>LCI PRIV 00014 | 2/29/08 | Denise S. Rahne | Greg LeMond | Sidney R. Bluming<br>Christopher W.<br>Madel<br>Colleen Dominick | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00015 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00015 - LCI PRIV 00017 | 12/12/07 | Bruce D. Manning | Greg LeMond<br>Sidney R. Bluming | Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00018 | 2/6/08 | Sidney R. Bluming | Denise S. Rahne | Dawn Van Alstine<br>Colleen Dominick<br>Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00018 - LCI PRIV 00020 | 2/6/08 | Denise S. Rahne | Sidney R. Bluming | Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication between attorneys for the purpose of rendering legal advice to client regarding litigation strategy | AC/WP |
| LCI PRIV 00021 – LCI PRIV 00023 | | | | | PRODUCED AT LCI 05584-05586 | |
| LCI PRIV 00024 | 2/7/08 | Sidney R. Bluming | Denise S. Rahne | Christopher W. Madel<br>Bruce D. Manning<br>Dawn Van Alstine<br>Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00024 - LCI PRIV 00025 | 2/7/08 | Denise S. Rahne | Christopher W. Madel<br>Bruce D. Manning<br>Sidney R. Bluming | Dawn Van Alstine<br>Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00045 | | | | | PRODUCED AT LCI 05589 | |
| LCI PRIV 00046 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

80474147.4

| Batesnumber | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00046 | 12/13/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00047 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00047 – LCI PRIV 00048 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00048 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond<br>Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00048 – LCI PRIV 00052 | 12/12/07 | Bruce D. Manning | Greg LeMond<br>Sidney R. Bluming | Christopher W. Madel<br>Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00054 – LCI PRIV 00056 | 1/16/08 | Sidney R. Bluming | Christopher W. Madel | Greg LeMond<br>Bruce D. Manning | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00057 | 3/10/08 | Sidney R. Bluming | Denise S. Rahne<br>Greg LeMond | Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00057 – LCI PRIV 00058 | 3/10/08 | Denise S. Rahne | Greg LeMond | Sidney R. Bluming<br>Dawn Van Alstine<br>Colleen Dominick | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00059 – LCI PRIV 00060 | 3/10/08 | Sidney R. Rahne | Denise S. Rahne | Greg LeMond Christopher W. Madel Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys and copied to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00060 | 3/6/08 | Denise S. Rahne | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys and copied to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00060 – LCI PRIV 00061 | 3/6/08 | Sidney R. Bluming | Denise S. Rahne | Greg LeMond Christopher W. Madel Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys and copied to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00061 – LCI PRIV 00063 | 3/6/08 | Denise S. Rahne | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00064 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00064 – LCI PRIV 00065 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00065 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00065 – LCI PRIV 00070 | 12/12/07 | Bruce D. Manning | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00071 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00071 | 12/13/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00071 – LCI PRIV 00072 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00072 – LCI PRIV 00073 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00073 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00073 – LCI PRIV 00075 | 12/12/07 | Bruce D. Manning | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00076 | 12/14/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00076 | 12/14/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00076 – LCI PRIV 00077 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00077 | 12/13/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00077 – LCI PRIV 00078 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00078 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00078 – LCI PRIV 00079 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00079 – LCI PRIV 00080 | 12/12/07 | Bruce D. Manning | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00081 | 12/14/07 | Sidney R. Bluming | Dawn Van Alstine | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00081 - LCI PRIV 00082 | 12/14/07 | Dawn Van Alstine | Bruce D. Manning Sidney R. Bluming | Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00082 | 12/14/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00082 - LCI PRIV 00083 | 12/14/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00083 | 12/14/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00083 - LCI PRIV 00084 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00084 - LCI PRIV 00085 | 12/13/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00085 - LCI PRIV 00086 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00086 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00087 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00087 – LCI PRIV 00089 | 12/12/07 | Bruce D. Manning | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00090 | 12/14/07 | Sidney R. Bluming | Dawn Van Alstine | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00090 – LCI PRIV 00091 | 12/14/07 | Dawn Van Alstine | Sidney R. Bluming | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00091 | 12/14/07 | Sidney R. Bluming | Dawn Van Alstine | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00092 | 12/14/07 | Dawn Van Alstine | Bruce D. Manning Sidney R. Bluming | Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00092 | 12/14/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

8047417.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00092 – LCI PRIV 00093 | 12/14/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00093 | 12/14/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00093 – LCI PRIV 00094 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00094 – LCI PRIV 00095 | 12/13/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00095 – LCI PRIV 00096 | 12/13/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00096 – LCI PRIV 00097 | 12/12/07 | Bruce D. Manning | Sidney R. Bluming | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00097 – LCI PRIV 00098 | 12/12/07 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00098 – LCI PRIV 00100 | 12/12/07 | Bruce D. Manning | Greg LeMond Sidney R. Bluming | Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication between attorneys and client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00101; LCI PRIV 00106 – LCI PRIV 00107 | 12/19/07 | Sidney R. Bluming | Greg LeMond | Bruce D. Manning Christopher W. Madel Dawn Van Alstine | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00101 – LCI PRIV 00102 | 12/19/07 | Greg LeMond | Bruce D. Manning Sidney R. Bluming Dawn Van Alstine | Christopher W. Madel | Confidential e-mail communication from client to attorneys for the purpose of obtaining legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00102 – LCI PRIV 00103 | 12/14/07 | Sidney R. Bluming | Dawn Van Alstine | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00104 | 12/14/07 | Dawn Van Alstine | Sidney R. Bluming | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00104 – LCI PRIV 00105 | 12/14/07 | Sidney R. Bluming | Dawn Van Alstine | Bruce D. Manning Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00105 | 12/14/07 | Dawn Van Alstine | Bruce D. Manning Sidney R. Bluming | Greg LeMond Christopher W. Madel | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00108 | 2/6/08 | Sidney R. Bluming | Denise S. Rahne | Dawn Van Alstine Colleen Dominick Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00108 – LCI PRIV 00109 | 2/6/08 | Denise S. Rahne | Sidney R. Bluming | Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys for the purpose of rendering legal advice to client regarding litigation strategy | AC/WP |
| LCI PRIV 00110 – LCI PRIV 00114 | | | | | PRODUCED AT LCI 05890-05894 | |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00115 | 2/6/08 | Sidney R. Bluming | Greg LeMond | | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00115 – LCI PRIV 00116 | 2/6/08 | Greg LeMond | Sidney R. Bluming | | Confidential e-mail communication from client to attorney for the purpose of obtaining legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00116 – LCI PRIV 00117 | 2/6/08 | Denise S. Rahne | Sidney R. Bluming | Dawn Van Alstine Colleen Dominick | Confidential e-mail communication between attorneys for the purpose of rendering legal advice to client regarding litigation strategy | AC/WP |
| LCI PRIV 00118 | 1/16/08 | Sidney R. Bluming | Bruce D. Manning | Greg LeMond Christopher W. Madel Denise S. Rahne Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00118 – LCI PRIV 00119 | 1/16/08 | Bruce D. Manning | Sidney R. Bluming Christopher W. Madel | Greg LeMond Denise S. Rahne Dawn Van Alstine | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00119 – LCI PRIV 00120 | 1/16/08 | Sidney R. Bluming | Christopher W. Madel | Greg LeMond Bruce D. Manning | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00121 – LCI PRIV 00122 | 2/7/08 | Sidney R. Bluming | Denise S. Rahne Christopher W. Madel | Bruce D. Manning Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding royalties | AC/WP |
| LCI PRIV 00123 | 2/7/08 | Sidney R. Bluming | Denise S. Rahne | Christopher W. Madel Bruce D. Manning Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00123 – LCI PRIV 00124 | 2/7/08 | Denise S. Rahne | Christopher W. Madel Bruce D. Manning Sidney R. Bluming | Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |

804741474

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00125; LCI PRIV 00128 – LCI PRIV 00129 | 12/27/07 | Sidney R. Bluming | Greg LeMond | | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communications with Trek about sales and marketing of the LeMond brand, and communications with Lew Wheels | AC/WP |
| LCI PRIV 00125 – LCI PRIV 00127 | 12/27/07 | Greg LeMond | Sidney R. Bluming | | Confidential e-mail communication from client to attorney for the purpose of obtaining legal advice regarding communications with Trek about sales and marketing of the LeMond brand, and communications with Lew Wheels | AC/WP |
| LCI PRIV 00130 | 12/21/07 | Sidney R. Bluming | Greg LeMond | | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00130 – LCI PRIV 00132 | 12/21/07 | Greg LeMond | Sidney R. Bluming | | Confidential e-mail communication from client to attorney for the purpose of obtaining legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 000133 | 1/3/08 | Sidney R. Bluming | Greg LeMond | | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00134 | 1/11/08 | Sidney R. Bluming | Greg LeMond | | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00135 – LCI PRIV 00136 | 1/21/08 | Sidney R. Bluming | Greg LeMond | Christopher W. Madel Bruce D. Manning | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00137 | 12/21/07 | Sidney R. Bluming | Greg LeMond | Christopher W. Madel Bruce D. Manning | Confidential e-mail communication from attorney to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00138 | 2/6/08 | Sidney R. Bluming | Denise S. Rahne | Colleen Dominick Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00138 – LCI PRIV 00163 | 2/6/08 | Denise S. Rahne | Sidney R. Bluming | Colleen Dominick Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00164; LCI PRIV 00166 – LCI PRIV 00172 | 2/7/08 | Sidney R. Bluming | Denise S. Rahne | Colleen Dominick Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00164 – LCI PRIV 00165 | 2/7/08 | Denise S. Rahne | Sidney R. Bluming | Colleen Dominick Dawn Van Alstine Greg LeMond | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding litigation strategy | AC/WP |
| LCI PRIV 00199 – LCI PRIV 00201 | 1/16/08 | Sidney R. Bluming | Greg LeMond | Christopher W. Madel Bruce D. Manning | Confidential e-mail communication between attorneys with copy to client for the purpose of rendering legal advice regarding communication with Trek about sales and marketing of the LeMond brand | AC/WP |
| LCI PRIV 00202 – LCI PRIV 00203 | 2004 | Greg LeMond | Betsy Andreu; Sidney R. Bluming | | Confidential tape of conversation between client, attorney, and potential witness made for the purpose of investigation of potential witness and at the direction of counsel reflecting attorney's thoughts, mental impressions, legal opinions, and legal advice | WP |
| LCI PRIV 00204 – LCI PRIV 00227 | 7/17/95 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00228 – LCI PRIV 00251 | 7/17/95 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00252 – LCI PRIV 00272 | 7/1995 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00273 – LCI PRIV 00295 | 7/1995 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00296 – LCI PRIV 00323 | 6/29/95 | Sidney D. Bluming | | | Confidential redline Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00324 – LCI PRIV 00326 | 6/28/95 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | WP |
| LCI PRIV 00327 – LCI PRIV 00350 | 6/29/95 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00351 – LCI PRIV 00363 | 5/4/95 | Sidney D. Bluming | | | Confidential draft Agreement between Wayzata, Inc. and Trek U.S.A. reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00364 – LCI PRIV 00387 | 6/1995 | Sidney D. Bluming | | | Confidential draft Sublicense Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00388 – LCI PRIV 00390 | 5/24/95 | Sidney D. Bluming | | | Confidential draft of business points addressed in Intrepid Corp/Trek Bicycle Corporation Agreement with LeMond reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00391 – LCI PRIV 00393 | 5/23/95 | Sidney D. Bluming | | | Confidential draft of business points addressed in Intrepid Corp/Trek Bicycle Corporation Agreement with LeMond and attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding negotiations | WP |
| LCI PRIV 00394 – LCI PRIV 00404 | 5/4/95 | Sidney D. Bluming | | | Confidential draft Agreement between Wayzata, Inc. and Trek U.S.A. reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00405 – LCI PRIV 00409 | 5/25/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |

8047441474

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00410 – LCI PRIV 00412 | 5/24/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |
| LCI PRIV 00413 – LCI PRIV 00415 | 5/24/95 | Sidney D. Bluming | | | Confidential draft of business points addressed in Intrepid Corp/Trek Bicycle Corporation Agreement with LeMond reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00416 – LCI PRIV 00419 | 6/5/95 | Sidney D. Bluming | | | Confidential draft of business points addressed in Intrepid Corp/Trek Bicycle Corporation Agreement with LeMond reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00420 – LCI PRIV 00422 | 6/16/95 | Sidney D. Bluming | | | Confidential draft of Deal Memo of Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00423 – LCI PRIV 00425 | 9/8/04 | Sidney D. Bluming | Greg LeMond | Christopher W. Madel Martin R. Lueck | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Trek marketing of LeMond products | AC/WP |
| LCI PRIV 00426 – LCI PRIV 00428 | 2/1/05 | Sidney D. Bluming | | | Confidential draft Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00429 – LCI PRIV 00434 | 2/7/05 | Sidney D. Bluming | | | Confidential draft Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00435 – LCI PRIV 00440 | 2/3/05 | Sidney D. Bluming | | | Confidential draft Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00441 | 2005 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding agreements between LeMond Cycling, Inc. and Trek Bicycle Corporation | WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00442 – LCI PRIV 00446 | 2006 | Sidney D. Bluming | | | Confidential draft letter to Trek regarding consumer response to LeMond anti-doping statements reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00447 – LCI PRIV 00454 | 2006 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone call with client about anti-doping statements | WP |
| LCI PRIV 00455 | 2006 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding LeMond Cycling, Inc. and Trek Bicycle Corporation/Eurobike | WP |
| LCI PRIV 00456 | 12/12/95 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone conference with Trek regarding trademark in Italy and Japan | WP |
| LCI PRIV 00457 – LCI PRIV 00459 | 12/21/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Trek trademark in Italy and Japan | AC/WP |
| LCI PRIV 00460 – LCI PRIV 00462 | 10/27/95 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone conference with Trek regarding distribution rights in Italy | WP |
| LCI PRIV 00463 – LCI PRIV 00466 | 5/9/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding distribution rights in Italy | AC/WP |
| LCI PRIV 00467 | 7/8/96 | Sidney D. Bluming | | | Confidential memorandum regarding 1996 accessory royalty negotiations with Trek reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00468 | 5/21/96 | Sidney D. Bluming | | | Confidential memorandum regarding negotiations 1996 accessory royalty negotiations with Trek reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00469 | 6/4/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00470 | 7/29/96 | Sidney D. Bluming | Greg LeMond | | Confidential letter communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |
| LCI PRIV 00471 – LCI PRIV 00472 | 7/2/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |
| LCI PRIV 00473 – LCI PRIV 00474 | 7/19/96 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone conference with Trek regarding negotiations of Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | WP |
| LCI PRIV 00475 | 7/3/96 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone conference with Trek regarding negotiations of Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | WP |
| LCI PRIV 00476 | 6/4/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek negotiations | AC/WP |
| LCI PRIV 00477 | 5/23/96 | Sidney D. Bluming | | | Confidential memorandum regarding 1996 accessory royalty negotiations with Trek reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00478 | 4/30/96 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding Trek letter regarding 1996 accessory royalty negotiations | WP |
| LCI PRIV 00479 – LCI PRIV 00487 | 4/30/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding 1996 accessory royalty negotiations | AC/WP |
| LCI PRIV 00488 – LCI PRIV 00494 | 4/30/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding 1996 accessory royalty negotiations and trademark in UK, Japan, and Alaska | AC/WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00495 – LCI PRIV 00496 | 8/14/95 | Sidney D. Bluming | Rosemary Welk | Greg LeMond | Confidential letter communication from attorney to client and client's representative for the purpose of providing legal advice regarding royalty agreement | AC/WP |
| LCI PRIV 00500 – LCI PRIV 00501 | 8/8/95 | Sidney D. Bluming | Greg LeMond | | Confidential letter communication from attorney to client for the purpose of providing legal advice regarding Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00502 – LCI PRIV 00503 | 8/3/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00504 – LCI PRIV 00509 | 8/3/95 | Sidney D. Bluming | Greg LeMond | | Confidential memorandum from attorney to client for the purpose of providing legal advice regarding Agreement with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00510 – LCI PRIV 00514 | 8/3/95 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding Agreement with Trek Bicycle Corporation | WP |
| LCI PRIV 00515 – LCI PRIV 00518 | 8/3/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00519 – LCI PRIV 00520 | 8/7/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Agreement with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00521 – LCI PRIV 00526 | 7/31/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding negotiations with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00527 – LCI PRIV 00528 | 7/28/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding negotiations with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00533 | 5/17/95 | Sidney R. Bluming | | | Confidential memorandum regarding negotiations of Agreement with Trek reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00534 | 5/8/95 | Sidney R. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding negotiations with Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00535 – LCI PRIV 00538 | 5/8/95 | Sidney R. Bluming | | | Confidential memorandum regarding negotiations of Agreement with Trek reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00539 | 1995 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding negotiations agreement with A. Rosen, counsel to Renegade Sports | WP |
| LCI PRIV 00540 | 5/3/96 | Sidney D. Bluming | Greg LeMond | Rosemary Welk | Confidential fax communication from attorney to client and client's representative for the purpose of providing legal advice regarding Renegade Sports agreement | AC/WP |
| LCI PRIV 00541 – LCI PRIV 00542 | 12/14/01 | Sidney D. Bluming | Greg LeMond Mary Haigh | | Confidential fax communication from attorney to client and client's representative for the purpose of providing legal advice regarding Renegade Sports agreement | AC/WP |
| LCI PRIV 00543 | 1997 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding agreement with Renegade Sports | WP |
| LCI PRIV 00544 | 5/15/97 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding agreement with Renegade Sports | WP |
| LCI PRIV 00545 | 3/6/97 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding agreement with Renegade Sports | WP |
| LCI PRIV 00546 – LCI PRIV 00547 | 12/10/96 | Sidney D. Bluming | Mary Haigh | | Confidential fax communication from attorney to client's representative for the purpose of providing legal advice regarding Renegade Sports agreement | AC/WP |
| LCI PRIV 00548 – LCI PRIV 00549 | 8/21/96 | Stephanie Brown | | | Confidential memorandum regarding Renegade Sports agreement and telephone conversation with client reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00550 – LCI PRIV 00551 | 5/3/96 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Renegade Sports agreement | AC/WP |
| LCI PRIV 00552 – LCI PRIV 00553 | 5/16/00 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding communications with Trek on issue of accessories | AC/WP |
| LCI PRIV 00554 – LCI PRIV 00555 | 5/16/00 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding communications with Trek on issue of accessories | WP |
| LCI PRIV 00556 – LCI PRIV 00559 | 7/28/99 | Mary Haigh | Sidney D. Bluming | | Confidential letter communication from client's representative to attorney for the purpose of obtaining legal advice regarding agreement with Renegade Sports | AC/WP |
| LCI PRIV 00560 | 1999 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding Agreement with Trek Bicycle Corporation | WP |
| LCI PRIV 00561 – LCI PRIV 00571 | 8/5/99 | Mary Haigh | Sidney D. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding Termination Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | AC/WP |
| LCI PRIV 00572 – LCI PRIV 00574 | 7/23/99 | Daun Yearwood | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding LeMond Accessories Agreement | AC/WP |
| LCI PRIV 00575 | 7/20/99 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding LeMond Accessories Agreement with Trek | WP |
| LCI PRIV 00576 | 7/20/99 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding LeMond Accessories Agreement with Trek | WP |
| LCI PRIV 00577 | 7/12/99 | Sidney D. Bluming | Warren Gibson | | Confidential e-mail communication from attorney to client for the purpose of providing legal advice regarding LeMond Accessories agreement | AC/WP |

804741474

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00578 | 7/9/99 | Sidney D. Bluming | | | Confidential draft fax to Trek regarding License Agreement reflecting attorney's thoughts, mental impressions, legal opinions and legal advice | WP |
| LCI PRIV 00579 – LCI PRIV 00580 | 7/8/99 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding License Agreement negotiations with Trek | AC/WP |
| LCI PRIV 00581 – LCI PRIV 00582 | 7/6/99 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding License Agreement negotiations with Trek | AC/WP |
| LCI PRIV 00583 | 6/21/99 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding telephone conference with Trek regarding negotiations of Agreement between LeMond Cycling, Inc. and Trek Bicycle Corporation | WP |
| LCI PRIV 00584 – LCI PRIV 00585 | 6/17/99 | Sidney D. Bluming | Warren Gibson | Greg LeMond | Confidential fax communication from attorney to client and client's agent for the purpose of providing legal advice regarding PTI agreement | AC/WP |
| LCI PRIV 00586 | 6/1999 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding Agreement with Trek | WP |
| LCI PRIV 00587 – LCI PRIV 00588 | 6/7/99 | Sidney D. Bluming | Warren Gibson; Greg LeMond | | Confidential fax communication from attorney to client and client's agent for the purpose of providing legal advice regarding TCG Agreement | AC/WP |
| LCI PRIV 00589 | 6/8/99 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding TCG Agreement | WP |
| LCI PRIV 00590 | 6/8/99 | Sidney D. Bluming | | | Confidential memorandum reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding TCG Agreement | WP |
| LCI PRIV 00591 | 6/7/99 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding TCG Agreement | WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00592 | 1999 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding PowerCranks | WP |
| LCI PRIV 00593 | 5/12/99 | Warren Gibson | Sidney D. Bluming | | Confidential e-mail communication from client to attorney for the purpose of obtaining legal advice regarding agreement with PowerCranks and Stairmaster | AC/WP |
| LCI PRIV 00594 | 1999 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding Trek - pedals | WP |
| LCI PRIV 00595 – LCI PRIV 00598 | 5/4/99 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Trek License Agreement | AC/WP |
| LCI PRIV 00599 | 7/20/99 | Sidney D. Bluming | Warren Gibson | | Confidential e-mail communication from attorney to client for the purpose of providing legal advice regarding License Agreement negotiations with Trek | AC/WP |
| LCI PRIV 00600 – LCI PRIV 00604 | 5/16/00 | Mary Haigh | Sidney R. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding communications with Trek | AC/WP |
| LCI PRIV 00605 – LCI PRIV 00606 | 7/7/99 | Sidney R. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding License Agreement negotiations with Trek | AC/WP |
| LCI PRIV 00607 – LCI PRIV 00612 | 11/26/97 | Mary Haigh | Sidney D. Bluming | | Confidential letter communication from client's representative to attorney for the purpose of obtaining legal advice regarding Renegade Agreement | AC/WP |
| LCI PRIV 00613 | 9/17/97 | Sidney D. Bluming | | | Confidential attorney notes reflecting attorney's thoughts, mental impressions, legal opinions and legal advice regarding agreement with Renegade Sports | WP |
| LCI PRIV 00614 | 9/17/97 | Mary Haigh | Sidney D. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding communications with Trek and Renegade Sports | AC/WP |

80474147.4

| Bates number | Date | Author | To | Copied | Privilege Description | Reason |
|---|---|---|---|---|---|---|
| LCI PRIV 00615 – LCI PRIV 00618 | 9/18/97 | Mary Haigh | Sidney D. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding communications with Trek and Renegade Sports | AC/WP |
| LCI PRIV 00619 – LCI PRIV 00620 | 9/17/97 | Sidney D. Bluming | Mary Haigh | | Confidential fax communication from attorney to client's representative for the purpose of providing legal advice regarding Renegade Sports | AC/WP |
| LCI PRIV 00621 – LCI PRIV 00622 | 9/16/97 | Sidney D. Bluming | Mary Haigh | | Confidential fax communication from attorney to client's representative for the purpose of providing legal advice regarding royalties from Trek and Renegade Sports Agreement | AC/WP |
| LCI PRIV 00623 | 9/16/97 | Mary Haigh | Sidney D. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding Trek Licensing Agreement and royalties | AC/WP |
| LCI PRIV 00624 – LCI PRIV 00630 | 6/6/97 | Mary Haigh | Stephanie Brown | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding Trek Licensing Agreement and royalties | AC/WP |
| LCI PRIV 00631 – LCI PRIV 00632 | 4/21/97 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication to client for the purpose of providing legal advice regarding Renegade Sports Agreement | AC/WP |
| LCI PRIV 00633 | 1/10/97 | Mary Haigh | Sidney D. Bluming | | Confidential fax communication from client's representative to attorney for the purpose of obtaining legal advice regarding royalties from Trek Licensing Agreement | AC/WP |
| LCI PRIV 00634 – LCI PRIV 00634a | 1/10/97 | Sidney D. Bluming | Mary Haigh | | Confidential fax communication from attorney to client's representative for the purpose of providing legal advice regarding royalties from Trek Licensing Agreement | AC/WP |
| LCI PRIV 00635 – LCI PRIV 00640 | 9/21/95 | Sidney D. Bluming | Greg LeMond | | Confidential fax communication from attorney to client for the purpose of providing legal advice regarding Eden Interactive | AC/WP |
| LCI PRIV 00641 | 12/19/95 | Andrea Gallo | Rosemary Welk | | Confidential letter communication from attorney to client's representative for the purpose of rendering legal advice regarding Trek agreements | AC/WP |

804741474