# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc. | Case No. 08-cv-01010(RHK-JSM) |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Trek Bicycle Corporation, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond has retained Winthrop & Weinstine, P.A. to substitute as counsel for Robins, Kaplan, Miller & Ciresi L.L.P. in this case.

The undersigned counsel hereby certify that this substitution of counsel will not result in: (1) any further amendments or changes to the written submissions currently pending before the court; (2) any alteration of the current dispositive motion deadline; or (3) the delay of the trial in this action.

|  |  |
|---|---|
|  | WINTHROP & WEINSTINE, P.A. |
| Dated:  September 8, 2009 | s/Joseph M. Windler<br>Robert R. Weinstine, #115435<br>Joseph M. Windler, #387755<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 604-6400<br>Facsimile:  (612) 604-6800<br>rweinstine@winthrop.com<br>jwindler@winthrop.com<br><br>ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC. AND THIRD-PARTY DEFENDANT GREG LEMOND |
|  | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| Dated:  September 8, 2009 | s/Christopher W. Madel<br>Christopher W. Madel (#230297) |

4719573v1