

# UNITED STATES DISTRICT COURT
### District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

# UNITED STATES DISTRICT COURT
### District of Minnesota

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 08-1010 (RHK-JSM)     **Case Title:** LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond

### Affidavit of Movant

I, Joseph M. Windler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Christopher F. Nelson, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Eastern and Southern Districts of New York, but not admitted to the bar of this court, who will be counsel for the ☒ plaintiff LeMond Cycling, Inc. and ☒ third party defendant Greg LeMond ☐ defendant in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident member in good standing participate in the preparation and presentation of the case listed above, and accept service of all papers served.

### Check one of the following:
☒ 1. I am a resident of the State of Minnesota, and will participate and accept service as required by LR 83.5(d).
☐ 2. I am not a resident of the State of Minnesota.
☐ 3. I am a resident of the State of Minnesota, but will not participate and accept service as required by LR 83.5(d).

Signature: /s/ Joseph Windler         387758         9/8/09
                                      MN Attorney License #     Date
Typed Name: Joseph M. Windler

### Affidavit of Resident Minnesota Bar Member (Required ONLY if movant checks box 2 or 3 above.)

I, _____, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota and a resident of the State of Minnesota, agree to participate in the preparation and presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d).

Signature: _____
Typed Name: _____         MN Attorney License #     Date

This form is also available on the FORMS page of our website at www.mnd.uscourts.gov.   Form Modified 08/25/08

Dockets.Justia.com

**Affidavit of Proposed Admittee**

I, **Christopher F. Nelson**, am currently a member in good standing of the U.S. District Court for the Eastern and Southern Districts of New York, and the Eastern and Western Districts of Washington, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the resident attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed.R.Civ.P. 77 by electronic means and I understand that electronic notice will be in lieu of service by mail unless the Court learns that a failure has occurred in which case service will be effected by mail within 24 hours.

| | | |
|---|---|---|
| **Christopher F. Nelson** | *Christopher F Nelson* | 9/8/2009 |
| Type/Print Name (must match name above) | Signature | Date |

Attorney License Number: 39600, as issued by the State of WA (initials)

Law Firm Name:   Wilson Sonsini Goodrich & Rosati, PC          Main Phone: (206) 883-2500
Law Firm Addrs:  701 Fifth Avenue                               Direct Phone: (206) 883-2502
                 Suite 5100                                     E-mail Addrs: cnelson@wsgr.com
                 Seattle, WA 98104

Note: This page shall be converted to PDF and e-filed in ECF - do not e-file first page. A check in the amount of the Pro Hac Vice admission fee of $100 shall be mailed or delivered to the Admissions Clerk or a Credit Card Authorization form shall be faxed to the Admissions Clerk before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

4718504v1

E:\Documents and Settings\cft\Local Settings\Temporary Internet Files\Content.Outlook\Y93TN2SK\pro hac vice form-Christopher F Nelson.DOC
website at www.mnd.uscourts.gov.
Form Modified 08/25/08

This form is also available on the FORMS page of our