# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc. | Case No. 08-cv-01010(RHK-JSM) |
| Plaintiff, | |
| v. | **LEMOND CYCLING, INC. AND GREG LEMOND'S THIRD AMENDED NOTICE OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| Trek Bicycle Corporation, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| Greg LeMond, | |
| Third-Party Defendant. | |

## LEMOND CYCLING, INC. AND GREG LEMOND'S THIRD AMENDED NOTICE OF THEIR MOTION FOR SUMMARY JUDGMENT

TO:   Defendant/Third-Party Plaintiff Trek Bicycle Corporation and its attorneys of record.

PLEASE TAKE NOTICE THAT, on September 29, 2009 at 1:30 p.m., or as soon thereafter as counsel can be heard, counsel for Plaintiff LeMond Cycling, Inc. and Third-Party Defendant Greg LeMond shall appear before the Honorable Richard H. Kyle, or any judge sitting in his stead, in Courtroom 7A of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building, St. Paul, Minnesota 55101, and then and there present their Motion for Summary Judgment.

2

|  |  |
|---|---|
|  | WINTHROP & WEINSTINE, P.A. |
| Dated:  September 8, 2009 | s/Joseph M. Windler<br>Robert R. Weinstine, #115435<br>Joseph M. Windler, #387755<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 604-6400<br>Facsimile:  (612) 604-6800<br>rweinstine@winthrop.com<br>jwindler@winthrop.com<br><br>ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC./THIRD-PARTY DEFENDANT GREG LEMOND |

4719684v1