UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM) <br><br> **TREK'S AMENDED NOTICE OF MOTION TO COMPEL ANDREU TAPE RECORDING** <br><br> Date:  September 29, 2009 <br> Time:  12:00 p.m. <br> Judge: Magistrate Judge Janie S. Mayeron |

TO: PLAINTIFF LEMOND CYCLING, INC. AND THIRD-PARTY DEFENDANT GREG LEMOND, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant and Third-Party Plaintiff Trek Bicycle Corporation ("Trek") will bring its Motion to Compel Andreu Tape Recording for hearing before the Honorable Janie S. Mayeron, or any judge sitting in her stead, in Courtroom 6B of the Warren E. Burger Federal Building, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101 on September 29, 2009 at 12:00 p.m., or as soon thereafter as counsel can be heard.

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: September 8, 2009      By: s/Benjamin J. Rolf
                              Erik T. Salveson (Reg. No. 177969)
                              Amanda M. Cialkowski (Reg. No. 306514)
                              Benjamin J. Rolf (Reg. No. 386413)

600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 338-1838
esalveson@halleland.com
acialkowski@halleland.com
brolf@hal1eland.com

-and-

GASS WEBER MULLINS LLC

Ralph A. Weber (SBN 1001563)
Christopher P. Dombrowicki (SBN 1041764)
Kristal S. Stippich (SBN 1061028)
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
weber@gasswebermullins.com
dombrowicki@gasswebermullins.com
stippich@gasswebermullins.com


ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION