THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., | Case No. 08-CV-1010 (RHK/JSM) |
| Plaintiff, | |
| v. | |
| TREK BICYCLE CORPORATION, | **CERTIFICATE OF SERVICE** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

I hereby certify that on September 8, 2009, I caused the following documents:

**Trek's Amended Notice of Motion to Compel Andreu Tape Recording**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Christopher W. Madel, Esq.    cwmadel@rkmc.com
    Denise S. Rahne, Esq.    dsrahne@rkmc.com

4822-8070-5540

                    HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated:  September 8, 2009    By: ___s/Benjamin J. Rolf_____
                                             Erik T. Salveson (Reg. No. 177969)
                                             Amanda M. Cialkowski (Reg. No. 306514)
                                             Benjamin J. Rolf (Reg. No. 386413)
                                             600 U.S. Bank Plaza South
                                             220 South Sixth Street
                                             Minneapolis, MN 55402
                                             Telephone:  (612) 338-1838
                                             Fax:  (612) 338-7858


                                             <u>COUNSEL ADMITTED PRO HAC VICE</u>

                                             Ralph A. Weber (State Bar No. 1001563)
                                             Christopher P. Dombrowicki (State Bar No. 1041764)
                                             Kristal S. Stippich (State Bar No. 1061028)
                                             GASS WEBER MULLINS LLC
                                             309 North Water Street, Suite 700
                                             Milwaukee, WI  53202
                                             Telephone: (414) 223-3300
                                             Fax: (414) 224-6116
                                             Email:  weber@gasswebermullins.com
                                                         dombrowicki@gasswebermullins.com
                                                         stippich@gasswebermullins.com