UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM) <br><br> **SECOND DECLARATION OF KRISTAL S. STIPPICH IN SUPPORT OF TREK'S REPLY IN SUPPORT OF MOTION TO COMPEL ANDREU TAPE RECORDING** |

STATE OF WISCONSIN         )
                           :SS.
COUNTY OF MILWAUKEE        )

I, KRISTAL S. STIPPICH, declare as follow:

I am an adult resident of the State of Wisconsin and one of the lawyers for defendant and third-party plaintiff Trek Bicycle Corporation ("Trek"). I make this Declaration on personal knowledge and in support of Trek's Reply in Support of Motion to Compel Andreu Tape Recording.

1. Attached as **Exhibit 1** is a true and correct copy of a letter dated July 1, 2009 from Jennifer Robbins to Ralph Weber.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2009.  s/Kristal S. Stippich
Kristal S. Stippich (Wisc. Reg. No. 1061028)
GASS WEBER MULLINS, LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116

**ATTORNEY FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION**