THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TREK BICYCLE CORPORATION, ) <br> ) <br> Defendant and Third-Party ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREG LEMOND, ) <br> ) <br> Third-Party Defendant. ) | Case No. 08-CV-1010 (RHK/JSM) <br><br><br> CERTIFICATE OF WORD <br> COUNT COMPLIANCE |

    The undersigned certifies that Trek's Reply in Support of Motion to Compel Andreu Tape Recording has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e).  In particular, the text in this memorandum contains 1402 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Garamond 13-point font, using Microsoft Word 2002, Version SP-3.

ND: 4817-5529-7028

Dated : September 8, 2009

HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:   s/Benjamin J. Rolf
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
Telephone (612) 338-1838
Fax:  (612) 338-7858

and

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS, LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
         dombrowicki@gasswebermullins.com
         stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION

ND: 4817-5529-7028