THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br><br> CERTIFICATE OF SERVICE |

I hereby certify that on September 8, 2009, I caused the following documents:

> Trek's Reply in Support of Motion to Compel Andreu Tape Recording; Certificate of Word Count Compliance; and Second Declaration of K. Stippich, with Exhibit,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

> Joseph M. Windler          jwindler@wintrhop.com
>
> Christopher W. Madel, Esq.   cwmadel@rkmc.com
> Denise S. Rahne, Esq.        dsrahne@rkmc.com
> Jennifer M Robbins           jmrobbins@rkmc.com
> Katherine K Bruce            kkbruce@rkmc.com

I also sent the documents by e-mail to the following:

> James DiBoise          jdiboise@wsgr.com
> Christopher Nelson     cnelson@wsgr.com

4822-8070-5540

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated: September 8, 2009   By: ___s/Benjamin J. Rolf_____
Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858


<u>COUNSEL ADMITTED PRO HAC VICE</u>

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email: weber@gasswebermullins.com
           dombrowicki@gasswebermullins.com
           stippich@gasswebermullins.com

2

4822-8070-5540