UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | TREK'S **NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ANDREU TAPE RECORDING** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

PLEASE TAKE NOTICE that Defendant and Third-Party Plaintiff Trek Bicycle Corp., by and through the undersigned counsel, hereby withdraws its Motion to Compel Andreu Tape Recording (docket entry number 149), which was scheduled for hearing before Magistrate Judge Mayeron on Tuesday, September 29, 2009.

ND: 4847-7022-2850

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Dated:  September 24, 2009

By:  ___s/ Erik Salveson_____
    Erik T. Salveson (Reg. No. 177969)
    Amanda M. Cialkowski (Reg. No. 306514)
    Benjamin J. Rolf (Reg. No. 386413)
    600 U.S. Bank Plaza South
    220 South Sixth Street
    Minneapolis, MN 55402
    Telephone:  (612) 338-1838
    Fax:  (612) 338-7858

COUNSEL ADMITTED PRO HAC VICE

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email:  weber@gasswebermullins.com
        dombrowicki@gasswebermullins.com
        stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION

ND: 4847-7022-2850