THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br> Plaintiff, <br><br> v. <br><br> TREK BICYCLE CORPORATION, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> GREG LEMOND, <br><br> Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br> AMENDED CERTIFICATE OF SERVICE |

I hereby certify that on September 24, 2009, I caused the following documents:

Trek's Notice of Withdrawal of Motion to Compel Andreu Tape Recording

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

| | |
|---|---|
| Christopher F Nelson | cnelson@wsgr.com |
| Christopher P Dombrowicki | dombrowicki@gasswebermullins.com |
| James A DiBoise | jdiboise@wsgr.com |
| Joseph M Windler | jwindler@winthrop.com |
| Kristal S Stippich | stippich@gasswebermullins.com |
| Ralph A Weber | weber@gasswebermullins.com |
| Robert Weinstine | rweinstine@winthrop.com |
| Joseph Windler | jwindler@winthrop.com |

ND: 4828-8620-1860

Dated:  September 24, 2009          HALLELAND LEWIS NILAN & JOHNSON, P.A.

By:    s/Erik T. Salveson
   Erik T. Salveson (Reg. No. 177969)
   Amanda M. Cialkowski (Reg. No. 306514)
   Benjamin J. Rolf (Reg. No. 386413)
   600 U.S. Bank Plaza South
   220 South Sixth Street
   Minneapolis, MN 55402
   Telephone:  (612) 338-1838
   Fax:  (612) 338-7858

<u>COUNSEL ADMITTED PRO HAC VICE</u>

Ralph A. Weber (State Bar No. 1001563)
Christopher P. Dombrowicki (State Bar No. 1041764)
Kristal S. Stippich (State Bar No. 1061028)
GASS WEBER MULLINS LLC
309 North Water Street, Suite 700
Milwaukee, WI  53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
Email:  weber@gasswebermullins.com
      dombrowicki@gasswebermullins.com
      stippich@gasswebermullins.com

ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION