UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LeMOND CYCLING CO., INC.<br>Plaintiff, | § § § | |
| vs. | § § | Civil No. 08-1010 (RHK-JSM) |
| TREK BICYCLE CORPORATION<br>Defendant | § § § § | |
| vs. | § § § | |
| GREG LeMOND<br>Third Party Defendant | § § | |

**KRISTIN ARMSTRONG'S MOTION TO INTERVENE, TO TERMINATE DEPOSITION OR FOR PROTECTIVE ORDER**

Kristin Armstrong, a non-party to this action, moves for relief and files this abbreviated motion to intervene in the proceedings to terminate her deposition or for a protection order limiting its scope whereby she seeks from the Court protection from Greg LeMond and LeMond Cycling, Inc.'s attempt to harass her and use the discovery process in an illegitimate attempt to further the years long vendetta that Greg LeMond has against Lance Armstrong, a vendetta that is in no way relevant to the contract issues before the Court.

Respectfully submitted,

GRAY PLANT MOOTY

 /s/ Charles Maier
Charles Maier
Minnesota Bar No. 230315
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3242
Fax: 612.632.4242
charles.maier@gpmlaw.com

1

Of Counsel:
(with pro hac vice admissions pending):

HOWRYBREEN, LLP
Timothy J. Herman, Of Counsel
Texas Bar No. 09513700
Sean E. Breen
Texas Bar No. 00783715
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax
Attorneys for Kristin Armstrong

## CERTIFICATE OF SERVICE

     By my signature above, I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to the following:

Ralph A. Weber, Esq
Christopher P. Dombrowicki
Kristal S. Stippich
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202
weber@gasswebermullings.com
dombrowicki@gasswebermullings.com
stippich@gasswebermullings.com

Erik T. Salveson
Benjamin J. Rolf
Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
esalverson@halleland.com
acialkowski@yhalleland.com
brolf@halleland.com

GP:2651699 v1

2