UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMOND CYCLING CO., INC.<br>Plaintiff, | §<br>§<br>§ |
| vs. | §    Civil No. 08-1010 (RHK-JSM) |
| TREK BICYCLE CORPORATION<br>Defendant | §<br>§<br>§ |
| vs. | §<br>§ |
| GREG LeMOND<br>Third Party Defendant | §<br>§<br>§ |

**NOTICE OF HEARING ON KRISTIN ARMSTRONG'S MOTION TO INTERVENE TO TERMINATE DEPOSITION OR FOR PROTECTIVE ORDER**

TO:    Plaintiff LeMond Cycling Co., Inc., and Greg LeMond, Third-Party Defendant, and their attorneys, Ralph A. Weber, Christopher P. Dombrowicki, and Kristal S. Stippich, Gass Weber Mullins LLC, 309 North Water Street, Milwaukee, Wisconsin 53202; and

Defendant Trek Bicycle Corporation, and its attorneys, Erik T. Salveson, Benjamin J. Rolf, and Amanda M. Cialkowski, Halleland, Lewis, Nilan & Johnson, P.A., 60 U.S. Bank Plaza South, 220 South Sixth Street, Minneapolis, Minnesota 55402

PLEASE TAKE NOTICE that Kristin Armstrong, a non-party to this action, shall move the Court to intervene to terminate her deposition or for a protective order. The hearing shall take place on October 27, 2009 at 3:00 p.m., before Magistrate Judge Janie S. Mayeron, Courtroom 6B, 610 Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101, or as soon thereafter as counsel may be heard.

1

Dockets.Justia.com

2

Respectfully submitted,

GRAY PLANT MOOTY

s/ Charles K. Maier
Charles K. Maier
Minnesota Bar No. 230315
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3242
Fax: 612.632.4242
charles.maier@gpmlaw.com

Of Counsel:
(with pro hac vice admissions pending):

HOWRYBREEN, LLP
Timothy J. Herman, Of Counsel
Texas Bar No. 09513700
Sean E. Breen
Texas Bar No. 00783715
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax
Attorneys for Kristin Armstrong

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to the following:

Ralph A. Weber, Esq
Christopher P. Dombrowicki
Kristal S. Stippich
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI  53202
weber@gasswebermullings.com
dombrowicki@gasswebermullings.com
stippich@gasswebermullings.com

Erik T. Salveson
Benjamin J. Rolf
Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
esalverson@halleland.com
acialkowski@yhalleland.com
brolf@halleland.com

GP:2651694 v1

3