UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEMOND CYCLING, INC.<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CASE NO. _____ . |
| | §<br>§ | CASE NO. 08-CV-01010 – STATE OF |
| TREK BICYCLE CORPORATION<br>Defendant | §<br>§ | MINNESOTA, COUNTY OF HENNEPIN |

## AFFIDAVIT OF KRISTIN ARMSTRONG

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, this day personally appeared Kristin Armstrong, a person to me well known, who, upon her oath, stated as follows:

1.      My name is Kristin Armstrong. I am over 18 years of age and competent to make this affidavit. I have personal knowledge of the matters set forth herein and such matters are true and correct.

2.      I was married to Lance Armstrong from May 1998 to December 2003. We were divorced in Travis County, Texas in December 2003.

3.      I have no knowledge, information or documents which relate, in any way, to the relationship between LeMond Cycling, Inc., on the one hand, and Trek Bicycle Corporation, on the other. I have met and spoken to Greg LeMond in a social setting but have never discussed with him, with any representative of Trek Bicycle Corporation. or, for that matter, with Lance Armstrong, any business dealings of Mr. LeMond, his cycling company or anyone else, with Trek Bicycle Corporation.

4.      I have not spoken to Mr. LeMond, even in a social context, for at least 5-7 years.

5.      I was served with a subpoena in LeMond Cycling, Inc. v. Trek Bicycle Corporation on May 29, 2009, at approximately 11:00 a.m. In addition to notifying me of a scheduled deposition on June 8, 2009, at 9:00 a.m. I was requested to produce "all documents constituting, containing, or relating to LeMond or LeMond Cycling or the

LeMond brand." I have no such documents in my possession or subject to my control. I
have never had any such documents in my possession or in my control, to my knowledge.

Further affiant sayeth not.

Kristin Armstrong

SUBSCRIBED AND SWORN to before me this second day of June, 2009.

MARIANNE ROSS
MY COMMISSION EXPIRES
February 9, 2012

Notary Public, State of Texas