UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMOND CYCLING CO., INC.<br>Plaintiff, | §<br>§<br>§ |
| vs. | §    Civil No. 08-1010 (RHK-JSM) |
| TREK BICYCLE CORPORATION<br>Defendant | §<br>§<br>§ |
| vs. | §<br>§ |
| GREG LeMOND<br>Third Party Defendant | §<br>§<br>§ |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING INTERVENOR KRISTIN ARMSTRONG'S MEMORANDUM OF LAW IN SUPPORT OF HER MOTION TO INTERVENE, TO TERMINATE DEPOSITION OR FOR A PROTECTIVE ORDER**

I, Charles K. Maier, certify that Intervenor Kristin Armstrong's Memorandum of Law in Support of Her Motion to Intervene, to Terminate Deposition or for a Protective Order complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word, Version 2003 SP 2, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,008 words.

Respectfully submitted,

GRAY PLANT MOOTY

  /s/ Charles K. Maier
Charles K. Maier
Minnesota Bar No. 230315
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3242
Fax: 612.632.4242
charles.maier@gpmlaw.com

Of Counsel:
(with pro hac vice admissions pending):

HOWRYBREEN, LLP
Timothy J. Herman, Of Counsel
Texas Bar No. 09513700
Sean E. Breen
Texas Bar No. 00783715
1900 Pearl Street
Austin, Texas 78705-5408
(512) 474-7300
(512) 474-8557 Fax
Attorneys for Kristin Armstrong

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system which will send notification of such filing to the following:

Ralph A. Weber, Esq
Christopher P. Dombrowicki
Kristal S. Stippich
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202
weber@gasswebermullings.com
dombrowicki@gasswebermullings.com
stippich@gasswebermullings.com

Erik T. Salveson
Benjamin J. Rolf
Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
esalverson@halleland.com
acialkowski@yhalleland.com
brolf@halleland.com

GP:2651861 v1