UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LeMOND CYCLING CO., INC.<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | Civil No. 08-1010 (RHK-JSM) |
| TREK BICYCLE CORPORATION<br>Defendant | §<br>§<br>§ | |
| vs. | §<br>§ | |
| GREG LeMOND<br>Third Party Defendant | §<br>§<br>§ | |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on October 1, 2009, I electronically filed the following documents:

1.   Kristin Armstrong's Motion to Intervene, To Terminate Deposition or for Protective Order;

2.   Notice of Hearing on Kristin Armstrong's Motion to Intervene, to Terminate Deposition or for Protective Order;

3.   Kristin Armstrong's Memorandum of Law in Support of Her Motion to Intervene, to Terminate Deposition or for Protective Order; and

4.   Affidavit of Kristin Armstrong

with the Clerk of Court, using the Court's CM/ECF system which will send notification of such filing to the following:

Ralph A. Weber, Esq
Christopher P. Dombrowicki
Kristal S. Stippich
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI 53202
weber@gasswebermullings.com
dombrowicki@gasswebermullings.com
stippich@gasswebermullings.com

Erik T. Salveson
Benjamin J. Rolf
Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
esalverson@halleland.com
acialkowski@yhalleland.com
brolf@halleland.com


                                        /s/ Charles K. Maier
                                     Charles K. Maier
                                     Minnesota Bar No. 230315
                                     Gray, Plant, Mooty, Mooty & Bennett, P.A.
                                     500 IDS Center
                                     80 South Eighth Street
                                     Minneapolis, MN USA 55402
                                     Phone: 612.632.3242
                                     Fax: 612.632.4242
                                     charles.maier@gpmlaw.com

GP:2651851 v1