UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMOND CYCLING CO., INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil No. 08-1010 (RHK-JSM) |
| | ) |
| TREK BICYCLE CORPORATION | ) |
| | ) |
| Defendant | ) |
| | ) |
| vs. | ) |
| | ) |
| GREG LeMOND | ) |
| | ) |
| Third Party Defendant | ) |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on October 1, 2009, I electronically filed the following documents:

1.   Motion for Admission Pro Hac Vice on behalf of Sean E. Breen; and

2.   Motion for Admission Pro Hac Vice on behalf of Timothy J. Herman

with the Clerk of Court, using the Court's CM/ECF system which will send notification of such filing to the following:

James A. DiBoise                          Counsel for LeMond Cycling, Inc. and
Christopher F. Nelson                     Greg LeMond
Wilson Sonsini Goodrich & Rosati PC
One Market Street
Spear Tower – Suite 3300
San Francisco, CA  94105
jdiboise@wsgr.com
cnelson@wsgr.com

Dockets.Justia.com

Robert R. Weinstine                                    Local Counsel for LeMond Cycling, Inc.
Joseph M. Windler                                      and Greg Lemond
Winthrop Weinstine
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402-4629
rweinstine@winthrop.com
jwindler@winthrop.com


Ralph A. Weber                                         Counsel for Trek Bicycle Corporation
Christopher P. Dombrowicki
Kristal S. Stippich
Gass Weber Mullins LLC
309 North Water Street
Milwaukee, WI  53202
weber@gasswebermullins.com
dombrowicki@gasswebermullins.com
stippich@gasswebermullins.com


Erik T. Salveson                                       Local Counsel for Trek Bicycle Corporation
Benjamin J. Rolf
Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402
esalveson@halleland.com
acialkowski@halleland.com
brolf@halleland.com

with paper copies to:

Timothy J. Herman                                      Counsel for Kristin Armstrong, Intervenor
Sean E. Breen
HowryBreen LLP
1900 Pearl Street
Austin, TX 78705-5408
therman@howrybreen.com
sbreen@howrybreen.com

/s/ Charles K. Maier

Charles K. Maier
Minnesota Bar No. 230315
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN USA 55402
Phone: 612.632.3242
Fax: 612.632.4242
charles.maier@gpmlaw.com

GP:2651851 v1