## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

LeMond Cycling, Inc.,                                             Civil No. 08-1010 (RHK/JSM)

           Plaintiff,                                         **ORDER**

v.

Trek Bicycle Corporation,

           Defendant.

---

      Finding no legal or factual support for Kirstin Armstrong's Motion to Intervene, said Motion (Doc. No. 174) is **DENIED**.

      The Court takes this occasion to again remind counsel that the Pretrial Scheduling Order (Doc. No. 37) in this case provides that "all fact discovery of any kind shall be commenced in time to be completed" by June 8, 2009.  In the undersigned's view, there is no basis for any ongoing discovery at this time.  The Court does not intend to revise this time limitation and counsel are forewarned to proceed accordingly.

Dated: October 6, 2008

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge