UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant and Third-Party Plaintiff,

v.

GREG LEMOND,

    Third-Party Defendant.

Case No. 08-CV-1010 (RHK-JSM)

**TREK'S MOTION FOR SUMMARY JUDGMENT**

Defendant and Third-Party Plaintiff Trek Bicycle Corporation, by and through its attorneys, respectfully moves the Court for entry of an Order (1) dismissing each of the claims asserted by LeMond Cycling, Inc. against Trek Bicycle Corporation ("Trek") with prejudice; (2) granting Trek's motion for summary judgment on its claim for declaratory relief, affirming Trek's entitlement to terminate the parties' contractual relationship based upon LeMond Cycling, Inc.'s and Greg LeMond's (collectively "LeMond") violation of § 13.02.01 of the licensing and endorsement agreement; (3) granting Trek's motion for summary judgment establishing LeMond's liability for breach of contract, based upon LeMond's violation of § 13.02.01 of the licensing and endorsement agreement; and (4) finding that the amount of damages caused by LeMond's breach of contract shall be determined by the jury at trial.

This motion is based upon Rule 56 of the Federal Rules of Civil Procedure as well as Trek's Memorandum of Law in Support of its Motion for Summary Judgment, including all documents cited therein.

GASS WEBER MULLINS LLC

Dated: October 9, 2009        s/Ralph A. Weber
Ralph A. Weber (WI SBN 1001563)
Paul F. Heaton (WI SBN 1000858)
Christopher P. Dombrowicki (WI SBN 1041764)
309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
weber@gasswebermullins.com
heaton@gasswebermullins.com
dombrowicki@gasswebermullins.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858
esalveson@halleland.com
acialkowski@halleland.com
brolf@halleland.com

**ATTORNEYS FOR
TREK BICYCLE CORPORATION**