UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC., | |
| Plaintiff, | Case No. 08-CV-1010 (RHK-JSM) |
| v. | |
| TREK BICYCLE CORPORATION, | **TREK'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| GREG LEMOND, | |
| Third-Party Defendant. | |

TO: LEMOND CYCLING, INC. AND GREG LEMOND AND THEIR ATTORNEYS OF RECORD.

Please take notice that Trek Bicycle Corporation is filing its Motion for Summary Judgment in the above-captioned action and will bring the matter for hearing before the United States District Court for the District of Minnesota, Honorable Richard H. Kyle presiding, at the Warren E. Burger Federal Building & United States Courthouse, 316 North Robert Street, 772 Federal Building, Courtroom 7A, St. Paul, MN 55101, on November 11, 2009, at 1:00 p.m.

GASS WEBER MULLINS LLC

Dated: October 9, 2009       s/Ralph A. Weber
                             Ralph A. Weber (WI SBN 1001563)
                             Paul F. Heaton (WI SBN 1000858)
                             Christopher P. Dombrowicki (WI SBN 1041764)

309 North Water Street, Suite 700
Milwaukee, WI 53202
Telephone: (414) 223-3300
Fax: (414) 224-6116
weber@gasswebermullins.com
heaton@gasswebermullins.com
dombrowicki@gasswebermullins.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858
esalveson@halleland.com
acialkowski@halleland.com
brolf@halleland.com

**ATTORNEYS FOR
TREK BICYCLE CORPORATION**