# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR EXHIBITS 1 & 2 TO TREK'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
**\*\*FILED UNDER SEAL\*\***

LeMond Cycling, Inc.,

        Plaintiff,

v.                                                    Civil Number: 08-1010 (RHK/JSM)

Trek Bicycle Corporation,

        Defendant/Third-Party Plaintiff,

v.

Greg Lemond,

        Third-Party Defendant.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office: **Exhibits 1 & 2 to Trek's Memorandum in Support of Motion for Summary Judgment**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document\* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order\* (Document number of protective order: <u>99</u> )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

\* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

forms\cmecf\convfilingplchldr.doc                                                                                Form Updated 07/29/05

ND: 4844-9702-3492