# ZASTROW EXHIBIT 2

ZASTROW EXHIBIT 2

Page 1

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF MINNESOTA
   ----------------------------------------------------
3

   LeMOND CYCLING, INC.,
4
                     Plaintiff,
5
                  vs.              Case No. 08-1010
6
   TREK BICYCLE CORPORATION,
7
                     Defendant/Third-Party
8                    Plaintiff,

9                 vs.

10 GREG LeMOND,

11                   Third-Party Defendant.

12 ----------------------------------------------------

13

14

15          Video Deposition of JOHN BURKE

16             Tuesday, April 7, 2009

17

18                    9:31 a.m.

19                       at

                GASS WEBER MULLINS, LLC
20         309 North Water Street, Suite 700
               Milwaukee, Wisconsin  53202
21

22
           Reported by Julie K. Lyle, RPR/RMR/CRR
23

24

25

Page 58

```
 1   Q    Does Trek --
 2   A    And Greg -- Greg was aware of that.
 3   Q    Sorry.  I almost interrupted you there.
 4             Does Trek sell Fisher road bikes
 5        today?
 6   A    Today, yes.
 7   Q    What is the difference between a LeMond road bike
 8        and a Fisher road bike?
 9   A    I think you would have to get in the specifics of
10        that and I would have to bring out a product
11        manager and we could go through that.
12   Q    Is the frame of a Fisher road bike the same as a
13        LeMond road bike?
14   A    I am not sure on that.
15   Q    Do you know if any of the gears in a Fisher road
16        bike are the same as the LeMond road bike?
17   A    I'm sure they are because those gears are Shimano
18        gears and they're used on Fisher's, Trek's,
19        LeMond's, Specialized, across the industry.
20   Q    Do you know if anybody in the industry has ever
21        described the difference between a Fisher road
22        bike and a LeMond road bike as paint?
23   A    No.
24   Q    You've never heard that before?
25   A    I have not.
```

Page 59

```
 1   Q   And do you consider them essentially the same
 2       road bike?
 3   A   I would have to study it before giving you an
 4       opinion.
 5   Q   But you don't know as you sit here today?
 6   A   I think they're different.  As I sit here today,
 7       I think they're different.
 8   Q   But you don't know why they're different?
 9   A   I do not.
10   Q   On the second page -- or the last page, pardon
11       me, of your Exhibit 104, it says "John" --
12                    And I think that G/LM refers to
13       Greg LeMond, right?
14   A   Right.
15   Q   -- "Greg LeMond probably has a lot of great
16       ideas.  Connecting him with the right designer
17       could lead to some great new products."
18   A   Yep.
19   Q   Do you see that?
20   A   I do.
21   Q   Did you ever connect Mr. LeMond with a designer?
22   A   Sure.
23   Q   Who?
24   A   Oh, through the years, Joe Vetabuncor, Erin Moch.
25   Q   I'm smiling at her because she's -- she's going
```