# ZASTROW EXHIBIT 3

ZASTROW EXHIBIT 3

# DEPOSITION OF WARREN GIBSON

## Taken on March 17, 2009

## LEMOND CYCLING, INC. -VS- TREK BICYCLE CORPORATION

PAGE 1 TO PAGE 54

COMPLIMENTARY CONDENSED

*Advantage Reporting*

# ARS

*Services, LLC*

1083 Lincoln Ave.
San Jose, CA 95125
Phone 408-920-0222
Fax 408-920-0188

Page 37

```
 1   A.          And California is a bit higher, 7.75, yes.
 2   Q.          Great.  Okay.
 3               So you received this price sheet from -- from
 4   Ms. Huber?
 5   A.          Yes.
 6   Q.          Okay.  So you and Ms. Hague were aware of the
 7   prices that Mr. LeMond was paying for the bikes?
 8   A.          Yes.
 9   Q.          Let's turn to a different topic.  In
10   connection with your work with Mr. LeMond you worked
11   with a number of different companies that Mr. LeMond
12   had contracts with and sponsorships and endorsements,
13   right?
14   A.          Yes.
15   Q.          How did Trek compare to the other companies
16   Mr. LeMond worked with in terms of how it marketed
17   Mr. LeMond?
18               MS. RAHNE:  Object to the form.
19               THE WITNESS:  Well, Mr. LeMond, up until the
20   relationship with Trek, never had a bicycle company or
21   really any other company that really marketed him or
22   provided him the income that Trek provided him for the
23   sales of LeMond bicycles.  Trek had the best marketing,
24   the best sales force, and the best distribution of
25   bicycles that Greg had ever had up to that fact because
```

Page 38

1    there hasn't been anybody else.  They were the best.
2    Q.         BY MR. WEBER:  Okay.  Now one of the things
3    that Trek asked for in its contract with Mr. LeMond was
4    to make personal appearances in support of his brand.
5    Are you aware of that?
6    A.         Yes.
7    Q.         And was Mr. LeMond enthusiastic about making
8    personal experiences or would you describe it some
9    other way?
10              MS. RAHNE:  Object to the form.
11              THE WITNESS:  No, Mr. LeMond didn't like to
12   do personal appearances in any manner.
13   Q.         BY MR. WEBER:  And what did he say to you
14   about that?
15   A.         He said, I'm a celebrity and I've proven
16   myself through my athletic performances and people are
17   buying it -- buying products that I am endorsing and
18   representing because of my past history.
19   Q.         Did Mr. LeMond ever ask you to lie and say he
20   was sick and couldn't go to an appearance when in fact
21   he wasn't sick?
22   A.         He may have at times.  I really can't
23   recollect exactly, but -- that that was exactly -- that
24   exactly occurred.
25   Q.         We've been going just short of an hour.  Why