# ZASTROW EXHIBIT 5

ZASTROW EXHIBIT 5

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEMOND CYCLING, INC.,

      Plaintiff,

   v.                      Case No. 08-1010

TREK BICYCLE CORPORATION,

      Defendant/Third-Party Plaintiff

   v.

GREG LEMOND,

      Third-Party Defendant,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Deposition of AARON MOCK

May 12, 2009

9:30 a.m.

at

Gass Weber & Mullins, LLC

309 North Water Street

Milwaukee, Wisconsin

Reported by David J. Sikora, RPR, RMR, CRR

| | | |
|---|---|---|
| 1 | | honest, we supplied a fractional portion of what we |
| 2 | | would have supplied under the LeMond. |
| 3 | Q | **What did you do to spec the piece?** |
| 4 | A | So, you know, especially -- it doesn't -- |
| 5 | | specification process doesn't so much change.  In |
| 6 | | other words, it's, you know, what price point of |
| 7 | | bike do you want to hit.  You know, you spec -- we |
| 8 | | developed -- one of the examples, I think, you have |
| 9 | | to remember in here is, we develop a lot of things |
| 10 | | that aren't for Trek or LeMond, specifically.  So |
| 11 | | there's a lot of new components that come out every |
| 12 | | year that are used across the brands.  We own a |
| 13 | | company called Bontrager.  So there are new |
| 14 | | handlebars, there are new saddles, there are new |
| 15 | | stems, there are new wheels, there are new -- we |
| 16 | | developed a whole new carbon fork with a thing |
| 17 | | called a SpeedTrap sensor in it.  We obviously had |
| 18 | | to spec all of those things.  We had to spec all the |
| 19 | | drive train components.  We had to -- obviously, |
| 20 | | you're not going to have LeMond colors and graphics |
| 21 | | on a Fisher bike.  The bikes look extremely |
| 22 | | different than what a LeMond does.  I think anybody |
| 23 | | walking into the store, an average consumer, you |
| 24 | | know, there would never be any question in their |
| 25 | | mind of -- you asked for differentiation -- that it |

1        would be extremely difficult for someone to look at
2        a Fisher, and say, oh my gosh, that's a LeMond. I
3        just can't see it that way. I don't know if that
4        could happen.
5    Q   **You're speaking from the appearance of the bike.**
6    A   Yeah.
7    Q   **Are there any other ways that the Fisher bike is**
8        **different from a comparable level of LeMond bike?**
9    A   You mean other than the specification, the forks,
10       the -- I mean what --
11   Q   **Well, other than what I'd see coming in -- the**
12       **visuals. I mean you focused on there's the paint,**
13       **they look really different. If I came in, I**
14       **wouldn't confuse them by appearance.**
15   A   You wouldn't confuse them by appearance, but you
16       also aren't, you know, there's new specifications.
17       Two thousand nine model year is a new year. There's
18       new product specced on those bikes. So, you know,
19       would you, as the consumer, understand some of the
20       intricacies of a new carbon fork from Bontrager?
21       I'm not sure. That's not as dramatic as the paint,
22       so that's why I used the paint example with you.
23       But there are significant differences between the
24       functional physical products.
25   Q   **What are the significant differences between the**

| | | |
|---|---|---|
| 1 | Q | Could you -- |
| 2 | A | -- to what was planned. |
| 3 | Q | Could you, just for the record, and for me to |
| 4 | | follow, what's the Bates Number at the page you're |
| 5 | | looking at right there? |
| 6 | A | Bates Number is 013850. |
| 7 | Q | Okay.  Go ahead. |
| 8 | A | So I think one of the pieces you have to take into |
| 9 | | context, right, is what you're looking at here is a |
| 10 | | planned 2009 model line.  A dealer, a consumer, has |
| 11 | | never seen any of this.  Right?  So they don't |
| 12 | | understand, they don't know that there are |
| 13 | | differences in a LeMond line or a Fisher line.  So |
| 14 | | if you only look at this, you will see that the new |
| 15 | | Bontrager fork that's on the current Fisher bike is |
| 16 | | this fork.  Because it never existed on a LeMond |
| 17 | | model other than on this.  So in 2008, that was not |
| 18 | | the fork.  So if you have a in-the-marketplace |
| 19 | | LeMond bike, and you compare the in-the-marketplace |
| 20 | | Fisher bike, there are significant differences.  If |
| 21 | | you look at this planning document versus the |
| 22 | | in-the-marketplace Fisher bikes, they're similar. |
| 23 | | Right?  But this product never existed. |
| 24 | Q | Okay. |
| 25 | A | Do you understand what I'm saying? |