UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,

    Plaintiff,

v.

TREK BICYCLE CORPORATION,

    Defendant.

Case No. 08-CV-1010 (RHK/JSM)

### AFFIDAVIT OF JOE SIEFKES

STATE OF WISCONSIN    )
    ) ss.
COUNTY OF JEFFERSON  )

Joe Siefkes, being first duly sworn under oath, deposes and states as follows:

1. I am an adult resident of the State of Wisconsin and am the Vice President of Finance for the Defendant, Trek Bicycle Corporation. I make this affidavit on personal knowledge.

2. For each of the Contract Years 2000 through 2008, Trek satisfied its obligation to spend 3% of the Net Sales of LeMond bicycles on marketing, promotion and advertising for the LeMond brand. Trek spent in excess of $7,500,000 on marketing, promoting and advertising the LeMond brand during that time period, or in excess of 6% of Net Sales. Expenditures related to the marketing, promoting and advertising of LeMond branded products outside North American are not included in the above number and would increase the amount as well as the above percentage.

               s/Joseph R. Siefkes
               Joseph R. Siefkes

Subscribed and sworn to before me
this 8th day of October, 2009.

s/Robert Burns
Notary Public, State of Wisconsin
My Commission ~~expires~~: is permanent