THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING INC., <br><br>    Plaintiff, <br><br>v. <br><br>TREK BICYCLE CORPORATION, <br><br>    Defendant and Third-Party Plaintiff, <br><br>v. <br><br>GREG LEMOND, <br><br>    Third-Party Defendant. | Case No. 08-CV-1010 (RHK/JSM) <br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that on October 9, 2009, I caused the following documents:

    Trek's Notice of Motion for Summary Judgment;
    Trek's Motion for Summary Judgment;
    Memorandum of Law in Support of Trek's Motion for Summary Judgment and Exhibits filed under seal [placeholder filed as Docket Entry 187];
    Certificate of Word Count Compliance;
    Declaration of Emily S. Zastrow in Support of Trek's Motion for Summary Judgment w/Exhibits (Exhibits 7-11 filed under seal – placeholder filed as Docket Entry 188]; and
    Affidavit of Joe Siefkes

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

    Christopher F. Nelson    cnelson@wsgr.com
    Christopher P. Dombrowicki    dombrowicki@gasswebermullins.com
    James A. DiBoise    jdiboise@wsgr.com
    Robert R. Weinstine    rweinstine@winthrop.com
    Joseph M. Windler    jwindler@winthrop.com
    Kristal S. Stippich    stippich@gasswebermullins.com
    Ralph A. Weber    weber@gasswebermullins.com

ND: 4830-1885-9012

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion;

    Judge Richard Kyle        kyle_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed to the following:

| | |
|---|---|
| Christopher F. Nelson | cnelson@wsgr.com |
| Christopher P. Dombrowicki | dombrowicki@gasswebermullins.com |
| James A. DiBoise | jdiboise@wsgr.com |
| Robert R. Weinstine | rweinstine@winthrop.com |
| Joseph M. Windler | jwindler@winthrop.com |
| Kristal S. Stippich | stippich@gasswebermullins.com |
| Ralph A. Weber | weber@gasswebermullins.com |

Dated: October 9, 2009    HALLELAND LEWIS NILAN & JOHNSON, P.A.

    By:    s/Benjamin J. Rolf
       Erik T. Salveson (Reg. No. 177969)
       Amanda M. Cialkowski (Reg. No. 306514)
       Benjamin J. Rolf (Reg. No. 386413)
       600 U.S. Bank Plaza South
       220 South Sixth Street
       Minneapolis, MN 55402
       Telephone: (612) 338-1838
       Fax: (612) 338-7858

    <u>COUNSEL ADMITTED PRO HAC VICE</u>

    Ralph A. Weber (State Bar No. 1001563)
    Christopher P. Dombrowicki (State Bar No. 1041764)
    Kristal S. Stippich (State Bar No. 1061028)
    GASS WEBER MULLINS LLC
    309 North Water Street, Suite 700
    Milwaukee, WI 53202
    Telephone: (414) 223-3300
    Fax: (414) 224-6116
    Email: weber@gasswebermullins.com
           dombrowicki@gasswebermullins.com
           stippich@gasswebermullins.com

    ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF TREK BICYCLE CORPORATION

ND: 4830-1885-9012