STATE OF MINNESOTA

COUNTY OF HENNEPIN

AFFIDAVIT OF SERVICE

**METRO LEGAL SERVICES**

Christine A. Hafner, being duly sworn, on oath says:

that on October 9, 2009, at 4:28 PM she served the attached:

Exhibits to Trek's Memorandum in Support for Motion for Summary Judgment; and Exhibits 7-11 to Emily Zastrow's Declaration upon:

Joseph Windler, Esq. and Robert Weinstine, Esq., therein named, personally at:

#3500, 225 South 6th Street, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Antjuan Alexander, Mail Room Clerk, an expressly authorized agent for said Joseph Windler, Esq. and Robert Weinstine, Esq., a true and correct copy thereof.

Subscribed and sworn to before me on

10·12 , 2009

LEIF OLIVER HANSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2011

1136512 - 2

RE: 51732.0001