**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LeMond Cycling, Inc.

    Plaintiff,

vs.                                                                CV 08-1010 RHK/JSM

Trek Bicycle Corporation,

    Defendant.

**NOTICE OF MOTION HEARING TIME CHANGE**

MOTION HEARING is re-scheduled for November 11, 2009, at **9:00 AM,** before Judge Richard H. Kyle, in Courtroom # 7A, 316 North Robert Street, St. Paul.

October 27, 2009

    RICHARD H. KYLE
    U.S. District Court Judge

    s/Deborah Siebrecht
    Deborah Siebrecht, Deputy Clerk
    651-848-1166

cc: All Counsel