UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LeMond Cycling, Inc., <br><br> Plaintiff, <br> v. <br><br> Trek Bicycle Corporation, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> Greg LeMond, <br><br> Third-Party Defendant. | Civil No. 08-1010 (RHK-JSM) <br><br> **CERTIFICATE OF WORD COUNT COMPLIANCE** |

The undersigned hereby certifies that in accordance with Local Rule 7.1(c), Plaintiff's Memorandum of Law in Opposition to Trek's Motion for Summary Judgment was prepared in 13-point font, and in accordance with Local Rule 7.1(c), contains 7,864 words, including headings, footnotes, and quotations, according to Microsoft Word 2000's word count feature.

- 2 -

|  |  |
|---|---|
|  | WINTHROP & WEINSTINE, P.A. |
| Dated:  October 30, 2009 | s/Joseph M. Windler<br>Robert R. Weinstine, #115435<br>Joseph M. Windler, #387755<br>225 South Sixth Street<br>Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 604-6400<br>Facsimile:  (612) 604-6800<br>rweinstine@winthrop.com<br>jwindler@winthrop.com<br><br>ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC./THIRD-PARTY DEFENDANT GREG LEMOND |

4832757v1
14753.1

- 2 -