**7/24/2009 Townley, Jay**

```
 1       UNITED STATES DISTRICT COURT

 2       DISTRICT OF MINNESOTA

 3

 4       ---------------------------

 5       LEMOND CYCLING, INC,

 6       Plaintiff,

 7

 8       vs.          File No. 08-1010 (RHK-JSM)

 9

10       TREK BICYCLE CORPORATION,

11       Defendant.

12       ---------------------------

13

14       The Videotaped Deposition of

15       JAY TOWNLEY, taken pursuant to Notice of

16       Taking Deposition, taken before Kelly L.

17       Hemsath, RPR, Iowa CSR, a Notary Public in

18       and for the County of Hennepin, State of

19       Minnesota, taken on the 24th day of July,

20       2009, at 800 LaSalle Avenue, Minneapolis,

21       Minnesota, commencing at approximately

22       9:08 a.m.

23

24

25
```

EXHIBIT
B

7/24/2009 Townley, Jay

```
 1              APPEARANCES:
 2
 3        DENISE RAHNE and JENNIFER ROBBINS,
          ESQUIRES, of the Law Firm ROBINS, KAPLAN,
 4        MILLER & CIRESI, LLP, 2800 LaSalle Plaza,
          800 LaSalle Avenue, Minneapolis, Minnesota
 5        55402, appeared for and on behalf of the
          Plaintiff.
 6
 7        RALPH A. WEBER and CHRIS DOMBROWICKI,
          ESQUIRES, of the Law Firm GASS, WEBER,
 8        MULLINS, LLC, 309 North Water Street,
          Milwaukee, Wisconsin 53202, appeared for and
 9        on behalf of the Defendant.
10
11              ALSO PRESENT:
12        Dean Hibben, Videographer
13
14        *The Original is in the possession of
15        Attorney Ralph Weber.*
16
17              INDEX:
18        Page
19        Examination by Mr. Weber  .  .  .  .  .    5
20        Examination by Ms. Rahne  .  .  .  .  .  296
21
22
23
24
25
```

1    dealer agreements, which have different

2    requirements of the retailer.

3    They will look at the relationship

4    they've got with that company that would

5    guarantee they get the goods, because we

6    tend to be an industry of too little or too

7    much.

8    So it's both, can I -- as a

9    retailer, am I going to get fair treatment

10   and can I live with this brand, am I going

11   to get the supply, if I give the commitments

12   that they want from me, and can I negotiate

13   the mix with the brands that will give me

14   the yield we anticipate out of our

15   marketplace?

16   So a lot of it has to do strictly

17   negotiating with the brands, but all of them

18   are under authorized dealer agreements. If

19   I've got six brands, I got six agreements.

20   Those agreements are similar in the core,

21   but different in the detail.

22   And the detail gets to the demand

23   that a brand can place on a retailer for

24   product, and so they take all of that into

25   account.

7/24/2009 Townley, Jay

1   that have been in that high-end market are
2   being eroded, are losing market share, with
3   several key issues.
4   One being that it's now apparent
5   from the standpoint of looking at two year's
6   worth of data and information, that, from
7   the standpoint of true upper-end, and this
8   economy aside, because that is also an
9   issue, but outside of how the economy is for
10  the first time impinging white-collar
11  workers and people that are in this class of
12  consumer, is the importance of Tour
13  sponsorship for a team -- or a bike brand to
14  be associated with a Tour team, and tracking
15  that back and trying to determine what the
16  effect has been of the Tour sponsorship.
17  The bottom line is that there's
18  been a trend also where a bicycle brand
19  that's in the tour is offering the same
20  product that the professionals ride to the
21  consumer, which has also driven up these
22  price points and part of the dynamic of the
23  high-end consumer with a very expensive
24  bike, dropping it, selling it on eBay and
25  buying another bike because that's what is

**7/24/2009 Townley, Jay**

1      being ridden in the Tour, and they can now

2      get access to it, they can buy it.

3      And that's across all of the --

4      this year, the 19 brands sponsoring the 20

5      teams, last year, I think, it was 17 brands

6      sponsoring the 20 teams.

7               MS. RAHNE: Ralph, can we take a

8      break sometime in the next five or ten

9      minutes?

10              MR. WEBER: Right now is fine.

11              VIDEOGRAPHER: We're going off the

12     record at 10:11 a.m.

13     (Whereupon, a recess was taken.)

14              VIDEOGRAPHER: We are back on the

15     record at 10:25 a.m.

16              BY MR. WEBER:

17  Q.   Let's switch gears a second. We've been

18     talking about the United States at this

19     point. Let's talk about a different set of

20     countries.

21     And let's start with Austria. All

22     right?

23  A.   Uh-huh.

24  Q.   Tell me, by order of importance, whether

25     revenue or volume, the categories of bikes

7/24/2009  Townley, Jay

1     that are being spent on pro teams might be

2     spent in other areas in a more effective

3     way?

4   A.   Exactly.

5   Q.   So that the industry ought to consider, as

6     you're spending your promotion and

7     advertising dollars, where you're going to

8     get the most bang for your buck?

9   A.   Where you're going to get the most bang for

10     the bulk, we tend to look at that as a near

11     term, but if you look at per thousand

12     penetration of bicycles to U.S. population,

13     we're shrinking. Not necessarily a good

14     thing. Bang for the bulk would be the

15     future growth of the industry.

16     And is what you're doing -- as an

17     example, all the top tier brands sponsor a

18     tour team, and there's a cost associated

19     with that. Giant is a public company that

20     just announced in the European press that

21     8 percent their total revenue, on an annual

22     basis goes to pro team support.

23     That's estimated at 22 million

24     dollars, substantial amount of money. Not

25     trying to tell Giant what to do, but in the

7/24/2009 Townley, Jay

1       off-road triathlon, but the team

2       sponsorships are not necessarily the

3       high-end road piece of the market. It's

4       spread into off-road, BMX, there's pro

5       riders there, Extera, which is the off-road

6       equivalent of Triathlon, so -- Cyclocross

7       (phonetic).

8       So it's looking at the total budget

9       allocation, and the little bit it would

10      take, not taking away at all from the pro

11      team side and the importance of it or what

12      you do to promote that, and actually take

13      that money and spend in the general market

14      expansion.

15      That's a lousy picture, by the way.

16          BY MR. WEBER:

17   Q.   You said historically brands have spent

18      promotion and advertising dollars in

19      supporting pro teams, right?

20   A.   Yes.

21   Q.   Do you know what promotion and advertising

22      dollars Trek has spent on pro teams in

23      support of the LeMond brand?

24          MS. RAHNE: Object to the form.

25      Go ahead, if you know.

**7/24/2009 Townley, Jay**

1           arrangements I've been involved with in my

2           life's work.

3      Q.    All right. Are you aware of anything in the

4           contract between LeMond Cycling and Trek

5           which specified the amount of dollars Trek

6           was obliged to spend in promotion and

7           advertising?

8      A.    My recollection is there's a percentage

9           amount.

10     Q.    Do you know whether Trek met that

11          percentage?

12     A.    Well, two respects: One, percentages for

13          marketing expenditure, based on whatever the

14          level of compensation, or whatever, whatever

15          the royalty is based on, net, gross, I'm not

16          sure, but in the first year or two, if

17          you're going into a license agreement, that

18          is meaningless. You got to spend the money

19          it takes to establish the brand in the

20          marketplace. Again, it's fundamental.

21          Whether they spent the amount or

22          not, I am not absolutely sure, but in

23          recollecting the deposition particularly of

24          the product manager and the marketing

25          manager, it appeared to me that they were

1    again, licensing, to be successful, is

2    making sure that when you take it on you're

3    going to do what you have to do in the

4    marketplace.

5    Whether the 3 percent is right or

6    not, you put a percentage in the contract

7    and both parties are agreeing that, yeah,

8    it's something like this.

9    But you can't apply it to the early

10   years, because there's no revenue. So

11   what's the obligation to establish a brand

12   to go to market, you're going to have to

13   spend some money to go to market.

14   If the -- particularly the company

15   or person acquiring the license has got this

16   obligation, I would believe, at least from

17   my thinking, to be successful in promoting

18   that brand. Why else do it?

19           BY MR. WEBER:

20   Q.   But specifically as to my question --

21   A.   On the 3 percent --

22   Q.   Let me finish.

23   As to my question, and if you

24   assume that what the contract calls for is

25   a 3 percent spend on promotion and

133

1          advertising, do you know one way or another,

2          as you sit here today, whether Trek

3          satisfied that criteria?

4                   MS. RAHNE: Object to the form.

5          Go ahead.

6     A.    Based on my review of the record produced,

7          and what I went through, my strong sense is

8          no, but I did not see any dollar amounts.

9                   BY MR. WEBER:

10    Q.    Well, how could you have any sense of

11         whether they met the 3 percent criterion if

12         you didn't look at dollar amounts?

13                  MS. RAHNE: Object to the form.

14         Go ahead.

15    A.    Whether it's 3 percent or enough or an

16         amount of money sufficient to promote the

17         brand, maybe it would be over-simplistic,

18         but you take a look at what was sold in the

19         markets, compared to the Trek brand of road,

20         which we were specifically looking at,

21         compared a product within the same category,

22         and over the time frame, it looks like what

23         it is.

24         There was no effort that was equal

25         to promoting Trek brand in the marketplace,

1       because the numbers aren't there, and

2       additionally, no effort that would meet,

3       what I would think, is just the implied

4       obligation, maybe the absolute obligation,

5       of the letter of that contract that was

6       signed to promote that brand, to make it

7       successful in the marketplace. Why else

8       license?

9               BY MR. WEBER:

10   Q.   Are you done?

11   A.   Do you want me to be done? I'm done.

12               MR. WEBER: Can you reread my

13       question, please.

14               BY MR. WEBER:

15   Q.   Please listen to my question, and answer it

16       if you can.

17       (Whereupon, the requested portion of

18       the record was read back by the

19       Reporter.)

20               MS. RAHNE: Reinsert my objection.

21       Go ahead.

22   A.   By looking at the sales results.

23               BY MR. WEBER:

24   Q.   Anything else?

25   A.   And the testimony of the people immediately

7/24/2009 Townley, Jay

1   responsible for the marketing of the product

2   within the company.

3   Q.   If the contract calls for a certain

4   percentage to be spent on promotion and

5   advertising, that's a mathematical

6   calculation that can be determined, true?

7   A.   Yes.

8   Q.   But you didn't do that?

9   A.   I did not.

10  Q.   Putting a sponsorship of a pro team to one

11  side, and that topic, that subset of

12  promotion and advertising, is there anything

13  else that you believe Trek should have done

14  that it did not do?

15  A.   Given their culture, again, reading the

16  record, the presentation and the marketing

17  to the dealer organization, from the

18  standpoint of what I read, what I understand

19  works in that marketplace, it's my opinion

20  that there was not enough effort put into

21  the marketing of the product to the

22  retailers, and the retail staff, at the same

23  level that Trek was in turn investing and

24  educating and working with their retailers

25  relative to the other road brands they had.

7/24/2009 Townley, Jay

1    Q.    So in addition to the pro team issue, you're

2          saying Trek didn't spend enough to promote

3          and advertise the LeMond brand to dealers?

4    A.    Yes. To their dealers.

5    Q.    And what would you cite in support of that

6          conclusion?

7    A.    Again, the record.

8    Q.    What part of it?

9    A.    The previous brand manager, the current

10         marketing manager, the marketing manager at

11         the time that the depositions were taken,

12         and the crossover, their -- the LeMond

13         marketing manager within the Trek

14         organization, and the product manager

15         responsible, and then the original manager,

16         and I'm not sure if it was marketing or not,

17         but the original manager responsible for the

18         LeMond brand when they brought it on, when

19         they did the contract, when they were moving

20         forward.

21   Q.    And what did any one of them say that Trek

22         did not do in terms of promotion,

23         advertising of the LeMond brand to Trek

24         dealers?

25   A.    Well, specifically the product manager was

7/24/2009 Townley, Jay

1     concerned about the degree of technology

2     that had been developed and the points of

3     differentiation, and getting that out into

4     the marketplace.

5     But from a marketing standpoint,

6     the references to both the dealer meetings

7     to getting Greg out, getting Greg LeMond out

8     to do more promotion, and I think generally

9     the comments made early on, I think Ira

10    Langer, is that the name of one of the

11    original -- he's no longer employed by the

12    company, but, again, my sense of reading

13    those through was that there could have been

14    a lot more done.

15    But looking at where Trek ended up

16    over the time frame and where LeMond ended

17    up, I mean, it's -- to me it's hard to get

18    the kind of numbers that are posted there

19    for LeMond without almost abject neglect

20    from the standpoint of building the brand,

21    at least to the level of the other brands

22    that you're responsible for.

23  Q.   And I want to be quite specific, and I

24    understand your testimony about pro teams,

25    and now a second item you've identified is

7/24/2009 Townley, Jay

1    you think Trek should have gotten Greg out

2    more.

3    A.    Essentially. One of the aspects of that,

4    yes.

5    Q.    What else, in addition to pro team

6    sponsorship and getting Greg out more, do

7    you think Trek should have done under the

8    contract with LeMond Cycling that it did not

9    do?

10   A.    Those would be on my top two. Whether that

11   collateral material and working the vertical

12   press would have helped that, I think it

13   would have naturally followed.

14   In other words, the pro team

15   generates PR, visibility, buzz in the

16   vertical silos of marketing in the dealer

17   channel, and proactively being out in the

18   field with dealers and talking to dealers

19   about the brand, as opposed to once a year

20   coming in -- or coming into meetings, is

21   getting the dealer and their staff a closer

22   relationship to the product.

23   If they -- they get called on. I

24   mean, this is fairly common in the dealer

25   trade, something I learned early on, that if

7/24/2009 Townley, Jay

1        the company representative comes in and

2        talks to the dealer, shakes of the hands of

3        the mechanics, maybe takes them out for a

4        lunch, chats them up a little bit, it's good

5        for morale, as opposed to not doing that

6        relative to the brand.

7    Q.   Okay. And, again, you've gone back to

8        getting Greg out more --

9    A.   As part of that.

10   Q.   So that's two. Is there a third?

11   A.   And what would be related to that as a third

12       would be what they would put into the

13       vertical publications.

14   Q.   What is a vertical publication in this

15       context?

16   A.   It is an enthusiasts cyclists publication.

17       Best example I can give you Velonews.

18       V E L O N E W S, all one word.

19   Q.   So these are three examples of promotion and

20       marketing efforts that you believe Trek

21       should have done at a greater level than it

22       did, right?

23   A.   Yes.

24   Q.   Is there a fourth?

25   A.   No.

1    Q.    Is there anything else, in addition to

2          promotion, advertising of the LeMond brand,

3          that you're here to testify about, in terms

4          of what Trek did or didn't do?

5    A.    Did or didn't do relative to?

6    Q.    The LeMond brand.

7    A.    I think overall those are the keys, but it's

8          also the issues of representation, good

9          will, making sure the sales force is out

10         there talking up the product. I mean,

11         that's part of the salesmanship side, it's

12         not promotion, and it's not the dealer

13         calls.

14         This is the standard group of

15         people on the phones, driving the cars,

16         coming in taking in the orders.

17   Q.    Anything else?

18   A.    No.

19   Q.    So the -- if I understand you correctly, in

20         addition to the pro team, getting Greg out

21         more, collateral material for enthusiasts

22         publication like Velonews, a fourth item

23         you're saying Trek should have done more was

24         making sure the sales staff is talking up

25         the product? Am I understanding you

7/24/2009 Townley, Jay

1       correctly?

2    A.    Positively talking up the product and out

3          explaining the features of the

4          differentiation.

5    Q.    And what is the source of your knowledge, if

6          any, about Trek's efforts to have its sales

7          staff out talking up the product and

8          explaining the features of the

9          differentiation?

10   A.    From what I read in the record.

11   Q.    And what in particular?

12   A.    The testimony of, again, the marketing

13         manager, coupled with the folks that did the

14         earlier marketing and sales.

15   Q.    And what specifically did any of those

16         people say with respect to making sure the

17         sales staff was out talking up the product

18         and out explaining the features of the

19         differentiation?

20   A.    I don't recall anything specific that I can

21         quote to you. It's the general sense, I got

22         from reading those documents through

23         numerous times to try to get a feel for what

24         they were saying relative to the support

25         that was given to the brand.

1   Q.   And what did any of them say in particular

2        from which you're drawing these sensory

3        inferences?

4   A.   I'm trying to recall specifically. Sitting

5        here right now, at this moment, I can't

6        quote it.

7   Q.   Well, do you think it's enough for an expert

8        just to come in and say, Well, I read a lot

9        of materials, and this is kind of my gut

10       feel?

11           MS. RAHNE: Object to the form.

12  A.   I think it also goes to the numbers. I

13       mean, if you're looking at the sales effort,

14       why would they accept the sales that they

15       got?

16       It's the numbers in comparison to

17       the effort that went in to -- the brand

18       management piece on the race side, you've

19       got one brand that's showing a fairly

20       aggressive curve in the marketplace, and the

21       other one is flat.

22       And, again, from experience in the

23       same issues in several companies with the

24       same kinds of products associated with the

25       same market, the only way that occurs is if

7/24/2009 Townley, Jay

1       there's not support, because if you're

2       putting support into it, you get something.

3       And these are just -- these numbers

4       are very small, I mean, if Trek, from the

5       standpoint of what it promotes, and LeMond,

6       from the standpoint of where LeMond ends up.

7       So the answer to your question,

8       from my standpoint, is evaluating the stats.

9               BY MR. WEBER:

10   Q.   You're talking about sales stats?

11   A.   Yeah. Yes.

12   Q.   And I'm talking about the evidence that you

13       have reviewed that enables you to, you

14       believe, to draw expert opinions in this

15       case.

16       And my question, with respect to

17       this fourth item you've identified, making

18       sure the sales staff is talking up the

19       product and out explaining the features of

20       the differentiation, I'm asking you to refer

21       me to a single piece of evidence that would

22       support a conclusion in this regard, other

23       than the ultimate sales numbers.

24               MS. RAHNE: Object to the form.

25       Go ahead.

144

1    A.    And other than the ultimate sales numbers,

2          and my sense of the record, sitting here

3          right now I can't give you a specific

4          instance.

5          I could put it in the context of

6          what would I do, and what have I seen done,

7          but those seem to me to be the basics, that

8          you build the ability to take a brand to

9          market and do it successfully, and if the

10         numbers don't yield that, which they don't,

11         if you had the experience in looking at how

12         you build the brand, you look at the pieces

13         that make that successful. It's not rocket

14         science. It's fairly straightforward.

15               BY MR. WEBER:

16   Q.    Fairly straightforward to sell a bike brand?

17   A.    Well, 147 of them are sold in the

18         marketplace, and a good number of those

19         stick around, and there's a formula to that.

20   Q.    Was Schwinn successful --

21   A.    In many ways.

22   Q.    -- or did Schwinn go bankrupt?

23   A.    Schwinn went bankrupt.

24   Q.    Did Cannondale go bankrupt?

25   A.    Yes.

1        ground. The easiest market to sell in this

2        business is upper-end, enthusiasts, because

3        that's what the shops are populated with,

4        that's what the business is all about,

5        that's where the product managers are -- the

6        bike shops in this country are populated

7        with enthusiasts, simple terms, so are most

8        of the product development departments, and

9        consequently that's a great mindset to be

10       in.

11       I mean, they had all the elements

12       for that brand to be successful. The

13       Coasting and the problem of dealer feedback

14       and dealers not representing products or not

15       selling products to the consuming public, or

16       condescending to women, not doing the things

17       that expand the market, are part and parcel

18       of the statement I made.

19       But, in turn, from the standpoint

20       of selling LeMond bikes, they had all the

21       tools they needed, they just didn't employ

22       them.

23   Q.   Because they had the incorrect, in your

24       view, dealer-focused marketing strategy?

25   A.   Overly influenced by dealer feedback, as

7/24/2009 Townley, Jay

```
 1              opposed to going out and finding out what

 2              consumers want, need and opinion was.

 3      Q.      The next paragraph, "The alleged problems

 4              relative to both the Trek and LeMond brands

 5              are much more an emotional reaction within

 6              the Trek-dealer focused culture than real

 7              substantive problems in the bike shop

 8              channel of trade or the adult enthusiast

 9              cyclists market."

10              What do you mean?

11                  MS. RAHNE: Slowly.

12      A.      The core of the statement leading on from

13              the first paragraph, the issues that were

14              raised relative to LeMond, and selling

15              LeMond product, are based on this emotional

16              reaction to what was said, whatever that

17              was.

18              When you get to the heart of

19              selling bicycles, marketing bicycles,

20              moving -- even in the dealer trade, that

21              marketplace, that channel, this is such a

22              small subset that's based on -- rumors mean

23              a lot, you know, there's the trash talk that

24              goes on, but more than anything else it's

25              the emotion.
```