# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR EXHIBIT C TO THE DECLARATION OF JOSEPH M. WINDLER IN SUPPORT OF PLAINTIFF/THIRD PARTY DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO TREK'S MOTION FOR SUMMARY JUDGMENT**

LeMond Cycling, Inc.,

      Plaintiff,

v.        Case Number:  Civil No. 08-1010 (RHK-JSM)

Trek Bicycle Corporation,

      Defendant/Third Party Plaintiff,

Greg LeMond,

      Third Party Defendant.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> *Exhibit C to the Declaration of Joseph M. Windler in Support of Plaintiff/Third Party Defendant's Memorandum of Law in Opposition to Trek's Motion for Summary Judgment*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 99)

\_\_\_  Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
   (Document number of redacted version: \_\_\_ )

\_\_\_  Other (description):

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

4833493v1