5/12/2009 Mock, Aaron

1   UNITED STATES DISTRICT COURT

2   DISTRICT OF MINNESOTA

3   - - - - - - - - - - - - - - - - - - - - - - - - -

4   LEMOND CYCLING, INC.,

5       Plaintiff,

6       v.                    Case No. 08-1010

7   TREK BICYCLE CORPORATION,

8       Defendant/Third-Party Plaintiff

9       v.

10  GREG LEMOND,

11      Third-Party Defendant,

12      Defendant.

13  - - - - - - - - - - - - - - - - - - - - - - - - -

14

15              Deposition of AARON MOCK

16                  May 12, 2009

17                   9:30 a.m.

18                     at

19            Gass Weber & Mullins, LLC

20            309 North Water Street

21             Milwaukee, Wisconsin

22

23

24

25  Reported by David J. Sikora, RPR, RMR, CRR

EXHIBIT D

1

5/12/2009 Mock, Aaron

1  Deposition of AARON MOCK, a witness in the
2  above-entitled action, taken at the instance of the
3  Plaintiff/Third-Party Defendant, pursuant to the Federal
4  Rules of Civil Procedure, pursuant to notice and
5  agreement, before DAVID J. SIKORA, RPR, RMR, CRR, Notary
6  Public in and for the State of Wisconsin, at 309 North
7  Water Street, Milwaukee, Wisconsin, on May 12, 2009,
8  commencing at 9:30 a.m. and concluding at 2:54 p.m.
9
10  A P P E A R A N C E S
11  ROBINS, KAPLAN, MILLER & CIRESI, LLP, by
     Ms. Denise S. Rahne
12   Ms. Jennifer M. Robbins
     2800 LaSalle Plaza
13   800 LaSalle Avenue
     Minneapolis, Minnesota  55402
14   appeared on behalf of the
     Plaintiff/Third-Party Defendant.
15
    GASS WEBER MULLINS LLC, by
16   Mr. Ralph Weber
     309 North Water Street
17   Milwaukee, Wisconsin  53202
     appeared on behalf of the
18   Defendant/Third-Party Plaintiff.
19  ALSO PRESENT:   Bob Burns
                    Greg LeMond
20                  Owen May, Videographer
21
22
23
24
25

2

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | Q | So August of 2008. |
| 2 | A | August of '08, yes. |
| 3 | Q | I'm getting old enough to have a habit sometimes of |
| 4 | | dropping a whole decade.  So if at some point I do |
| 5 | | something like say '98, just let me know.  Catch me |
| 6 | | if I miss it.  How has your job changed since the |
| 7 | | part of your title related to Greg LeMond product |
| 8 | | management was dropped? |
| 9 | A | You know, my day to day responsibilities are very |
| 10 | | similar to what they were before.  There is a -- |
| 11 | | there hasn't been a lot of change, other than, |
| 12 | | obviously, the shift that took place in April of '08 |
| 13 | | created a significant new amount of work load for me |
| 14 | | on something that I wasn't anticipating. |
| 15 | Q | Say more about that. |
| 16 | A | In April of '08, we had a complete 2009 LeMond |
| 17 | | lineup plan introduced in a couple of months to our |
| 18 | | dealer base.  April of '08 rolls around, and I find |
| 19 | | out, just like everyone else did, that we were no |
| 20 | | longer going to continue with the license agreement. |
| 21 | | And we needed to make a decision on how we were |
| 22 | | going to supply those dealers who were counting on a |
| 23 | | new line of bicycle, of road bikes, with a line of |
| 24 | | bikes.  And that was something that in a very short |
| 25 | | amount of time needed to be taken care of.  And so |

5/12/2009 Mock, Aaron

```
 1      that workload was significantly different than it
 2      would have been had we simply gone forward with the
 3      plan, the 2009 line, that we already had kind of in
 4      the can for LeMond.
 5              MS. RAHNE:  Do you mind if I just mark this
 6      just to get it -- I only have one copy, but --
 7              MR. WEBER:  No, no problem.
 8              MS. RAHNE:  I'm not going to spend any
 9      detailed time on this, if you want Greg to step out.
10      I just want to know what it is from him.  But I'm
11      happy to --
12              MR. WEBER:  He's not going to go into the
13      details.  That's fine.
14              MS. RAHNE:  Okay.  Mark that as 178.
15              (Exhibit Number 178 was marked for
16      identification)
17              MS. RAHNE:
18   Q  Okay.  Mr. Mock, I'm handing you what's been marked
19      as Exhibit 160 -- 178.
20   A  Okay.
21   Q  And I just want to check.  You just referenced that
22      there was -- actually, I will need one too.  You
23      referenced that there was a plan.  I think what you
24      said is in April of 2008 you had a complete line of
25      bikes ready.  And I'm assuming that's referring to a
```

16

| | | |
|---|---|---|
| 1 | | LeMond brand of bike, is that correct? |
| 2 | A | Yup. |
| 3 | Q | When we arrived this morning, counsel for Trek |
| 4 | | handed us the document that's in front of you as |
| 5 | | 178. And he indicated to me that he received that |
| 6 | | from you at some point recently, is that correct? |
| 7 | A | Yes. |
| 8 | Q | Is that document -- how does that document relate to |
| 9 | | the plan as it was in place in April of 2008? |
| 10 | A | This is the document. It's essentially identical to |
| 11 | | what -- the yellow in the document actually |
| 12 | | represents signed off and approved product. And |
| 13 | | this is what we were planning to go to market with |
| 14 | | under the LeMond brand for model year 2009, which |
| 15 | | would have been introduced in the summer of 2008. |
| 16 | Q | When you say signed off and approved -- |
| 17 | A | Uh-hm. |
| 18 | Q | -- what does that mean in terms of the cycle of |
| 19 | | product development and release at Trek? |
| 20 | A | Sure. There are -- as the product manager, I'm |
| 21 | | responsible for what's called the PPD. This is part |
| 22 | | of that. This is the product planning document. |
| 23 | | There are products that we make in different parts |
| 24 | | of the world. Whether it's assembled in Waterloo, |
| 25 | | whether it's assembled in Asia. And signing this |

| | | |
|---|---|---|
| 1 | | off means that this information has actually been |
| 2 | | communicated to the people in those parts of the |
| 3 | | world that would be executing the manufacture of |
| 4 | | that product. We had vendors that were working on |
| 5 | | this product. We had suppliers that were building |
| 6 | | stock. We had suppliers that were -- had graphic |
| 7 | | samples. Et cetera. We had the full line ready to |
| 8 | | go. |
| 9 | Q | So is it your testimony that they had begun work on |
| 10 | | this -- the suppliers had actually begun work on the |
| 11 | | components or the various parts that would be |
| 12 | | necessary to bring these bikes to market? |
| 13 | A | That part I can't answer. The suppliers had |
| 14 | | definitely begun work. There's no question that |
| 15 | | there was an internalization of this information, |
| 16 | | because I'd get confirmation on that. But as far as |
| 17 | | did -- say as example, Giant's one of our vendors, |
| 18 | | did Giant actually communicate to Shimano that we |
| 19 | | needed that 105 rear derailleur. I can't tell you |
| 20 | | that as of April of '08 if they had actually placed |
| 21 | | a PO for that. |
| 22 | Q | Okay. |
| 23 | A | That's not a level of detail that I would see. |
| 24 | Q | Sure. So it would be your testimony that from your |
| 25 | | perspective, and what you would know, there was a |

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | Q | And the Gary Fisher road line was rolled out when? |
| 2 | A | August of 2008. |
| 3 | Q | What was the lead time between when you found out |
| 4 | | that Trek would not be selling the LeMond line of |
| 5 | | road bikes and when you rolled out the Gary Fisher |
| 6 | | road bikes? |
| 7 | A | Five months. |
| 8 | Q | Prior to August of 2008, what lines of road bikes |
| 9 | | did Trek -- were under the Trek umbrella? |
| 10 | A | Prior to 2008, there was a Trek bicycle road line, |
| 11 | | there was a Klein bicycle road line, and then there |
| 12 | | was a Greg LeMond bicycle road line. |
| 13 | Q | When did Trek stop carrying the Klein line of road |
| 14 | | bikes? |
| 15 | A | I'm not sure. |
| 16 | Q | Do you know approximately? |
| 17 | A | It would have been somewhere in 2007, 2008. It |
| 18 | | was -- that's a geographic issue. |
| 19 | Q | What do you mean by that? |
| 20 | A | Japan bought Klein as a business in Japan, and so we |
| 21 | | supported that. But the rest of the world really |
| 22 | | did not, at that point. We didn't supply the rest |
| 23 | | of the world with Klein bikes. So it's a Japan |
| 24 | | market only type deal. I'm not sure when that |
| 25 | | stopped. |

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | Q | Let me, so we don't spend too much time on it, is |
| 2 | | there another bike that is distinguished by its |
| 3 | | frame geometry in a way similar to the bikes under |
| 4 | | the LeMond brand? |
| 5 | A | There are a number of instances of bikes that have |
| 6 | | geometry stories.  Cervelo is a great example of a |
| 7 | | product in the marketplace that relies heavily on a |
| 8 | | geometry story.  And in very similar context of how |
| 9 | | that geometry enhances the rider's ability on the |
| 10 | | bike. |
| 11 | Q | Anybody else? |
| 12 | A | To my knowledge, I'd have to look.  I'd be quoting |
| 13 | | out of -- |
| 14 | Q | Do you have any knowledge about, as between Cervelo |
| 15 | | and Greg LeMond, who was the first to be |
| 16 | | distinguished by frame geometry? |
| 17 | A | In that circumstance, I would say that in the U.S. |
| 18 | | market it's Greg. |
| 19 | Q | What about in any other market? |
| 20 | A | There's definitely historic frame geometry, if we |
| 21 | | wanted to look at reference material in the Pro |
| 22 | | Peloton of other classic bikes, Colnagos, et cetera, |
| 23 | | that are very similar in frame geometry. |
| 24 | Q | Do you know anything in terms of the timing |
| 25 | | differentiation between the LeMond cycles and the |

5/12/2009 Mock, Aaron

1  A  Okay.

2  Q  Do you see that?

3  A  Yes.

4  Q  There's a Trek and LeMond platform.

5  A  Yes.

6  Q  Is this consistent with what you're talking about in
7     terms of there being a Trek road bike, and a
8     parallel LeMond road bike for dealers to carry?

9  A  Yeah.  When I look at this, and I look at the
10    platforms laid out next to each other, it's simply
11    showing each level of frame platform, and it's kind
12    of showing its counterpart based on price ranges, is
13    really what it's looking at there.  And it's -- to
14    me, it's simply showing the dealer that, hey, you
15    have, on the Trek side you have a Madone, on the
16    LeMond side you have this ti carbon Tete de Course.
17    You know, you have this really nice other piece to
18    sell that customer coming in the door.  You have
19    this option or that option.  And the nice thing
20    about this is it shows, you know, for basically each
21    Trek platform, there's a complementary LeMond.

22 Q  And how -- I asked you before, but now we've got
23    actually a nice parallel set in front of us.

24 A  Sure.

25 Q  How is one to distinguish, as a consumer, between

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | | people when you're trying to sell a Madone. Am I |
| 2 | | saying that right? Madone? |
| 3 | A | Yeah. |
| 4 | Q | Things to say every time you sell a Madone, do you |
| 5 | | see that? |
| 6 | A | I do. |
| 7 | Q | I'm interested in number one, the first bullet |
| 8 | | point, the Madone was designed for -- with and for |
| 9 | | Lance Armstrong, do you see that? |
| 10 | A | I do. |
| 11 | Q | Is that one of the selling points, to your |
| 12 | | knowledge, for Trek for the Madone bike? |
| 13 | A | You know, the marketing guys could answer that for |
| 14 | | you. But I'm sure that they used that, yeah. |
| 15 | Q | If you can skip down to the last bullet point, I'm |
| 16 | | interested in that. There is no better road bike |
| 17 | | available from anyone. Do you see that? |
| 18 | A | Yeah. |
| 19 | Q | Is that a statement that you agree with, as a |
| 20 | | product manager? |
| 21 | A | No. |
| 22 | Q | Why do you disagree with that? |
| 23 | A | I think that we had extremely competitive product in |
| 24 | | the LeMond line. And if you were to evaluate it |
| 25 | | against LeMond literature, you would see similar |

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | | the Fisher catalog. The catalogs were distributed |
| 2 | | to all the dealers. I was actually a dealer at the |
| 3 | | time. Fisher bikes in the catalog that never |
| 4 | | happened. |
| 5 | Q | Do you know why? |
| 6 | A | I don't. Again, I was not in the building at that |
| 7 | | time. |
| 8 | Q | I think I asked this before, but since we're on this |
| 9 | | topic, we can have all the testimony together. When |
| 10 | | was the first time you learned of plans to develop a |
| 11 | | Fisher road bike? You said -- |
| 12 | A | It would have been late spring of '08. It would |
| 13 | | have been after April 8 of '08. |
| 14 | Q | And you say April 8 because that's when you learned |
| 15 | | of the -- |
| 16 | A | Yes. |
| 17 | Q | -- that Trek wanted to terminate its relationship |
| 18 | | with Mr. LeMond. |
| 19 | A | On April 7 there was a full 2009 model year LeMond |
| 20 | | line planned. |
| 21 | Q | What happened to that? |
| 22 | A | You had it in front of you. |
| 23 | Q | Okay. Right. What happened? Were there -- what |
| 24 | | happened to anything that had been in the pipeline |
| 25 | | in terms of things from suppliers? |

131

5/12/2009 Mock, Aaron

1     over something.
2 A   Okay.
3 Q   You're reading my mind.
4 A   Sorry.
5 Q   Was the conversation you had with Greg about some
6     concern he had that his product line had not been
7     discussed in John Burke's presentation?
8 A   It was that his brand hadn't been mentioned. Is my
9     understanding of it.
10 Q   Did you do any follow-up with that to confirm or
11     disconfirm whether that was true?
12 A   Yes.
13 Q   And what did you find out?
14 A   That was accurate. Yes.
15 Q   Was there any -- did you, either from Mr. LeMond, or
16     any other discussions, was there any -- let me back
17     up. Did you have a discussion with Mr. LeMond about
18     anything in Mr. Burke's presentation about the life
19     span of product lines?
20 A   Not that I recollect.
21 Q   Take a look at --
22     MS. RAHNE: Mark that one.
23     (Exhibit Number 189 was marked for
24     identification)
25     MS. RAHNE:

149

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Only a few Fisher models and two LeMond models were |
| 3 | | selected.  Do you see that? |
| 4 | A | Yeah. |
| 5 | Q | He says, they are under the impression that we are |
| 6 | | not dedicated to the LeMond brand for the future. |
| 7 | | Do you see that? |
| 8 | A | I do. |
| 9 | Q | Was that an impression, back in 2007, that you were |
| 10 | | aware existed from the Wheat Ridge bike pick |
| 11 | | meeting? |
| 12 | A | No.  It was -- from the Wheat Ridge bike pick |
| 13 | | meeting, I wasn't in attendance at that meeting, nor |
| 14 | | privy to the discussions that happened at that |
| 15 | | meeting. |
| 16 | Q | But you were copied on this E-mail.  And you didn't |
| 17 | | have any other independent knowledge of that |
| 18 | | impression -- |
| 19 | A | From the Wheat Ridge guys. |
| 20 | Q | -- from the Wheat Ridge guys. |
| 21 | A | No. |
| 22 | Q | It goes on to say, they arrived at this conclusion |
| 23 | | since LeMond was not mentioned in any of the product |
| 24 | | presentations, and Ron Keifel spoke with Greg at the |
| 25 | | show, and Greg said that he didn't even know that |

5/12/2009 Mock, Aaron

| | | |
|---|---|---|
| 1 | | the show was going on. He just happened to be in |
| 2 | | town and heard that Trek World was taking place. Do |
| 3 | | you see that? |
| 4 | A | Yes. Can I respond to that? |
| 5 | Q | Uh-hm. |
| 6 | A | I actually take issue with both statements. |
| 7 | Q | Okay. |
| 8 | A | So I don't know whether Larry misrepresented what |
| 9 | | they told him, or if they simply weren't paying |
| 10 | | attention. At this particular dealer show, we |
| 11 | | actually gave dealers -- each dealer was in a group. |
| 12 | | I can't remember how they did it. A, B, C, D, red, |
| 13 | | green, blue coloring. We have to split them up. |
| 14 | | And we would do round robins of product |
| 15 | | presentations. Every one of my product |
| 16 | | presentations had a LeMond segment in it. And, in |
| 17 | | fact, Greg was involved in those presentations when |
| 18 | | he found the space. It took him awhile. Okay? |
| 19 | Q | Uh-hm. |
| 20 | A | Yeah. Greg's time works that way sometimes. So |
| 21 | | from the standpoint of LeMond not being included in |
| 22 | | any of the product presentations is just not an |
| 23 | | accurate statement to the timing and the time frame. |
| 24 | Q | Okay. |
| 25 | A | And then the second piece is, Greg said that he |