5/7/2009 Langer, Ira

```
 1

 2    UNITED STATES DISTRICT COURT

 3    DISTRICT OF MINNESOTA

 4    ----------------------------------x

 5    LEMOND CYCLING, INC.,

 6         Plaintiff,                      Case No.

 7              -against-                  08-CV-01010

 8    TREK BICYCLE CORPORATION,            (RHK/JSM)

 9         Defendant/Third-Party Plaintiff,

10              -against-

11    GREG LEMOND,

12         Third-Party Defendant.

13    ----------------------------------x

14

15                    May 7, 2009

16                    9:33 a.m.

17

18         Deposition of IRA LANGER, held at

19    the offices of Foley & Lardner LLP, 90 Park

20    Avenue, New York, New York, pursuant to

21    Subpoena, before Mildred Cassese, a

22    Registered Professional Reporter and Notary

23    Public of the State of New York.

24

25
```

EXHIBIT F

5/7/2009 Langer, Ira

1
2     A P P E A R A N C E S:
3
4         ROBINS, KAPLAN, MILLER & CIRESI LLP
5         Attorneys for Plaintiff LeMond
6             2800 LaSalle Plaza
7             800 LaSalle Avenue
8             Minneapolis, MN 55402-2015
9         BY:   DENISE S. RAHNE, ESQ.
10              JENNIFER M. ROBBINS, ESQ.,
11                  of Counsel
12
13        GASS WEBER MULLINS LLC
14        Attorneys for Defendant/Third-Party
15        Plaintiff Trek Bicycle Corporation
16        and Witness
17            309 North Water Street
18            Milwaukee, WI 53202
19        BY:   RALPH WEBER, ESQ.
20
21        ALSO PRESENT:
22            Bob Burns
23            Trek Vice President & General Counsel
24
25

5/7/2009 Langer, Ira

1   I. Langer
2   about how Greg would do these autographs and talk
3   to people, that Greg was just Greg.
4   Can you sort of elaborate on that a
5   little bit?
6   A.   Sure.  Greg would make everyone -- if
7   someone came over to him and said that they met
8   him five years ago he would make -- whether he had
9   actually remembered meeting them five years ago, I
10  don't know, but they were sure convinced that he
11  remembered that.
12  Every person who was sitting across
13  from him was the most important person in the room
14  at that moment.
15  And there would be 300 people lined up
16  behind to get his autograph and talk with him, and
17  he would be spending an inordinate amount of time
18  with one person because they had some magazine
19  that he hadn't seen in a long time, or a picture
20  of a bicycle he hadn't seen in a long time and,
21  you know, just a nice guy, you know.
22  People liked talking to him and he
23  like talking to people.
24  Q.   Did you ever get any feedback from the
25  dealers that held these grand openings and events

18

5/7/2009 Langer, Ira

1  I. Langer
2  as to what they thought, how well they thought the
3  event went?
4  A.     Yeah.  It was always unanimous.
5  People were always, like, oh, when can he come
6  back again, you know, that kind of thing
7  because -- and it was two different things:  One,
8  he drew a lot of people; two, he put a great big
9  smile on everybody's face.
10  Q.     So you mentioned that you did some
11  dealer appearances and you listed several cities
12  or places, Boston, Colorado.
13  Which ones specifically, which
14  dealerships do you remember going to with Greg?
15  A.     Metro Bicycles in New York.
16  International Bicycles in Boston.
17  Belmont Wheelworks in Boston.
18  Wheat Ridge Cyclery in Colorado.
19  Redlands Cycles in Redlands,
20  California.
21  Chain Reaction in the San Francisco
22  area.
23  Helen's in Santa Monica, California.
24  It's been a while.
25  Q.     The time that you went to Metro, is

```
 1    I. Langer
 2    brand?
 3    A.    Design, test and promote are three
 4    very different things.
 5    Did Greg work closely with Trek to
 6    promote his brand?  Absolutely.
 7    Did Greg work closely with Trek to
 8    design the brand?  To some degree.
 9    There wasn't any testing involved that
10    I would be aware of.
11    Q.    How did Greg work with Trek to design
12    the brand?
13    A.    Greg had a philosophy of how a bicycle
14    should fit, how a bicycle should ride, and it was
15    a philosophy that made the bicycle a little more
16    comfortable than some of the other racing bikes
17    out there, a little more suitable for longer
18    rides, and most of that had to do with the fact
19    that in Europe the roads weren't as good as they
20    are here and the races were longer.
21    Q.    So did he just provide suggestions to
22    people within Trek, or --
23    A.    He would provide suggestions.  He
24    would bring his old bicycles and we would, you
25    know, they would base line them, measure them and
```