5/14/2009 Davies, Malcolm

```
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
 2     ------------------------------------------------------------
 3    LeMOND CYCLING, INC.,
 4              Plaintiff,
 5              vs.                    Case No. 08-1010
 6    TREK BICYCLE CORPORATION,
 7              Defendant/Third-Party
                Plaintiff,
 8
                vs.
 9
      GREG LeMOND,
10
                Third-Party Defendant.
11
      ------------------------------------------------------------
12
13
14         Video Deposition of MALCOLM DAVIES
15            Thursday, May 14th, 2009
16
                   9:07 a.m.
17
                      at
18
              GASS WEBER MULLINS LLC
19            309 North Water Street
              Milwaukee, Wisconsin
20
21
22      Reported by Kealoha A. Schupp, RPR
23
24                                                        EXHIBIT
25                                                           G
```

1

5/14/2009 Davies, Malcolm

```
 1           Video deposition of MALCOLM DAVIES, a
 2   witness in the above-entitled action, taken at the
 3   instance of the Plaintiff/Third-Party Defendant,
 4   pursuant to the Federal Rules of Civil Procedure,
 5   pursuant to notice, before Kealoha A. Schupp, RPR and
 6   Notary Public, State of Wisconsin, at GASS WEBER
 7   MULLINS LLC, 309 North Water Street, Milwaukee,
 8   Wisconsin, on the 14th day of May, 2009, commencing
 9   at 9:07 a.m. and concluding at 11:09 a.m.
10   A P P E A R A N C E S:
11        ROBINS, KAPLAN, MILLER & CIRESI, LLP, by
             Ms. Denise S. Rahne
12           Ms. Jennifer M. Robbins
             2800 LaSalle Plaza
13           800 LaSalle Avenue
             Minneapolis, Minnesota 55402
14           Appeared on behalf of Plaintiff/Third-Party
             Defendant.
15
          GASS WEBER MULLINS LLC, by
16           Mr. Ralph Weber
             309 North Water Street
17           Milwaukee, Wisconsin 53202
             Appeared on behalf of Defendant/Third-Party
18           Plaintiff.
19   Also present:  Mr. Owen May -- Videographer
                    Mr. Bob Burns -- Trek
20
21
22
23
24
25
```

2

5/14/2009 Davies, Malcolm

| | | |
|---|---|---|
| 1 | | those ways, as you sit here today, that you feel like |
| 2 | | Trek promotes and markets its products |
| 3 | | internationally? |
| 4 | A | Well, we would -- it would really depend on the |
| 5 | | market, what the market conditions were and what |
| 6 | | Trek's position in the market was how we went about |
| 7 | | marketing ourselves or our brands. |
| 8 | Q | Okay. I'm just -- right now what I'm just interested |
| 9 | | in doing is kind of coming up with a list of the |
| 10 | | different things that Trek has done or has considered |
| 11 | | doing in sort of a general -- like categories, |
| 12 | | general categories. |
| 13 | A | What do you mean, though? Are you talking about |
| 14 | | marketing activities, or are you talking about the |
| 15 | | way we approach the dealer network? |
| 16 | Q | Well, let's take the dealer network first. |
| 17 | A | Okay. |
| 18 | Q | Is the dealer network a general -- would you consider |
| 19 | | it a general category of marketing and promotional |
| 20 | | efforts, things done with the dealer network? |
| 21 | A | Yes. |
| 22 | Q | Okay. What kinds of things has -- does Trek do |
| 23 | | generally with its dealer network to promote and |
| 24 | | market Trek products internationally? |
| 25 | A | The main thing we would do is product introduction |

5/14/2009 Davies, Malcolm

| | | |
|---|---|---|
| 1 | | launch, so shows, industry shows, our own dealer |
| 2 | | shows, events where we would show them the product. |
| 3 | | That would be the main activity. |
| 4 | Q | And does Trek do that in -- in a particular location, |
| 5 | | or is it done sort of broadly across different |
| 6 | | countries? |
| 7 | A | It depends on the country. In some cases it would be |
| 8 | | done in -- at an industry show, at others it would be |
| 9 | | done at what we call a house show where it's just our |
| 10 | | products. |
| 11 | Q | What industry shows has Trek, during the time that |
| 12 | | you've worked for Trek, used to promote Trek |
| 13 | | products? |
| 14 | A | Euro-Bike is the largest probably, but also Paris, |
| 15 | | London, Milan. Those are the ones that I can think |
| 16 | | of immediately. |
| 17 | Q | What are house shows? |
| 18 | A | House shows are where we would set up a location with |
| 19 | | the bikes that we are selling for that new season and |
| 20 | | invite our dealers in to come and look at them, |
| 21 | | discuss business, sell product. |
| 22 | Q | In what countries have you held house shows? |
| 23 | A | To be honest, I think almost all of them. Certainly |
| 24 | | all subsidiary markets. I would struggle to speak |
| 25 | | specifically for three -- third-party distributor |

5/14/2009 Davies, Malcolm

1               markets.
2       Q       Do product introductions or introductions of new
3               lines always occur at an industry show or a house
4               show or is there another way that that's
5               accomplished?
6       A       Mostly the -- the industry show or the house show.
7               Occasionally we might introduce a -- an individual
8               product mid-season, and that would be done dealer by
9               dealer.
10      Q       Are there any other more specific efforts that Trek
11              takes with its distribution channels to promote Trek
12              bikes?
13      A       That -- that's the real method that we would use to
14              establish a dealer network. And that's the most
15              important thing that we're trying to do here is
16              actually have a channel for our products. And that's
17              the principal activity.
18      Q       Okay. As to industry shows you noted Euro-Bike,
19              Paris, London and Milan.
20                              Have those -- has Trek made an
21              appearance at those shows annually?
22      A       Not 100 percent annually. Some of them don't run
23              every year. Euro-Bike is pretty consistently
24              annually since I've been involved in it at Trek.
25      Q       Specific to LeMond-branded products, when has the --

5/14/2009  Davies, Malcolm

| | | |
|---|---|---|
| 1 | | when have LeMond-branded products been on display at |
| 2 | | Euro-Bike? |
| 3 | A | Pretty much every year that we've carried the line, I |
| 4 | | believe.  Certainly since 1998.  I think every year, |
| 5 | | maybe with one exception. |
| 6 | Q | Why do you say with one exception? |
| 7 | A | I think there was one year where we didn't show them, |
| 8 | | but I'm not 100 percent certain. |
| 9 | Q | Do you know what the -- and understanding that you're |
| 10 | | not sure, do you know what year that might have been? |
| 11 | A | I'm sorry, I don't recall. |
| 12 | Q | Approximately if it even occurred? |
| 13 | A | I -- honestly, I don't recall.  I recall a |
| 14 | | conversation that there was one year. |
| 15 | Q | Who was the conversation with? |
| 16 | A | With counsel. |
| 17 | Q | Has -- have LeMond-branded products been at an |
| 18 | | industry show in Paris? |
| 19 | A | No, they have not. |
| 20 | Q | What about London? |
| 21 | A | I can't recall for certain. |
| 22 | Q | What about Milan? |
| 23 | A | I don't know for certain. |
| 24 | Q | What about house shows, what recall do you have of |
| 25 | | countries where there have been house shows where |

5/14/2009 Davies, Malcolm

| | |
|---|---|
| 1 | training our salespeople on the technology that we |
| 2 | were offering. We did all these things. We put it |
| 3 | all on -- in front of the dealers, and then this |
| 4 | article comes out in Tour magazine with Greg making a |
| 5 | statement that basically undermines the relationship |
| 6 | between Trek and LeMond. |
| 7 | And from our perspective, we saw that |
| 8 | as very damaging, because what happens in that |
| 9 | situation is the dealers get this feeling of |
| 10 | uncertainty. They -- they don't like uncertainty, |
| 11 | dealers. They like things to be very simple and |
| 12 | straightforward. They are straightforward people. |
| 13 | They buy bikes. They sell bikes. They get behind |
| 14 | the brand. They don't want to have something going |
| 15 | on that they don't know what's going to come down the |
| 16 | road six months from now. |
| 17 | And my salespeople were very |
| 18 | frustrated that they spent time talking about this |
| 19 | issue instead of selling the bikes. Harald Schmiedel |
| 20 | was extremely frustrated having spent, you know, days |
| 21 | in front of dealers selling Trek bikes, LeMond bikes, |
| 22 | Fischer bikes to have part of his time, which is |
| 23 | fairly short with each dealer, highjacked by a |
| 24 | conversation about what Greg had said in Tour |
| 25 | magazine. And from my perspective, it was very |

5/14/2009 Davies, Malcolm

```
 1        certainly not to John Burke calling someone an idiot
 2        commercially.  It's not my -- it's not the way I
 3        would conduct myself.  I mean, you know, I was very
 4        frustrated, which is why I sent this note.  I -- I
 5        don't, to be honest with you, recall ever sending
 6        something as strongly worded as this, and it's a
 7        measure of the frustration.
 8   Q    Okay.  You've traveled to a number of industry shows
 9        and -- throughout Europe over your time; is that
10        right?
11   A    Yes.
12   Q    From time to time do you see other tour -- former
13        Tour de France winners and other major cyclists
14        appear at these shows?
15   A    Yeah, for sure.
16   Q    And are there some in particular that you see quite
17        regularly supporting brands?
18   A    You see cyclists all the time.  I guess one of the
19        main ones you would say I've seen a lot in Europe is
20        Eddie Merckx.  De Rosa would be another guy,
21        Christiano de Rosa.  He was at shows often.
22   Q    How often over the years, over the last 20 years did
23        Mr. LeMond come to Euro-Bike?
24   A    To my knowledge, not at all.
25             MR. WEBER:  That's all I have.  Thank you.
```