1/5/2009  Huber, Elisabeth

```
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF MINNESOTA
    ------------------------------------------------------
 3

    LeMOND CYCLING, INC.,
 4
                Plaintiff,
 5
          vs.                    Case No. 08-1010
 6
    TREK BICYCLE CORPORATION,
 7
                Defendant/Third-Party
 8              Plaintiff,
 9        vs.
10  GREG LeMOND,
11              Third-Party Defendant.
12  ------------------------------------------------------
13
14
15       Video Deposition of ELISABETH HUBER
16            Monday, January 5th, 2009
17
                      9:33 a.m.
18
                        at
19
              GASS WEBER MULLINS, LLC
20        309 North Water Street, Suite 700
              Milwaukee, Wisconsin  53202
21
22
          Reported by Julie K. Lyle, RPR/RMR/CRR
23
24
25
```


EXHIBIT I

**1/5/2009 Huber, Elisabeth**

| | | |
|---|---|---|
| 1 | | individuals, and I'll start with Warren.  Were |
| 2 | | there ever any problems with transactions handled |
| 3 | | by Warren Gibson -- |
| 4 | A | I never had -- |
| 5 | Q | -- that you recall? |
| 6 | A | -- personally any problems with Warren at all. |
| 7 | Q | Were there ever any transactions that raised a |
| 8 | | question or a concern at Trek, to your knowledge? |
| 9 | A | Not that I'm aware of. |
| 10 | Q | What about Muffy? |
| 11 | A | None.  No problems at all. |
| 12 | Q | What about Bernie? |
| 13 | A | Same.  No problems at all. |
| 14 | Q | How did you know about Mr. LeMond's ability to |
| 15 | | buy Trek products at employee discount pricing? |
| 16 | | Just in -- just due to your position and what you |
| 17 | | were being asked to do? |
| 18 | A | When I was approached to take over the position, |
| 19 | | it was explained to me that he at that juncture |
| 20 | | was allowed ten free bicycles a year as part of |
| 21 | | his contract and that then he would often |
| 22 | | purchase products for friends or media contacts, |
| 23 | | sometimes a touring company person, and then he |
| 24 | | also would personally choose to sponsor some |
| 25 | | teams and extend his discount to them. |

| | | |
|---|---|---|
| 1 | Q | Do you recall who explained this to you? |
| 2 | A | Laurie Koch and Dean Gore. |
| 3 | Q | How frequently would you say Trek shipped |
| 4 | | products purchased to people other than |
| 5 | | Mr. LeMond but that were Mr. LeMond's employee |
| 6 | | pricing purchases? |
| 7 | | It's a terrible question.  Do you |
| 8 | | understand it? |
| 9 | A | Yeah, I do understand it. |
| 10 | | I've never tallied it up.  I |
| 11 | | would -- so I -- I don't know that I could give |
| 12 | | you a distinct number. |
| 13 | Q | What -- could you guess a percentage of the total |
| 14 | | bikes that Mr. LeMond purchased using employee |
| 15 | | pricing? |
| 16 | A | That went to others? |
| 17 | Q | Correct. |
| 18 | A | I would probably say close to 70 percent went to |
| 19 | | others. |
| 20 | Q | Are you aware of instances where bikes purchased |
| 21 | | on Mr. LeMond's account were resold? |
| 22 | A | No, I'm unaware of anything specifically. |
| 23 | Q | Do you have an understanding of the involvement |
| 24 | | of the dealers in Mr. LeMond's use of the |
| 25 | | employee discount program? |