IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

## **CERTIFICATE OF SERVICE**

Re:   *LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond*
      Civil File No: 08-cv-01010(RHK-JSM)

I hereby certify that on October 30, 2009, I caused the following documents:

1. Memorandum of Law in Opposition to Trek's Motion for Summary Judgment; and
2. Declaration of Joseph M. Windler in Support of Plaintiff/Third Party Defendant's Memorandum of Law in Opposition to Trek's Motion for Summary Judgment (*Exhibits C, E and H filed under seal*)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Amanda M. Cialkowski**
ACialkowski@halleland.com

**Robert R. Weinstine**
rweinstine@winthrop.com
dlessor@winthrop.com

**Christopher P. Dombrowicki**
dombrowicki@gasswebermullins.com

**Joseph M. Windler**
jwindler@winthrop.com
bkogler@winthrop.com

**Benjamin J. Rolf**
brolf@halleland.com

**Erik T. Salveson**
esalveson@halleland.com

**Kristal S. Stippich**
stippich@gasswebermullins.com

**Ralph A. Weber**
weber@gasswebermullins.com

I further certify that I caused the proposed order(s) to be filed with the Court via e-mail to the following judge and the following counsel of record:

   Not Applicable

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    Not Applicable.

                                WINTHROP & WEINSTINE, P.A.

Dated: October 30, 2009        s/Joseph M. Windler
                                      Robert R. Weinstine, #115435
                                      Joseph M. Windler, #387755
                                      225 South Sixth Street
                                      Suite 3500
                                      Minneapolis, Minnesota 55402
                                      Telephone: (612) 604-6400
                                      Facsimile: (612) 604-6800
                                      rweinstine@winthrop.com
                                      jwindler@winthrop.com

                                      ATTORNEYS FOR PLAINTIFF LEMOND CYCLING, INC./THIRD-PARTY DEFENDANT GREG LEMOND

4832704v1
14753.1