AFFIDAVIT OF SERVICE

VIA HAND-DELIVERY

*LeMond Cycling, Inc. v. Trek Bicycle Corporation v. Greg LeMond*
Court File No. 08-1010 (RHK/JSM)

STATE OF MINNESOTA )
                             )ss.
COUNTY OF HENNEPIN )

**Joseph M. Windler,** County of Hennepin, State of Minnesota, being duly sworn on oath, says that on the **30th day of October, 2009**, he personally served the following:

    1.    Exhibits C, E and H to the Declaration of Joseph M. Windler in Support of Plaintiff/Third Party Defendant's Memorandum of Law in Opposition to Trek's Motion for Summary Judgment *(filed under seal)*

upon

Erik T. Salveson, Esq.
Amanda M. Cialkowski, Esq.
Benjamin J. Rolf, Esq.
Halleland, Lewis, Nilan & Johnson, P.A.
600 U.S. Bank Plaza South
220 S. Sixth Street
Minneapolis, MN  55402

                                                                    */s/ Joseph M. Windler*
                                                                    Joseph M. Windler

Subscribed and sworn to before me
this 30th day of October, 2009.

*/s/ Linda M. Magiera*
NOTARY PUBLIC

LINDA MARGOT MAGIERA
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2014

4834516v1
14753.1