UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC.,<br><br>    Plaintiff,<br>v.<br><br>TREK BICYCLE CORPORATION,<br><br>    Defendant and Third-Party Plaintiff,<br>v.<br><br>GREG LEMOND,<br><br>    Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM)<br><br>**SECOND DECLARATION OF EMILY S. ZASTROW IN SUPPORT OF TREK'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF WISCONSIN   )
                     ) SS.
MILWAUKEE COUNTY   )

I, EMILY S. ZASTROW, declare as follows:

I am an adult resident of the State of Wisconsin and am a paralegal employed by Gass Weber Mullins LLC, counsel for Trek in this action. I make this Declaration on personal knowledge and in support of Trek's Reply Memorandum in Support of its Motion for Summary Judgment.

1. Attached as Exhibit 12 are true and correct copies of pages from the May 14, 2009 deposition testimony of Mr. Dean Gore.

2. Attached as Exhibit 13 are true and correct copies of pages from the April 7, 2009 deposition testimony of Mr. John Burke.

3. Attached as Exhibit 14 are true and correct copies of pages from the May 12, 2009 deposition testimony of Mr. Aaron Mock.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 4, 2009.

                                                s/Emily S. Zastrow
                                                Emily S. Zastrow