ZASTROW EXHIBIT 13

ZASTROW EXHIBIT 13

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MINNESOTA
       ---------------------------------------------------------
 3
       LeMOND CYCLING, INC.,
 4
                        Plaintiff,
 5
                  vs.                   Case No. 08-1010
 6
       TREK BICYCLE CORPORATION,
 7
                        Defendant/Third-Party
 8                      Plaintiff,

 9                vs.

10     GREG LeMOND,

11                      Third-Party Defendant.

12     ---------------------------------------------------------

13

14

15            Video Deposition of JOHN BURKE

16              Tuesday, April 7, 2009

17
                        9:31 a.m.
18
                          at
19
               GASS WEBER MULLINS, LLC
20         309 North Water Street, Suite 700
              Milwaukee, Wisconsin  53202
21

22
          Reported by Julie K. Lyle, RPR/RMR/CRR
23

24

25
```

Videotape Deposition of John Burke, 4/7/2009

Page 136

```
 1   A    Well, yeah.

 2   Q    -- you've moved away from what your dad did?

 3   A    No, that's not the case.  Because my dad was

 4        intimately involved in the LeMond shenanigans

 5        over the years.  And, in fact, shortly before he

 6        went into the hospital, he and I had a

 7        conversation where we decided that we were going

 8        to put an end to the LeMond agreement and we were

 9        not going to renew the contract in 2010.

10             One of the reasons was is my dad

11        was just very disappointed with Greg's behavior

12        and how at time and time again Greg would say he

13        was going to do one thing, give us his word, and

14        then he would do something completely different.

15        All right?

16             He and I had that conversation in

17        October of 2007.  And then we did the honorable

18        thing.  I met with Greg and I said, listen, Greg,

19        we obviously have two different views here.

20        We're going to go a different way.  We hope -- we

21        want -- we wish you the best of luck, but I want

22        to let you know now we're not going to renew the

23        contract after 2010.  We're going to honor the

24        contract, but this will allow you some time to go

25        out there and put together another deal or do
```

Page 137

1          whatever you want to do.

2    Q    Was your dad in favor of noticing the breach of

3          contract in 2004?

4    A    I'm sure that he was.

5    Q    Okay.  You don't remember, though, for certain?

6    A    I do not remember.  But just like I said, he

7          loved negotiating and contracts.  He would have

8          been aware of litigation there.  He hated

9          litigation.  We did everything we could before

10         we'd get into litigation.

11   Q    He was obviously a wise man?

12   A    He was.

13   Q    The -- do you recall he had communications with

14         different board members in 2004 that were trying

15         to dissuade you from noticing a breach in 2004?

16   A    I'm not aware of that.

17   Q    Do you recall any e-mails to that effect with

18         you?

19   A    Not to the best of my knowledge.

20   Q    Do you recall any communications that he had with

21         you in 2004 where he said, you know, son, I think

22         you're going to have to listen to the board with

23         respect to what you want to do with LeMond, or

24         words to that effect?

25   A    I'm not sure.  I'm sure there might be a