UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TREK BICYCLE CORPORATION,<br><br>      Defendant and Third-Party Plaintiff,<br><br>v.<br><br>GREG LEMOND,<br><br>      Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM)<br><br>**CERTIFICATE OF WORD COUNT COMPLIANCE** |

    The undersigned certifies that Trek's Reply Memorandum in Support of its Motion for Summary Judgment has been prepared in compliance with the length limitations of Local Rule 7.1(c) and the type-size limitations of Local Rule 7.1(e).  In particular, the text in this memorandum contains 3,799 words (as calculated by the word count feature of the word processing program, applied specifically to include all headings, footnotes, and quotations) and has been prepared in Garamond 13-point font, using Microsoft Word 2003, Version SP-3.

                              GASS WEBER MULLINS LLC

Dated:  November 4, 2009        s/Ralph A. Weber
                                          Ralph A. Weber (WI SBN 1001563)
                                          Paul F. Heaton (WI SBN 1000858)
                                          Christopher P. Dombrowicki (WI SBN 1041764)

                                          309 North Water Street, Suite 700
                                          Milwaukee, WI 53202
                                          Telephone: (414) 223-3300
                                          Fax: (414) 224-6116
                                          weber@gasswebermullins.com
                                          heaton@gasswebermullins.com
                                          dombrowicki@gasswebermullins.com

HALLELAND LEWIS NILAN & JOHNSON, P.A.

Erik T. Salveson (Reg. No. 177969)
Amanda M. Cialkowski (Reg. No. 306514)
Benjamin J. Rolf (Reg. No. 386413)
600 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-1838
Fax: (612) 338-7858
esalveson@halleland.com
acialkowski@halleland.com
brolf@halleland.com

**ATTORNEYS FOR
TREK BICYCLE CORPORATION**