UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LEMOND CYCLING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TREK BICYCLE CORPORATION,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>GREG LEMOND,<br><br>    Third-Party Defendant. | Case No. 08-CV-1010 (RHK-JSM)<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on November 4, 2009, I caused the following documents:

> **Trek's Reply Memorandum in Support of Trek's Motion for Summary Judgment;**
>
> **Certificate of Word Count Compliance; and**
>
> **Second Declaration of Emily S. Zastrow in Support of Trek's Motion for Summary Judgment with Exhibits**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-mail notice of the electronic filing to the following:

| | |
|---|---|
| Christopher F. Nelson | cnelson@wsgr.com |
| James A. DiBoise | jdiboise@wsgr.com |
| Robert R. Weinstine | rweinstine@winthrop.com |
| Joseph M. Windler | jwindler@winthrop.com |

| | |
|---|---|
| Ralph A. Weber | weber@gasswebermullins.com |
| Paul F. Heaton | heaton@gasswebermullins.com |
| Christopher P. Dombrowicki | dombrowicki@gasswebermullins.com |
| Kristal S. Stippich | stippich@gasswebermullins.com |

Dated:  November 4, 2009.

> GASS WEBER MULLINS LLC
>
> s/Ralph A. Weber
> Ralph A. Weber (WI SBN 1001563)
> Paul F. Heaton (WI SBN 1000858)
> Christopher P. Dombrowicki (WI SBN 1041764)
> 309 North Water Street, Suite 700
> Milwaukee, WI 53202
> Telephone: (414) 223-3300
> Fax: (414) 224-6116
> weber@gasswebermullins.com
> heaton@gasswebermullins.com
> dombrowicki@gasswebermullins.com
>
> HALLELAND LEWIS NILAN & JOHNSON, P.A.
>
> Erik T. Salveson (Reg. No. 177969)
> Amanda M. Cialkowski (Reg. No. 306514)
> Benjamin J. Rolf (Reg. No. 386413)
> 600 U.S. Bank Plaza South
> 220 South Sixth Street
> Minneapolis, MN 55402
> Telephone: (612) 338-1838
> Fax: (612) 338-7858
> esalveson@halleland.com
> acialkowski@halleland.com
> brolf@halleland.com
>
> **ATTORNEYS FOR**
> **TREK BICYCLE CORPORATION**