# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| LeMond Cycling Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Richard Kyle |
| | U.S. Judge |
| v. | |
| Trek Bicycle Corporation, | Case No: Cv 08-1010 RHK/JSM |
| | Date: November 11, 2009 |
| | Deputy: Deborah Siebrecht |
| Defendant. | Court Reporter: Carla Bebault |
| | Time Commenced: 9:00 |
| | Time Concluded: 10:00 |
| | Time in Court: 1 Hours & Minutes |

Hearing on: **Motion for Summary Judgment: argued and taken under advisement**

:

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**   ☐ **Sustained**   ☐ **Overruled**
    ☐ Brief time set:
    ☐ Written order forthcoming.

                                                                    s/Deborah Siebrecht
                                                                          Calendar Clerk