UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

<u>NOTICE OF ASSIGNMENT</u>
<u>OF CASES FOR TRIAL</u>
<u>BEFORE JUDGE KYLE</u>

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **March 1, 2010. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, (651) 848-1166.

DATED: December 29, 2009

1.   Theresa Rose Freimuth              Manuel Guerrero
                                        651-224-4855
                                        Tamara Caban-Ramirez
                                        612-823-4413

     vs CV 08-5188 RHK/FLN
          JURY TRIAL

     City of Worthington                Jon Iverson
                                        Jason Hiveley
                                        952-548-7204


2.   LeMond Cycling Inc.                Christopher Nelson
                                        James DiBoise
                                        415-947-2114
                                        Joseph Windler
                                        Robert Weinstine
                                        612-604-6613

     vs Cv 08-1010 RHK/JSM
          JURY TRIAL

     Trek Bicycle Corporation           Amanda Cialkowski
     et al                              Benjamin Rolf
                                        Erik Salveson
                                        612-305-7500
                                        Christopher Dombrowicki
                                        Kristal Stippich
                                        Ralph Weber
                                        Paul Heaton
                                        414-224-3446