UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LEMOND CYCLING, INC.,                           CIVIL NO. 08-1010 (RHK/JSM)

    Plaintiff,

v.                                                               ORDER

TREK BICYCLE CORPORATION,

    Defendant and Third-Party Plaintiff,

v.

GREG LEMOND,

    Third-Party Defendant.

IT IS HEREBY ORDERED that the settlement conference scheduled before the undersigned on January 28, 2010 is canceled. On or before January 27, 2010, counsel shall notify the undersigned in writing of the outcome of the private mediation with Tony Piazza, together with Mr. Piazza's telephone number. Both parties have agreed that the undersigned may contact Mr. Piazza after the mediation, and have agreed to alert Mr. Piazza that the Court will be contacting him.

Dated:     January 20, 2010

                                             *s/ Janie S. Mayeron*
                                             JANIE S. MAYERON
                                             United States Magistrate Judge