# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LeMond Cycling, Inc., | Civil No. 08-1010 (RHK/JSM) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Trek Bicycle Corporation, | |
| Defendants. | |

---

The Court having been advised that the above action has been settled and the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 1, 2010

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                            United States District Judge